UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RABAB ABDULHADI,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br><br>    Defendant. | Case No.  18-cv-04662-JCS<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Re: Dkt. No. 9 |

The Clerk of this Court will now reassign this case to a United States District Judge because:

[X] One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

[ ] One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for **November 2, 2018 at 2:00 p.m.,** before Chief Magistrate Judge Spero is **VACATED**. A NEW HEARING WILL BE SET BY THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

Dated:  October 9, 2018

Susan Y. Soong
Clerk, United States District Court

By: _____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO