[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Yvonne Gonzalez Rogers, 10/26/18]

1  BRADLEY S. PHILLIPS (State Bar No. 85263)
   Brad.phillips@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
3  Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
4  Facsimile:    (213) 687-3702

5
   ALISON F. KAROL (State Bar No. 408043)
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
7  San Francisco, California 94105-0913
   Telephone:    (415) 512-4000
8  Facsimile:    (415) 512-4077

9  Attorneys for Defendant THE BOARD OF
   TRUSTEES OF THE CALIFORNIA STATE
10 UNIVERSITY

11 *Additional counsel listed on signature page*

12

13              UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

15

| | |
|---|---|
| 16  RABAB ABDULHADI,                               | Case No. 4:18-cv-04662-YGR |
| 17         Plaintiff,                              | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 30 DAYS** |
| 18     vs.                                         | **[Local Civ. R. 6-1(a) - No action necessary]** |
| 19  BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY | |
| 20         Defendant.                              | Complaint served:  October 2, 2018<br>Current response date:  October 23, 2018<br>New response date:  November 22, 2018 |

| | |
|---|---|
| 1 | Plaintiff RABAB ABDULHADI ("Abdulhadi") and Defendant BOARD OF |
| 2 | TRUSTEES of the CALIFORNIA STATE UNIVERSITY ("CSU"), through their respective |
| 3 | counsel of record, hereby stipulate as follows: |
| 4 | WHEREAS, Abdulhadi filed her Complaint with the Court on August 2, 2018; |
| 5 | WHEREAS, Abdulhadi served CSU with the Summons and Complaint on October |
| 6 | 2, 2018; |
| 7 | WHEREAS, CSU retains all defenses and objections, including but not limited to |
| 8 | any objections to the subject matter or personal jurisdiction of the Court or the place where the |
| 9 | action has been brought; |
| 10 | WHEREAS, absent an extension of time, CSU would have until October 23, 2018, |
| 11 | to answer or otherwise respond to the Complaint; |
| 12 | WHEREAS, Abdulhadi has informed CSU that she intends to file an amended |
| 13 | complaint; |
| 14 | WHEREAS, Abdulhadi and CSU have agreed to stipulate to extending CSU's time |
| 15 | to respond to the Complaint by 30 days to and including November 22, 2018; |
| 16 | WHEREAS, Local Civil Rule 6-1(a) permits the parties to extend the time to |
| 17 | respond to the initial Complaint without approval by the Court, so long as the stipulation will not |
| 18 | alter the date of any event or any deadline already fixed by Court order; |
| 19 | WHEREAS, no deadlines have been set by the Court; |
| 20 | NOW THEREFORE, Abdulhadi and CSU, through their counsel of record, |
| 21 | stipulate to the following: |
| 22 | IT IS HEREBY STIPULATED that CSU's deadline to answer, move, or otherwise |
| 23 | respond to Abdulhadi's Complaint is extended to and includes, Thursday, November 22, 2018. |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

18-cv-04662-YGR
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS

///

///

| | |
|---|---|
| DATED: October 23, 2018 | LAW OFFICE OF MARK ALLEN KLEIMAN<br>　　MARK A. KLEIMAN (SBN 115919)<br><br>LAW OFFICE OF BEN GHARAGOZLI<br>　　BEN GHARAGOZLI (SBN 272302)<br><br><br>By: ____*/s/ Mark A. Kleiman*____<br>　　　MARK A. KLEIMAN<br>Attorneys for Plaintiff RABAB ABDULHADI |
| DATED: October 23, 2018 | MUNGER, TOLLES & OLSON LLP<br>　　BRADLEY S. PHILLIPS<br>　　ALISON F. KAROL<br><br><br>By: ____*/s/ Alison F. Karol*____<br>　　　ALISON F. KAROL<br>Attorneys for Defendant BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.