1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RABAB ABDULHADI,

Plaintiff,

vs.

BOARD OF TRUSTEES OF THE CALIFORNIA
STATE UNIVERSITY, ET AL.,

Defendants.

CASE NO. 18-cv-04662-YGR

ORDER GRANTING MOTION TO DISMISS

Re: Dkt. No. 33

On March 12, 2019, the Court heard oral argument on defendants' motion to dismiss, which was fully briefed. (Dkt. Nos. 33, 35, 36.) As stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, defendants' motion to dismiss is **GRANTED** with leave to amend. Accordingly, and as noted on the record, plaintiff **SHALL** file its amended complaint no later than **April 11, 2019** and defendants' **SHALL** file their response thereto no later than **May 13, 2019**, to be heard on June 25, 2019, if necessary.

Additionally, the Court hereby **VACATES** the initial case management conference currently set for April 8, 2019, to be reset once defendants file their response and the Court resolves any pending motions, if necessary.

This Order terminates Docket Number 33.

**IT IS SO ORDERED.**

Dated: March 14, 2019

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE