1  BRADLEY S. PHILLIPS (State Bar No. 85263)
   brad.phillips@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
3  Los Angeles, California 90071-3426
   Telephone:   (213) 683-9100
4  Facsimile:   (213) 687-3702

5  ALISON F. KAROL (State Bar No. 308043)
   alison.karol@mto.com
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
7  San Francisco, California 94105
   Telephone:   (415) 412-4000
8  Facsimile:   (415) 415-4077

9
   Attorneys for Defendants Leslie Wong,
10 Sue V. Rosser, and Jennifer Summit

11 *Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| RABAB ABDULHADI, | Case No. 4:18-cv-04662-YGR |
|---|---|
| Plaintiff, | **STIPULATED REQUEST FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT; [PROPOSED] ORDER** |
| vs. | |
| LESLIE WONG; SUE V. ROSSER; JENNIFER SUMMIT; and DOES 1-100; inclusive, | **[Local Civ. R. 6-2(a)]** |
| Defendants. | Current hearing date: June 25, 2019<br>Requested hearing date: July 9, 2019 |

1    Plaintiff RABAB ABDULHADI ("Abdulhadi") and Defendants LESLIE WONG, SUE V.
2 ROSSER, and JENNIFER SUMMIT, through their respective counsel of record, hereby stipulate
3 as follows:
4    WHEREAS, the Court, in part pursuant to Abdulhadi's request, dismissed Abdulhadi's
5 First Amended Complaint and granted Abdulhadi's request for leave to amend on March 14, 2019;
6    WHEREAS, Abdulhadi timely filed her Second Amended Complaint on April 11, 2019;
7    WHEREAS, Defendants intend to file a motion to dismiss Abdulhadi's Second Amended
8 Complaint on May 13, 2019;
9    WHEREAS, the Court's March 14, 2019 order set the hearing on Defendants' anticipated
10 motion to dismiss Abdulhadi's Second Amended Complaint for June 25, 2019;
11   WHEREAS, counsel for Defendants now has a scheduling conflict on June 25, 2019;
12   WHEREAS, a short continuance of the hearing date will not result in prejudice to either
13 party;
14   WHEREAS, a short continuance of the hearing date will have no effect on any preexisting
15 deadline in the case;
16   NOW THEREFORE, Abdulhadi and Defendants, through their counsel of record, stipulate
17 to the following:
18 IT IS HEREBY STIPULATED that, pursuant to Civil Local Rule 6-2(a), the parties request for
19 the hearing on Defendants' motion to dismiss scheduled for June 25, 2019 be continued to July 9,
20 2019.

| | | |
|---|---|---|
| DATED: May 9, 2019 | | LAW OFFICE OF MARK ALLEN KLEIMAN<br>MARK A. KLEIMAN (SBN 115919)<br><br>LAW OFFICE OF BEN GHARAGOZLI<br>BEN GHARAGOZLI (SBN 272302)<br><br>By: _/s/ Mark A. Kleiman_<br>MARK A. KLEIMAN<br>Attorneys for Plaintiff RABAB ABDULHADI |
| DATED: May 9, 2019 | | MUNGER, TOLLES & OLSON LLP<br>BRADLEY S. PHILLIPS<br>ALISON F. KAROL<br><br>By: _/s/ Alison F. Karol_<br>ALISON F. KAROL<br>Attorneys for Defendant BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY |

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

1

**[PROPOSED] ORDER**

2

3       PURSUANT TO THE STIPULATION OF THE PARTIES, the Court Orders as follows:

4       The hearing on Defendants' motion to dismiss Plaintiff's Second Amended Complaint is

5  continued from June 25, 2019 to July 9, 2019;

6

7  **IT IS SO ORDERED.**

8
   DATED:  May__, 2019
9

10

11
                                        By: _____
12                                          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

STIPULATED REQUEST FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT; [PROPOSED] ORDER