# EXHIBIT A





## AMED Studies at SFSU

@AMEDStudies

Home

About

Events

Photos

Videos

Community

Groups

Jobs

**Posts**



👍 Like    🔊 Follow    ➤ Share    ···

**Rabab Ibrahim Abdulhadi**
February 23, 2018

URGENT: We need your support. Please see statement by SFSU president welcoming Zionists to campus below and my reply. Please share widely!

Dear friends, colleagues, and allies in the struggle for justice:

I consider the statement below from President Wong, welcoming Zionists to campus, equating Jewishness with Zionism, and giving Hillel ownership of campus Jewishness, to be a declaration of war against Arabs, Muslims, Palestinians and all those who are committed to an indivisible sense of justice on and off campus. This includes our sisters and brothers in the Jewish community whose conscience refuses to allow Israel's colonialism, racism and occupation –the inherent character of Zionism—to speak in their name.

I am ashamed to be affiliated with SFSU administration and demand the immediate retraction of this racist, Islamophobic and colonialist statement, and the restoration of SFSU social justice mission.

At a time when we are marking 50 years since the 1968 SFSU student strike and the quest to decolonize the curriculum, it is embarrassing to have our campus leadership cater to donor pressures and the Israeli lobby.

In solidarity

Rabab Ibrahim Abdulhadi, PhD
Director and Senior Scholar, Arab and Muslim Ethnicities and Diasporas Studies
Associate Professor of Ethnic Studies/Race and Resistance Studies
College of Ethnic Studies, San Francisco State University
1600 Holloway Ave, EP 425
San Francisco, CA 94132
************





## AMED Studies at SFSU

@AMEDStudies

Home

About

Events

Photos

Videos

Community

Groups

Jobs

**Posts**

Create a Page

From: Leslie E. Wong, President [mailto:president@sfsu.edu]
Sent: Friday, February 23, 2018 12:02 PM
To: Rabab Ibrahim Abdulhadi <ria55@sfsu.edu>
Subject: Message to the SF State Community

Dear SF State community,

I met Thursday afternoon with members of the SF State Hillel student community and personally apologized for past comments and actions that were deeply hurtful to them and many other members of the Jewish community. During our meeting, I reaffirmed my support for our Jewish students, faculty and staff and pledged, as another step toward reconciliation, to follow up with a public written apology, which is included below:

Words are powerful. The last couple of years have been difficult for our Jewish students, faculty, staff and community. As a University president, I've become especially sensitive to the content, context and responsibility of all my comments. I take that responsibility seriously, as a grandfather, father, husband, teacher, leader and student. I make every effort to own my own mind and own my own words.

Responsibility must be mirrored by accountability. I want to publicly acknowledge when that ownership of thought and language impinges on the University's ability to live up to its ideals. It is the responsibility of leadership to also acknowledge when those words are hurtful.

My comments about Zionists and whether or not they are welcomed at San Francisco State University caused a lot of anguish and deeply hurt feelings. I am responsible for those words and, after study and reflection, I have come to understand how flawed my comments were.
Thus, I want to sincerely apologize for the hurt feelings and anguish my words have caused. Let me be clear: Zionists are welcome on our campus.

I know this apology alone may not be enough. But I am committed to a new course of dialogue and actions to ensure that my own awareness and learning will move this great university forward. Admitting fault and desiring a path forward based upon mutual respect motivates me. Making peace is hard work. And hard work has long inspired me. I hope you will join me.

Dr. Leslie E. Wong
President
San Francisco State University
February 2018