# EXHIBIT C



OFFICE OF THE PROVOST AND
VICE PRESIDENT FOR ACADEMIC AFFAIRS

1600 Holloway Avenue
San Francisco, CA 94132

Direct Line: 415/338-1141
Fax: 415/338-2514

March 23, 2018

Dear Professor Abdulhadi:

As you know, Interim Dean Amy Sueyoshi wrote to you several times (on March 10, March 16, and March 20) to request that you remove a message that is currently posted on the AMED Facebook page:

https://www.facebook.com/AMEDStudies/posts/573870589632199

As Interim Dean Sueyoshi explained, because this message appears on a site that bears the San Francisco State University name, it carries the implication that it reflects the views of the university, when in fact it explicitly contradicts the principles of inclusion that are central to the philosophy and mission of SF State and the CSU.

Because you ignored the Interim Dean's two earlier requests, I now write to instruct you to remove the post by 12:00 noon on Monday, March 26 PST. Your failure to do so will result in disciplinary action against you, in accordance with articles 18 and 19 in the CFA/CSU Collective Bargaining Agreement. (https://www2.calstate.edu/csu-system/faculty-staff/labor-and-employee-relations/Documents/unit3-cfa/cfa-contact-2014-17-ext-2018.pdf)

A copy of this letter is also being sent to you by mail.

I await your response.

Yours sincerely,

Jennifer Summit
Interim Provost and Vice President for Academic Affairs
San Francisco State University
1600 Holloway Avenue
San Francisco CA 94132
http://academic.sfsu.edu

THE CALIFORNIA STATE UNIVERSITY: Bakersfield, Channel Islands, Chico, Dominguez Hills, East Bay, Fresno, Fullerton, Humboldt, Long Beach, Los Angeles, Maritime Academy, Monterey Bay, Northridge, Pomona, Sacramento, San Bernardino, San Diego, San Francisco, San Jose, San Luis Obispo, San Marcos, Sonoma, Stanislaus