# EXHIBIT D

# STANDING ORDERS OF THE BOARD OF TRUSTEES
# OF THE CALIFORNIA STATE UNIVERSITY

## I. PURPOSE

The Standing Orders delegate authority from the Board of Trustees to the Chancellor and others within the California State University.

## II. DELEGATION TO THE CHANCELLOR

The Chancellor is the chief executive officer of the California State University and has authority and responsibility to take whatever actions are necessary, consistent with Trustee policy and applicable law, for the appropriate functioning of the institution, which includes:

a. Establishment and oversight of all academic programs
b. Issuance of degrees
c. Operation of educational opportunity programs
d. Resolution of claims, settlement of litigation and discharge from accountability
e. Establishment of policies and procedures for acquisition or sale of services, facilities, materials, goods, supplies, and equipment with the authority to sign agreements
f. Development and oversight of the budget, including the capital outlay program, approval of capital outlay project scope, budget, schematic design, and authorization of debt financing for projects valued up to $40 million; and approval of schematic design and authorization of debt financing for all remodels, parking structures and utilitarian projects, regardless of cost, unless the project requires an Environmental Impact Report or includes significant unavoidable environmental impacts.
g. Application, receipt and oversight of grants and loans
h. Deposit, control, investment, and expenditure of funds
i. Establishment and oversight of campus fees; establishment, adjustment and oversight of systemwide fees
j. Oversight of construction, and authority to sign all construction documents

Revised by the Board of Trustees
March 19-21, 2018
(ROR 03-18-02)

    k.     Purchase, sale and exchange of any interest in or use of real property
    l.     Approval of minor changes to campus master plans
    m.    Appointment of personnel, development and enforcement of personnel programs and discipline and termination of personnel
    n.     Appointments to various boards and committees
    o.     Development of a legislative program
    p.     Acceptance of gifts
    q.     Permission to use the name of the CSU
    r.     Performance of all acts necessary to qualify for and receive benefits from the federal government
    s.     Oversight of the systemwide advancement program

This list is not inclusive, and is not intended to limit the necessary actions of the Chancellor as the chief executive officer of the institution. The Chancellor may delegate his or her authority to others within the California State University. The Chancellor may issue executive orders as are necessary or convenient to the performance of his or her office.

The Chancellor shall regularly report to the Board of Trustees concerning the performance of his or her functions.

## III.   DELEGATION TO THE GENERAL COUNSEL

The General Counsel is the chief legal officer of the California State University and has full authority and responsibility for the legal affairs of the institution, which includes:

    a.     Advice to and representation of the California State University, the Trustees, Chancellor, Presidents, and other officers and employees of the California State University in all legal matters of the institution or that may result from their service to, or employment by, the California State University.
    b.     Retention of outside counsel to represent the California State University, who are accountable to the General Counsel for their professional work.

2

    c.    Acceptance of service of process for the California State University, the Trustees, Chancellor and Presidents, for any matter arising out of their service to, or employment by, the California State University.

    d.    In consultation with the Chancellor and/or appropriate campus Presidents, settlement, termination or other resolution of all claims and litigation, and signing all documents relating to such action(s) on behalf of the California State University, the Trustees, Chancellor, Presidents, and those officers or employees of the California State University for whom the Office of General Counsel also provides representation.

    e.    As Secretary of the Board, is the custodian of the official seal, which appears below and may be used, at the discretion of the Chancellor, for any official purpose:



This list is not inclusive, and is not intended to limit the necessary actions of the General Counsel as the chief legal officer of the institution. The General Counsel may delegate his or her authority to other members of his or her legal staff.

The General Counsel shall regularly report to the Board of Trustees concerning the status of litigation of institutional significance and other matters of legal import.

## IV. DELEGATION TO THE TREASURER

The Treasurer of the Board is responsible for the fiscal affairs of the California State University, which include:

3

a. Implementation of a system of internal controls that plan, organize and direct the performance of actions to protect the California State University's assets, ensure records are accurate, promote operational efficiency, and encourage adherence to policies.
b. Management of the programs that incur external debt on behalf of the University to ensure projects are financially sound, strategic and essential to the mission of the university to preserve the full faith and credit of the institution.
c. Placement of investments to obtain the best possible return commensurate with the degree of risk that the University is willing to assume in obtaining that return.

This list is not inclusive, and is not intended to limit the necessary actions of the Treasurer as the chief fiscal officer.  The Treasurer may delegate his or her authority to other members of his or her staff.

The Treasurer shall regularly report to the Board of Trustees concerning the performance of these functions.

## V. DELEGATION TO THE UNIVERSITY AUDITOR

The University Auditor is responsible for implementing the Board of Trustees' audit program and represents the California State University in all audits conducted by external agencies.

The University Auditor shall regularly report to the Trustees' Committee on Audit concerning the performance of his or her functions.

## VI. DELEGATION TO THE PRESIDENTS

The Presidents of the California State University campuses are the chief executive officers for their campuses and have authority and responsibility, with appropriate consultation, to take whatever actions are necessary, consistent with Trustee and Chancellor's policy, and applicable law, for the appropriate functioning of each of their campuses, which includes:

Revised by the Board of Trustees
March 19-21, 2018
(ROR 03-18-02)

      a.      Development of curricular and instructional plans
      b.      Academic, administrative and staff appointments
      c.      Supervision, discipline and termination of employees
      d.      Oversight of business and financial affairs
      e.      Oversight of student affairs
      f.      Oversight and adjustment of campus fees in accord with applicable policy
      g.      Oversight of the campus advancement function, including alumni affairs and community relations
      h.      Oversight of and responsibility for campus auxiliary organizations
      i.      Use of campus buildings and grounds

This list is not inclusive, and is not intended to limit the necessary actions of the Presidents as the chief executive officers of their campuses. The Presidents may delegate their authority to other officials on their campuses.

The Presidents report to the Chancellor and shall keep him or her regularly informed as to the activities on their campuses.

## VII.   THE ACADEMIC SENATE

The constitution of the Academic Senate of the California State University has been ratified by the faculties and approved by the Board of Trustees. The Academic Senate is therefore constituted and functions in accord with the provisions of that constitution. Amendments to the Academic Senate constitution become effective when ratified in accord with the requirements of that constitution and approved by the Board of Trustees.

## VIII.   AMENDMENTS

These Standing Orders may be amended at any regular meeting of the Board of Trustees. Notice and a draft of the proposed amendment is required at the last regular meeting prior to the meeting at which action is taken. This advance notice requirement may be waived by a majority vote for matters that are not controversial and require no further discussion.

Revised by the Board of Trustees
March 19-21, 2018
(ROR 03-18-02)