Mark A. Kleiman (SBN 115919)
Law Office of Mark Allen Kleiman
2907 Stanford Ave. Venice, CA 90292
Telephone: (310) 306-8094
Facsimile: (310) 306-8491
Email: mkleiman@quitam.org

Ben Gharagozli (SBN 272302)
Law Offices of Ben Gharagozli
2907 Stanford Avenue
Marina del Rey, California 90292
Telephone: (661) 607-4665
Facsimile: (855) 628-5517
Email: ben.gharagozli@gmail.com

Attorney for Plaintiff, RABAB ABDULHADI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RABAB ABDULHADI,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY; LESLIE WONG;  SUE V. ROSSER; and JENNIFER SUMMIT<br><br>　　　　Defendants | Case No.: 4:18-cv-04662-YGR<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF, RABAB ABDULHADI'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [ECF 45]; DECLARATION OF MARK KLEIMAN IN SUPPORT THEREOF**<br><br>**Date: July 9, 2019**<br>**Time: 2:00 p.m.**<br>**Location: Courtroom 1 (4th Floor)**<br>**Judge: Yvonne Gonzalez Rogers** |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF, RABAB ABDULHADI'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [ECF 45]; DECLARATION OF MARK KLEIMAN IN SUPPORT THEREOF**
Case No. __:18-cv-04662

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### REQUEST FOR JUDICIAL NOTICE

Plaintiff, Dr. Rabab Abdulhadi asks the Court to take judicial notice of the following documents attached as Exhibits A- H.

### BASIS FOR REQUESTING JUDICIAL NOTICE

On a motion to dismiss a complaint, a court may take judicial notice of matters of public record in accordance with Federal Rule of Evidence 201 without converting the motion to dismiss to a motion for summary judgment.  Lee v. City of Los Angeles, 250 F.3d 668, 688-689 (9th Cir. 2001) (citing Mack v. South Bay Beer Distributors, Inc., 798 F.2d 1279, 1282 (9th Cir. 1986).  Courts may take judicial notice of documents outside of the complaint that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.  Federal Rule of Evidence 201(d); Wietschner v. Monterey Pasta Co., 294 F. Supp. 2d 1117, 1109 (N.D. Cal. 2003).  Courts can take judicial notice of such matters when considering a motion to dismiss.  Wietschner, 294 F. Supp. 2d at 1109, MGIC Indem. Corp. v. Weisman, 803 F.2d 500, 504 (9th Cir. 1986).

"Even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim."  United States v. Ritchie, 342 F.3d 903, 908 (9th Cir. 2003).   In other words, "[a] court may consider a writing referenced in a complaint but not explicitly incorporated there in if the complaint necessarily relies on the document and its authenticity is unquestioned."  Parrino v. FHP, Inc. 146 F.3d 699, 706 (9th Cir. 1998), superseded by statute on other grounds in Abrego v. Dow Chem. Co. 443 F.3d 676 (9th Cir. 2006); Swartz v. KPMG LLP, 476 F.3d 756, 763 (9th Cir. 2007); Kneivel v. ESPN, 393 F.3d 1068, 1077 (9th Cir. 2005).

As explained further below, the Court may take judicial notice of Exhibits A-F.

Dr. Rabab Abdulhadi hereby requests that the Court take judicial notice of the following documents attached as Exhibit A through F.

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF, RABAB ABDULHADI'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [ECF 45]; DECLARATION OF MARK KLEIMAN IN SUPPORT THEREOF**
Case No. __4:18-cv-04662

2

| Exhibit | Description |
|---|---|
| A | San Francisco State University's Academic Affairs Organizational Chart, revised October 15, 2018, http://academic.sfsu.edu/content/units-and-colleges, last visited May 28, 2019. |
| B | San Francisco State University Job Posting for Associate Vice President for Faculty Affairs, http://academic.sfsu.edu/content/associate-vice-president-faculty-affairs, last visited May 27, 2019 |
| C | San Francisco State University Academic Senate Policy, "Search Committees for San Francisco State University Administrators", March 14, 2019, http://senate.sfsu.edu/printpdf5807, last visited May 27, 2019 |
| D | San Francisco State University Academic Senate Policy, "Policy on Department Chairs and Equivalent Unit Directors", December 6, 2011, http://senate.sfsu.edu/content/policy-department-chairs-and-equivalent-unit-directors-f11-145, last visited May 27, 2019 |
| E | San Francisco State University LEAD Student Organization Handbook, 2011  (See p.6, stating that "Student Organizations may indicate that their respective organization (sic) resides at San Francisco State University, i.e. Culinary Club at SF State.") |
| F | San Francisco State University's Student Activities & Events, Constitution Guideline, http://www.sfsu.edu/~sicc/constitutionguideline.html, last visited May 27, 2019 |
| G | Notice of Motion and Motion to Dismiss Second Amended Complaint Dkt. 131, in Mandel, et. al. v. Board of Trustees of California State University; Case No. 3:17-cv-03511, signed by Bradley S. Phillips. (See 7:21-23). |
| H | Facebook's Trademark Report Procedure, https://www.facebook.com/help/493458120789098?helpref=search&sr=7&query=trademark last visited May 28, 2019. |

        Exhibits A, through G are all judicially noticeable as they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Federal Rules of Evidence 201(b)(2).  Each of the exhibits was posted on an official

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF, RABAB ABDULHADI'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [ECF 45]; DECLARATION OF MARK KLEIMAN IN SUPPORT THEREOF
Case No. __4:18-cv-04662

3

government website.  See <u>Daniels-Hall v. Nat'l Educ. Ass'n</u>. 629 F.3d 992, 998-999 (9th Cir. 2010).

Exhibits A, B, C, D, E, and F were each found on San Francisco State University's website.  Exhibit G is on CAND's PACER website.

**Exhibit A** reveals the organizational structure of academic affairs at SFSU, and that all of the college Deans report directly to the Provost / Vice President for Academic Affairs.  (Currently Defendant Summit.)

**Exhibit B** is SFSU's current job posting for the position of Associate Vice President for Faculty Affairs, who will report directly to the Provost / Vice President for Academic Affairs.   The phrase "shared governance" appears four times in this six-page description, including two separate times in "Minimum Qualifications".

**Exhibit C** is a policy from the SFSU Academic Senate and it reveals the faculty's role in selecting and evaluating academic administrators under SFSU's shared governance practice/policy/custom.

**Exhibit D** is another policy from the SFSU Academic Senate which displays the faculty's control over department chairs and academic program directors under SFSU's "shared governance" principles.

**Exhibit E** is SFSU's official handbook for student organizations on campus. Page 6 of the handbook (p. 9 of the actual pdf) directs student organizations to describe themselves "**at** San Francisco State" to "clearly differentiate the club as a student organization and not a University Department or Program."  This is precisely what the "AMED Studies @ SFSU" page, which is the **only** page about which University officials complained.  See Dkt. 45-4, p.2, and Dkt. 45-2, pp. 2-4, Defendants' Exhibits A and C to defendants' Request for Judicial Notice", illustrating that the only group about which the University complained had taken all steps SFSU says are required to "clearly differentiate" themselves from the University.

---

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF, RABAB ABDULHADI'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [ECF 45]; DECLARATION OF MARK KLEIMAN IN SUPPORT THEREOF**
Case No. __4:18-cv-04662

4

1

**Exhibit F** is SFSU's new, online version of the official handbook for student

2 organizations.  Point No. 1 under "Constitution Guideline" is "**Name**".  The language

3 closely mirrors the language fro the 2011 Handbook, instructing student groups that

4 using "at" is necessary – and will suffice to make it clear that this is not a University

5 program or department.

6

**Exhibit G** is CSU's own brief in which it represented to Judge Orrick that they

7 have no control over the AMED **AT** SFSU web page.  (Of course, Facebook has <u>very</u>

8 straightforward takedown procedures that can be accessed where there is a genuine

9 trademark violation.  However, in the <u>twenty-six months</u> since the demands reflected by

10 defendants' Exhibit "C" (Dkt. 45-4), there is no indication that anything of the sort has

11 occurred.).

12

**Exhibit H** is Facebook's description of it's own procedure when users report

13 Trademark violations.  <u>Judicial notice may be taken of non-governmental, non-media</u>

14 <u>documents even after oral argument.</u>  Corns v. Laborers' International Union of North

15 America, 709 F.3d 901, 904 (9th Cir. 2013).

16

17 DATED:  May 28, 2019             LAW OFFICE OF MARK ALLEN KLEIMAN

18                                                        MARK A. KLEIMAN (SBN 115919)

19

20

21                                          By:    /s/ Mark A. Kleiman

22                                                 MARK  A. KLEIMAN

23                                          LAW OFFICE OF BEN GHARAGOZLI

24                                                 BEN GHARAGOZLI (SBN 272302)

25                                          By:    /s/ Ben Gharagozli

26                                                 BEN GHARAGOZLI

27                                          Attorneys for Plaintiff RABAB ABDULHADI

28

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF, RABAB ABDULHADI'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [ECF 45]; DECLARATION OF MARK KLEIMAN IN SUPPORT THEREOF**
Case No. __4:18-cv-04662

5

## DECLARATION OF MARK KLEIMAN

I, Mark Kleiman, hereby declare as follows:

1.  I am an attorney duly licensed to practice law before all courts in the State of California and am admitted to practice before this Court as well.  I represent Dr. Rabab Abdulhadi.  If called upon to do so, I could and would testify competently to the following based upon firsthand knowledge.

Attached hereto as Exhibit A is a true and correct copy of San Francisco State University's Academic Affairs Organizational Chart.

2.  Attached hereto as Exhibit B is a true and correct copy of San Francisco State University Job Posting for Associate Vice President for Faculty Affairs.

3.  Attached hereto as Exhibit C is a true and correct copy of San Francisco State University Academic Senate Policy, "Search Committees for San Francisco State University Administrators".

4.  Attached hereto as Exhibit D is a true and correct copy of San Francisco State University Academic Senate Policy, "Policy on Department Chairs and Equivalent Unit Directors"

5.  Attached hereto as Exhibit E is a true and correct copy of San Francisco State University LEAD Student Organization Handbook, 2011.

   a.  The Court's attention is respectfully directed to page 6 (page 9 of the pdf) of the document (the fifth bullet point on the left hand side) where it reads in pertinent part, "Student Organizations may indicate that their respective organization (sic) resides at San Francisco State University, i.e. Culinary Club at SF State."

6.  Attached hereto as Exhibit F is a true and correct copy of San Francisco State University's Student Activities & Events, Constitution Guideline.

7.  Attached hereto as Exhibit G is a true and correct copy of defendant's Notice of Motion and Motion to Dismiss Second Amended Complaint Dkt. 131, in <u>Mandel, et.</u>

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF, RABAB ABDULHADI'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [ECF 45]; DECLARATION OF MARK KLEIMAN IN SUPPORT THEREOF

Case No. __4:18-cv-04662

6

al. v. Board of Trustees of California State University; Case No. 3:17-cv-03511, signed by Bradley S. Phillips.

    a.  The Court's attention is respectfully directed to page 7, lines 21 through 23 (page 11, lines 21 through 23 of the pdf) where it reads in pertinent part "[Plaintiffs] do not (and could not) allege that [SFSU] had the ability either to remove the [Facebook] post themselves or to strip Abdulhadi of her tenure based on the post, which was undoubtedly an expression of her viewpoint that is protected by the First Amendment."

8.  Attached hereto as Exhibit H is a true and correct copy of Facebook's procedure when trademark violations are reported.  This was obtained from Facebook's own website, https://www.facebook.com/help/493458120789098?helpref=search&sr=7&query=trademark last visited May 28, 2019.  The Court's attention is respectfully directed to the fact that had a complaint been made about the AMED **at** SFSU page, if Facebook would have acted on the complaint, and would have reported its action to the page administrators.  There is nothing to suggest that any of this has happened.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 28th day of  May, 2019 at Los Angeles, California.

                  _/s/ Mark Kleiman_

                  Mark Kleiman

---

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF, RABAB ABDULHADI'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [ECF 45]; DECLARATION OF MARK KLEIMAN IN SUPPORT THEREOF**

Case No. __4:18-cv-04662

EXHIBIT A



**SAN FRANCISCO STATE UNIVERSITY**

**ACADEMIC AFFAIRS ORGANIZATIONAL CHART**
Revised 10/15/18

**President**
**Leslie E. Wong**

**Provost & VP for Academic Affairs**
**Jennifer Summit**

Academic Senate Chair & Senate Exc. Committee
**Nancy Gerber**

Executive Assistant
**Mona Sagapolutele**

---

**Business**
**Yim-Yu Wong**
Interim Dean

- Denise Kleinrichert
  Interim Associate Dean
- Bonnie Li-Victorino
  FA Budget Office
- Sandra Henao
  Exc. Dir. Bus. Dev.& Mktg
- And,
  **10 Department Chairs**

**Ethnic Studies**
**Amy Sueyoshi**
Interim Dean

- Catriona Esquibel
  Interim Associate Dean
- And,
  **5 Department Chairs**

**Extended Learning**
**Alex Hwu**
Interim Dean

- Angela Lipschuetz
  Associate Dean
- Julie Briden
  Executive Assistant
- (Vacant)
  Bus. Dev. Dir.& CFO
- (Vacant)
  Executive Director
- Donn Callaway
  Senior Dir. Acad. Progs.
- Saroj Quinn
  Dir. Intl. Lang.& Prof. Progs
- Alexander Chang
  Director Recruiting
- (Vacant)
  Exc. Dir. – Tech & CIO

**Graduate College of Education**
**Cynthia Grutzik**
Dean

- Robert Williams
  Associate Dean
- Teresa Dziadur
  Business Officer
- Eurania Lopez
  Dir. Student Resc. Ctr
- And,
  **5 Department Chairs**

**Health & Social Sciences**
**Alvin Alvarez**
Dean

- John Elia
  Associate Dean
- Ryszard Dziadur
  Director Operations
- And,
  **12 Department Chairs**

**Liberal & Creative Arts**
**Andrew Harris**
Dean

- Susan Shimanoff
  Associate Dean
- Troi Carleton
  Associate Dean
- Gail Dawson
  Associate Dean
- Michelle Rashleger
  Chief of Staff
- Ly Chau
  Dir.- Finance & Operations
- And,
  **21 Department Chairs**

**Science & Engineering**
**Carmen Domingo**
Interim Dean

- Ron Marzke
  Associate Dean
- Ursula Simonis
  Assoc. Dean for Research & Faculty Dev.
- Christopher Johansson
  Exc. Dir. - Operations
- Michael Vasey
  Director - NERR
- Crystal Kam
  Dir. - Budget & Finance
- Nadia Chan
  Executive Assistant
- Karina Nielsen
  Director of EOS
- Scott Kern
  Dir. - RTC OperationsF
- And,
  **9 Department Chairs**

---

**Academic Affairs Operations**
**Brian Beatty**
AVP

- Maggie Beers
  AT Executive Director
- Andrew Roderick
  Tech. Services Director

**Academic Resources**
**Jay Orendorff**
Interim AVP

- (Vacant)
  Academic Budget Mgmt. Director

**Faculty Affairs & Professional Development**
**Sacha Bunge**
Dean

- Todd Roehrman
  Associate Dean

**Graduate Studies**
**Sophie Clavier**
Dean

- Noah Price
  Admission Director

**Library**
**Deborah Masters**
University Librarian

- Christy Stevens
  Assoc. Univ. Librarian
- Chris Novak
  Head of IT
- And,
  **1 Dept. Chair**

**Academic Data Analytics**
**Sutee Sujitparapitaya**
Associate Provost

- Gregers Dubrow
  Dir.- Institutional Research

**Research & Sponsored Programs**
**Michael Scott**
AVP

- Susan Pelton
  Program. Manager
- (Vacant)
  Assoc. Director
- Raman Paul
  Interim Manager
- Jessica Mankus
  Grant Dev. Specialist
- Karl Murphy
  Animal Care Fac.Manager

**Undergraduate Education & Academic Planning**
**Lori Beth Way**
Dean

- Kimberley Altura
  Associate Dean
- Jane DeWitt
  Interim Associate Dean
- Tanya Chirapuntu
  Interim Dir. - Advising
- Mai Choua Xiong
  Assoc. Dir. - Advising
- Atina Delfino
  Assoc. Dir. - Operations

# EXHIBIT B

**Associate Vice President for Faculty Affairs**

Nominations and applications are invited for the position of **Associate Vice President for Faculty Affairs.**

The Associate Vice President for Faculty Affairs reports directly to the Provost and Vice President for Academic Affairs, and oversees the faculty-related functions of Academic Affairs. Academic Affairs is composed of 15 units that include our seven colleges, the library and several administrative offices that support our students, staff and faculty. These areas work together to foster an environment that promotes high quality teaching, learning, scholarship, and service in an urban context of vibrant diversity. Under the Provost's leadership, Academic Affairs ensures academic excellence and equity by overseeing faculty hires, retentions, and promotions and by promoting high-quality education to the University's 27,000 students. These activities are carried out in partnership with the Academic Senate under the principles of shared governance.

The Associate Vice President for Faculty Affairs is a member of the Provost's leadership team, the Academic Affairs Council, the Faculty Affairs Committee of the Academic Senate, the Professional Development Council, and various additional committees as appropriate to the position. The Associate Vice President for Faculty Affairs oversees the Center for Equity and Excellence in Teaching and Learning (CEETL); participates in the Academic Affairs Council; consults with department chairs, program directors, and other faculty; and collaborates with the University and Chancellor's Office Counsel and Labor Relations in the Department of Human Resources. The Associate Vice President for Faculty Affairs serves as the liaison with the Chancellor's Office of the CSU and with the other campuses in the CSU system on matters relating to faculty affairs and professional development.

**Salary and Benefits:** The salary for this position lies within the Administrator IV range, and comes with a competitive benefits package. This is a CSU Management Personnel Plan (MPP) position. Under this plan, incumbents are subject to normal management reviews and serve at the pleasure of the university president. Additional Management Personnel Plan information can be found at the following website: http://www.calstate.edu/HRAdm/policies/mpp.shtml.

**RESPONSIBILITIES**

Preamble: The Associate Vice President for Faculty Affairs, in collaboration with other entities, facilitates the mentorship and support of all faculty to achieve success in their roles. Under Academic Affairs, "faculty" at San Francisco State include: tenure and tenure-track faculty, lecturer faculty, and librarian faculty.

**This position will do all or most of the following:**

1.    In conjunction with other entities, develop and implement strategies that emphasize and enhance diversity and inclusion of all faculty, particularly faculty who are from historically marginalized communities and those who experience ongoing patterns of exclusion, oppression, and marginalization, by

- Taking concrete actions to foster an inclusive community for all faculty;
- Providing leadership for the university to achieve its equity, diversity, and inclusion goals in support of faculty;
- Overseeing the faculty recruitment and hiring process and providing consultation and training to department chairs and colleges regarding best practices to achieve diversity, social justice, and equity in recruitment and hiring of tenure and tenure-track faculty, lecturer faculty, and librarian faculty;
- Overseeing and training department chairs and colleges on best practices to achieve diversity, social justice, and equity in faculty retention, tenure, and promotion (RTP) procedures. This includes but is not limited to assisting departments in reviewing their RTP criteria, with the understanding that the Associate Vice President for Faculty Affairs has a consultative and facilitative role with respect to departmental RTP review processes and RTP criteria.

2.    Foster faculty and chairs' professional growth and leadership, including but not limited to

- Mentoring and facilitating chairs' leadership and management skills;
- Participating in strategic planning regarding faculty training and development in teaching, professional achievement and growth, and contributions to campus and community (service);
- Providing consultation and a program of workshops on retention, tenure, and promotion processes;
- Overseeing CEETL to support faculty development in teaching and learning;
- Serving as an Ex Officio, non-voting, member of the Professional Development Council to support faculty development in professional achievement and growth;
- Collaborating with the Office of Research and Sponsored Programs to support faculty development in professional achievement and growth;

- Supervising the staff of the Office of Faculty Affairs; and
- Administering faculty awards programs including: Sabbaticals, Difference in Pay Leaves, and Presidential Awards for Probationary Faculty.

3.      Work closely with Human Resources and with department chairs and deans to facilitate faculty administrative personnel processes from recruitment to retirement, including but not limited to:

- Overseeing Academic Affairs' faculty recruitment and searches, related committee trainings, hiring, and appointment contracts;
- Overseeing the Interfolio process for retention, tenure, and promotion;
- Overseeing the post-tenure review process;
- Following the policies and the CSU-CFA (California State University California Faculty Association) collective bargaining agreement on personnel processes and procedures for faculty unit 3 employees, including, but not limited to: appointment, paid and unpaid leaves (sabbatical, difference-in-pay, professional and personal leaves, sick leave, and parental leaves), outside employment, and faculty retirement programs;
- Providing leadership in maintaining equity in and adherence to the Collective Bargaining Agreement regarding faculty workload;
- Providing leadership in assisting, managing and communicating the appointment and compensation changes for all faculty, including lecturer faculty range elevation; and
- Assisting chairs with mandated periodic evaluation of lecturer faculty, and with Collective Bargaining Agreement-compliant implementation of lecturer faculty appointment, entitlement, and work order.

4.      Provide consultation on employee relations, including but not limited to

- Seeking faculty input and hearing faculty concerns;
- Consulting and coordinating with the Dean of Equity Initiatives, the Equity Programs and Compliance Office, the University and Chancellor's Office Counsel, and the Director of Employee Labor Relations to facilitate informal and formal resolution of tenured/tenure track and lecturer faculty grievances related to the Collective Bargaining Agreement and Academic Senate Policies;
- Consulting and coordinating with Labor and Employee Relations on grievances related to tenured/tenured track faculty and lecturer faculty personnel processes, including retention tenure, promotion, appointment and evaluation;

- Collaborating with the Department of Human Resources in the development of faculty data reports for internal and external constituencies;
- Interpreting and facilitating the implementation of the Collective Bargaining Agreement and relevant Academic Senate policies;
- Facilitating familiarity with and guiding implementation of new and revised University and Academic Senate policies, campus directives, and CSU Executive Orders; and
- Participating in shared governance as it relates to faculty personnel policy.

5.     Be an active part of the Academic Affairs leadership team and the Provost's Academic Affairs Council, which includes, but is not limited to

- Strategic planning in collaboration with the Provost around the roles and responsibilities of the Associate Vice President for Faculty Affairs;
- Consulting with the Provost and Deans on the Collective Bargaining Agreement; Academic Senate policies; hiring processes; retention, tenure and promotion processes; and resignation, separation, and retirement processes;
- Working with academic deans to determine appropriate faculty staffing patterns, and advising the Provost on allocation of faculty positions;
- Representing Academic Affairs on selected grievance cases;
- Reviewing recommendations on personnel actions for approval by the Provost; and
- Coordinating other projects as assigned by the Provost and Vice President of Academic Affairs.

**MINIMUM QUALIFICATIONS:**

Candidates for this position must have

1. By the start date, earned the rank of full professor through a formal promotion process, with a record of excellence in teaching, scholarship, and service appropriate to their current position; and
2. Administrative experience in categories including, but not limited to, service as a department chair, director, associate dean, dean, or other leadership administrative role, for a minimum of 3 years at the time of appointment.

Candidates for this position must demonstrate

1. The ability to support and lead the faculty in the pursuit of the university's mission of social justice; the ability to build consensus, solve problems, and resolve conflict; effective, culturally competent, and culturally humble interpersonal communication skills;
2. An understanding of hiring, retention, tenure, and promotion processes;
3. Interest in a range of teaching practices that reflect the teaching focus of the campus and our mission of social justice pedagogy;
4. A record of meaningful participation in a range of service roles that reflect a commitment to campus shared governance;
5. Interest in and an understanding of a range of scholarship and academic environments that reflect the intellectual practices and rich diversity of scholarship on this campus, including an understanding of internal and external funding;
6. Experience and a desire to work in an academic community that embraces diversity and inclusion and that recognizes and addresses historical and ongoing patterns of exclusion, oppression, and marginalization; and
7. Experience working in a strong collective bargaining and shared governance environment.

**PREFERRED QUALIFICATIONS:**

It would be additionally desirable if candidates for this position demonstrate aptitude in areas relating to

1. Faculty development, including mentoring faculty;
2. Departmental training and facilitating chairs' professional growth and leadership;
3. Supervising hiring, retention, tenure, and promotion processes;
4. Working with and mediating between units that represent various functions and perspectives;
5. Fostering inclusive academic environments and communities;
6. Leadership and management, including hiring and supervising staff; and
7. Strategic planning, program administration, and project management.

To apply, please submit the following documents:
1. academic curriculum vitae, inclusive of a record of teaching, scholarship, and service
2. cover letter
3. diversity statement that addresses the applicant's experience and desire to work in an academic community that embraces diversity and inclusion, and that

recognizes and addresses historical and ongoing patterns of exclusion, oppression, and marginalization

4. five references and their contact information (references will be contacted only for finalist candidates)

Please send materials addressed to
Office of the Provost and VP for Academic Affairs
Co-Chairs Dr. John Elia and Dr. Wei Ming Dariotis, Search Committee, Associate Vice President for Faculty Affairs.
Mail to San Francisco State University 1600 Holloway Avenue, ADM 455 San Francisco, CA 94132-4111 or send electronic applications to facultydean@sfsu.edu
Starting date is in early June, 2019. Review of applications and nominations will begin on April 2, 2019. Late applications will be accepted and evaluated until the position is filled. On campus interviews for finalists will take place in the last week of April/first week of May, 2019.

The University is an Equal Opportunity employer with a strong commitment to diversity and encourages applications from women, members of all ethnic groups, veterans, and people with disabilities.

# EXHIBIT C

Published on *Academic Senate* (https://senate.sfsu.edu)

Home > Search Committees for San Francisco State University Administrators Policy (CURRENT)

---

**Reference Number:** S19-180
**Senate Approval Date:** Tuesday, February 19, 2019
**Presidential Approval Date:**
Thursday, March 14, 2019

Last Review:          *Spring/2019*

Next Review:          *Spring/2029*

### *SEARCH COMMITTEES FOR SAN FRANCISCO STATE UNIVERSITY ADMINISTRATORS*

**Rationale**

*An important part of shared governance is participating in the recruitment and selection of the university?s leaders.  This policy specifies how faculty indicate their interests in serving on search committees for academic administrators, the roles and compositions of those committees, and the selection of interim administrators. The policy also specifies how faculty are to be elected to the Advisory Committee to the Trustee Committee for the Selection of the President.*

**Key Words:** *Administrative search pool, administrative search committee, interim administrators*

**Author/Source**

*Strategic Issues Committee*

**Responsible Unit**

*Academic Senate*

**History**

Version       Approved          Revisions(s)

| 4 | | S19-180 |
| | 2/19/2019 | • Revised to include procedures for filling the Advisory Committee to the Trustee Committee for the Selection of the President. |

S18-180

| 3 | 04/03/2018 | • *Revised recruitment method (Section B)*<br>• *Changed terms of membership in search pool (Section B)*<br>• *Updated list of administrative positions (Section D)*<br>• *Modified composition of specific search committees (Section D)*<br>• *Changed terms of service for interim administrators (Section E)*<br>• *Miscellaneous edits (Sections A-E)* |

S09-180

| 2 | 03/17/2009 | • *Established search pool* |

S92-180

| 1 | 03/15/1993 | • *Established consultative role of the Academic Senate?s Executive Committee in administrative searches*<br>• *Established composition of specific administrative search committees* |

**Table of Contents**

1. **Purpose and preliminaries**
2. **Procedures for populating the administrative search committee pool**
3. **Guidelines for consultation**
4. **Composition of the search committee**
5. **Procedures for selecting faculty for Presidential searches**
6. **Interim administrators**

**Policy**


## A. PURPOSE AND PRELIMINARIES


1.   It is the responsibility of all faculty to participate in shared governance.  Serving on the search committees of the university?s administrators is an important component of this.  This policy establishes: the procedures for faculty to serve on the search committees of university administrators; specifies the consultative role of the Academic Senate?s Executive Committee, as elected representatives of the faculty, in searches for administrators; and sets conditions for the appointment of interim administrators.


2.   The charge of a search committee is to recruit, obtain, seek information about, screen, interview, and recommend candidates for the position in question, based upon a joint review or development, if needed, of the position description with the hiring unit or relevant authority.


3.   Before a search begins for an open administrative position the President or the President?s designee, in consultation with the Executive Committee of the Academic Senate, shall determine the need for faculty representation on the search committee consistent with the position?s impact upon faculty, students and staff, and in accordance with section D.


4.   The basic composition and size of a search committee for an administrative position will vary according to the nature of the position and shall be determined by the President or the President?s designee in consultation with the Executive Committee of the Academic Senate and the unit concerned. Search Committees should be constituted to reflect the balance and diversity appropriate to the search, including ethnicity, gender, rank and professional expertise. The faculty shares the responsibility for such diversity and balance.


5.   The unit reporting to the administrator, and most affected by the position, shall be represented on the Committee except for compelling reasons as determined by the President or the President?s designee in consultation with the Executive Committee.

6.   The President or the President?s designee and the Academic Senate's Executive Committee, as elected representatives of the faculty, will jointly select faculty representatives to serve on search committees from a pool of faculty established in section B.

**B.  PROCEDURES FOR POPULATING THE ADMINISTRATIVE SEARCH COMMITTEE POOL**

1.   Faculty may join the administrative search pool at any time through a registration link maintained on the Academic Senate?s website.  During registration, faculty will be given the option to indicate any specific administrative searches or administrative functions in which they have interests. Faculty will also be asked for self-described demographic and professional data?including gender, ethnic group, academic rank, academic unit, and time base (e.g., full-time, part-time, FERP)?so the Academic Senate Executive Committee can gauge the pool?s diversity and representativeness. Such data shall be confidential to the Executive Committee.

2.   The Academic Senate will recruit faculty to the pool during its annual election period.  To maximize recruitment, the Academic Senate, in consultation with the President or the President?s designee, will identify the projected administrative searches for the following academic year.

3.   If the pool membership is insufficient to comprise a specific search committee, the Academic Senate may recruit additional members for at least two weeks before the committee?s first meeting.

4.   Faculty who join the pool will remain in it until the next Academic Senate election, when the Academic Senate will empty and refill the pool.  Faculty may re-register for the pool every year.

5.   Members of the pool may decline service on any particular search.

**C.  GUIDELINES FOR CONSULTATION**

1.    The President or the President?s designee shall convene the first meeting of the Search Committee, shall indicate the budget for the search and deadline for the Committee?s final report; the President or the President?s designee may appoint the Committee Chair with the

concurrence of the Committee, except as provided in section D below.

2.     The Search Committee must be involved from the beginning of the search process. Consultation will consist of deliberation rather than advisement to enable committee members to offer input into the process. Normally, the Committee shall review the position description and qualifications, scope of the recruitment effort, timeliness, and advertisement of the position and make revisions as appropriate.

3.     At the time the position is formally advertised, the Committee shall inform the campus community of the position description and application deadline dates and invite applications and nominations.

4.     The Committee shall diligently search for qualified candidates from diverse backgrounds, particularly from those groups that are underrepresented in leadership positions.

5.     All applicants, regardless of prior association with the University, shall be evaluated by the same criteria, and be given equal consideration and treatment by the Search Committee throughout the screening process. Applicants shall not be either excluded or included solely because of their geographical proximity to San Francisco State University.

6.     The Committee shall provide timely opportunity for members of the University community to review candidate information (abbreviated CV) and, after a reasonable time period for that review, to meet with candidates invited for interviews; committee members will seek and review evaluative comments from those who have attended such meetings. Comments received shall become part of the basis for further deliberation and for selection of the slate submitted to the President or the President?s designee.

7.     In consultation with the President or the President?s designee the Committee shall make extensive reference checks on all finalists.  The committee shall ensure that background checks mandated by Executive Order HR 2017-17 (or most recent are completed.

8.     The Search Committee shall seek full consensus of its members on the recommendation of the final slate to the President or the President?s designee. However, any name submitted on the final slate must receive at least a majority vote of approval from the Search Committee. Whenever possible, a minimum of three nominees shall be recommended to the President or the President?s designee by the Search Committee.

9.    If no nominee is acceptable to the President or the President?s designee, the President or the President?s designee shall, in consultation with the Search Committee, Academic Senate Executive Committee and the unit affected, (a) ask the Search Committee to submit a new slate, or (b) begin the search process again.

10.  Any appointment with tenure in an academic department shall be made only after an evaluation and tenure recommendations by the appropriate department, as provided by the University policy on retention and tenure.

11.  The Committee shall keep the University community informed of its activities and shall submit a final report to the President or the President?s designee, who, within limits of confidentiality, will report to the Academic Senate Executive Committee on its efforts.

## D.  COMPOSITION OF THE SEARCH COMMITTEE

Composition of the search committees shall vary by category as follows:

1.  Category I: Position(s) with Most Impact on Faculty

1.  Provost and Vice President for Academic Affairs

The Committee shall consist of:

- A majority of faculty members, selected from the Faculty Search Committee Pool in the manner described in A.6. This faculty majority shall consist of one member from each college and the Library. The Executive Committee and the President may mutually agree to extend this majority to include at-large representatives, in which case, those representatives would again be chosen in the manner described in A.6;
- Non-faculty appointments, made by the President or by the President?s designee;
- Two students (preferably one undergraduate and one graduate), representing and designated by Associated Students; and
- A committee chair elected by the committee in consultation with the President.

1.  Deans of Colleges

The Committee shall consist of:

- A majority of faculty members with a majority from the college, including at least one

past or present department chair from the college;
- At least one staff member representing and designated by the college;
- Non-faculty appointments, made by the President or by the President?s designee;
- Two students (preferably one undergraduate and one graduate) representing and designated by the college; and
- A committee chair elected by the committee in consultation with the Provost.

1. Librarian of the University

The Committee shall consist of:

- A majority of faculty members with at least two faculty from the library;
- At least two staff members representing and designated by the library;
- Non-faculty appointments, made by the President or by the President?s designee;
- Two students (preferably one undergraduate and one graduate), representing and designated by Associated Students; and
- A committee chair elected by the committee in consultation with the Provost.

1. Category II: Positions with Impact on Faculty

The impact on faculty of the following positions will be determined in consultation with the entire Executive Committee of the Academic Senate: Vice Presidents (other than Provost and Vice President for Academic Affairs); Associate Provosts; certain Associate Vice Presidents and Assistant Vice Presidents; Deans of Faculty Affairs & Professional Development, Undergraduate Education & Academic Planning, Graduate Studies, and the College of Extended Learning; and certain Executive Directors or Directors.

The Committee shall consist of:

- A majority of faculty members;
- At least one staff member representing and designated by the unit impacted by the hire;
- Non-faculty appointments, made by the President or by the President?s designee; and
- A committee chair elected by the committee in consultation with the hiring manager.

## E. PROCEDURES FOR SELECTING FACULTY MEMBERS FOR PRESIDENTIAL SEARCHES

The selection of the President of the University is governed by the 2011 Board of Trustees Policy for the Selection of Presidents. In the policy, the campus is to select two faculty members to the Advisory Committee to the Trustees Committee for the Selection of the President (ACTCSP), which is charged to provide advice and consultation regarding the position and campus descriptions and any advertisement of the position. The ACTCSP

reviews and comments on all candidate applications, participates in candidate interviews and the deliberations that lead to the selection of the final candidate(s). Any faculty member is eligible to be nominated for the committee, and no more than one faculty from any given college or unit may serve on the committee. Once the Academic Senate Chair receives notification from the Chancellor?s Office of the need to identify the two faculty representatives, the Chair will organize a nomination period to be no less than one week in which all full-time faculty will be invited to self-nominate. After the close of nominations, an election period will commence that shall be no less than one week. All full-time faculty will be eligible to vote in the elections. The top two vote getters who are not in the same college as each other, shall be elected to the ACTCSP.


## F.  INTERIM ADMINISTRATORS


In cases where an incumbent administrator resigns, dies, retires, or is removed, or in cases where a search process fails, the President or designee shall, in prior consultation with the Academic Senate Executive Committee and the appropriate faculty, staff, and administrative leadership of unit involved, appoint an interim administrator for a term up to two years. All reasonable efforts should be made to conduct the search within twelve months of the interim appointment, subject to consultation with the Academic Senate Executive Committee. When the position has not been filled through usual procedures within those two years, the President or the President?s designee, after consultation with the Academic Senate Executive Committee and the unit involved, may re-appoint an interim administrator. An interim administrator can only become permanent by being selected in a successful search process.

# EXHIBIT D

Published on *Academic Senate* (http://senate.sfsu.edu)

Home > Department Chairs and Equivalent Unit Directors Policy

**Reference Number:** F11-145
**Senate Approval Date:** Tuesday, December 06, 2011

**ACADEMIC SENATE POLICY #F11-145**

**(FORMERLY#S00-145 & #S87-145)**

**POLICY ON DEPARTMENT CHAIRS AND EQUIVALENT UNIT DIRECTORS**

**{Effective Fall 2012}**

**Rationale:**According to the AAUP Statement Government of Colleges and Universities, ?[t]he chair or head of a department serves as the chief representative of the department within an institution. Board, administration, and faculty should all bear in mind that the department chair or head has a special obligation to build a department strong in scholarship and teaching capacity.?

Department chairs and equivalent unit directors (hereafter department chairs or chairs) are faculty members of a department and have all the rights and responsibilities of a faculty member.  Department chairs serve as liaisons between the faculty and the administration, communicating the department?s needs to the administration and keeping the faculty and staff informed of university policies, procedures, and initiatives.  Of primary importance is their ability to provide effective leadership and direction for academic programs, foster productive communication within the department, and facilitate the department?s goals in all areas of responsibility. Managing the department?s resources - human, fiscal, and physical - is central to this endeavor.  In addition, chairs represent the department to outside constituencies in an effort to build relationships that strengthen program offerings and benefit the community.  For these reasons, and because of the role of the department chair in the tenure and promotion process, it is in the best interest of both the chair and the department that the chair be a tenured full professor, whenever possible.

This policy seeks to clarify the way chairs are selected, trained, evaluated, and, if necessary, removed, in order to best support chairs in fulfilling their complex roles. The recommendation of chairs, the responsibilities and duties of chairs, and the service of chairs at the will of the President are governed by the Collective Bargaining Agreement. It is expected that the process between the administration and the department faculty be transparent, collaborative and consultative. Solicitation of input from department faculty is strongly encouraged. It is in the best interests of the department and the academic programs that department chairs operate within the principles of shared governance.  Maintaining positive working relationships with the faculty and staff is of the utmost importance.  Communication should be open, honest, principled, and operate on a two-way exchange in which faculty and department chair input is sought and respected.

**I. Principle and Definition.**Administration and leadership of each academic department or equivalent unit (hereafter "department") are provided by a department chair or equivalent unit/program director (hereafter "chair") who is a tenured/tenure-track facultymember of the department or who may be appointed through an external selection process. The chair also serves as representative and advocate for the department and its faculty within the college, University, community and profession. The

Collective Bargaining Agreement (CBA) describes the normal selection of department chairs as being from the list of tenured or probationary faculty employees recommended by the department, through the election process described below, to so serve. The Collective Bargaining Agreement stipulates that department chairs shall be appointed by and shall serve at the pleasure of the President

For purposes of selection, appointment, and review of chairs, the term "faculty" includes tenured and tenure-track faculty, and instructors of record on contract excluding temporary faculty who are also graduate students in the department. Departments shall tabulate votes of temporary faculty on a pro-rated basis in proportion tothe faculty member?s time-base appointment in the semester in which the selection or evaluation process is initiated.

**II.Term of Office.**Department chairs will be appointed for a three-year term beginning in the fall semester. Department chairs may be re-appointed to additional terms subsequent to the normal nomination and faculty ballot process every three years, but not exceeding three consecutive terms unless by mutual agreement of the majority of the department faculty and the Dean prior to the normal election process.

**III.Duties and Responsibilities.**The department chair is the person most fully responsible for leading, administering, and representing the department. The department chair?s duties and responsibilities include but are not limited to the following four categories:

## A. Academic Programs

1.  To assume the leadership in the development and direction of quality academic programs.

2.  To work with the department faculty in academic program planning and review, and curriculum development and revision.

3.  To prepare the class schedule in consultation with the department faculty or appropriate department committee.


## B. Students

1.  To supervise advising, provide information, sign documents and petitions, and otherwise facilitate resolution of administrative difficulties students may encounter.

2.  To promote department activities (programs, competitions, awards, professional organizations, clubs) and recruit potential majors/minors.

3.  To be available to receive students' comments and suggestions about courses, instructors, and programs.

4.  To attempt resolution of complaints, differences, or grievances between students and faculty.

**C. Faculty**

1.    To encourage collegial and full participation of all members of the department in recognition that governance of departments is a joint and cooperative endeavor.

2.    To participate inthe faculty personnelprocesses for hiring, retention, tenure, and promotion with the tenured members of the department, and other faculty matterswithin existing trustee policy, the Collective Bargaining Agreement, and University and college policies.

3.    To make an independent recommendation regarding hiring, retention, tenure and promotion after reviewing recommendations from the department's elected HRT/P committee.

4.    To perform the evaluation and recommend the appointment or reappointment of temporary faculty either after receiving department peer review committee recommendation or upon delegation by the voting members of the department in accordance with Academic Senate policy and the Collective Bargaining Agreement.

5.    To provide leadership at the department level in the implementation of the University's affirmative action policy.

6.    To promoteand support the professional development of the faculty.

7.    To establish, after consultation with the faculty, appropriate departmental committees.

8.    To distribute faculty teaching and service activities.


**D. Administrative Responsibilities**

1.    To convey pertinent information to, from and within the department. To present issues which have potential impact on the department. To invite and respond to comments and suggestions of faculty and staff.

2.    To represent the department within the college, University, community, and profession.

3.    To work with the college dean on management of resources, including the establishment of enrollment targets, allocation of faculty positions, and all budget matters; to organize and supervise department expenditures and resources; to monitor departmental compliance with university regulations and deadlines.

4.    To hire and supervise department staff.


 A department may establish additional charges to the chair?s duties and responsibilities specific to departmental needs.


**IV.Selection of Chairs.**The chair is appointed by the UniversityPresident or the presidential designee in Academic Affairs upon the recommendation of the department and the

appropriate dean. Thenomination and selection process shall be as follows:

Nomination & Ballot => Dean?s Report => Presidential Appointment

**A.   Nomination and Ballot**. No later than the third week in the spring semester of the third year, the Office of Faculty Affairs shall inform, via the office of the college dean, the current department chair of the expiration of that chair?s term. The department shall elect by secret ballot an ad hoc faculty committee of at least three full-time faculty for the election of chair (hereafter "Committee") to take charge of the chair?s selection and balloting process. All department faculty shall be notified of this election. Upon recommendation of the department and in consultation with the college dean, faculty from a related discipline may serve on the Committee if there are insufficient faculty members within the department. The Committee shall conduct a secret ballot election to determine the department recommendation of the chair. Faculty who are in the early retirement program, and tenure-track (probationary) faculty in their terminal year are not eligible for nomination to serve as chair.  All tenured and probationary faculty can be nominated or make self-nomination for consideration to become the chair. A department or equivalent unit shall consider probationary faculty to serve as chair only in extraordinary circumstances.  Nominees for chair are encouraged to submit a personal statement.

Department faculty shall determine an electoral body comprised of all faculty. This electoral body shall vote by secret ballot.  The results of this ballot, in a form determined by the department faculty, including a record of those who voted, will be forwarded to the dean as part of the report. The results mayinclude numerical counts, and because the vote is pro-rated, rounded to the nearest whole number to protect the confidentiality of part-time faculty votes.

The Committee shall report the result of the selection process to the department, and the department shall recommend their candidate to the Dean by the sixth week of the spring semester.

**B.   Dean?s Report and President?s Decision.**When the dean supports the department recommendation, the dean shall meet with the recommended candidate prior to making a recommendation for appointment tothe University President via the Office of Faculty Affairs by the ninth week of the semester. If the President or presidential designee agrees with the recommendation of the department and the Dean, the President will appoint the recommended candidate as the new department chair and the candidate will be considered the in-coming chair. The University President or designee notifies the Office of Faculty Affairs by the twelfth week of the semester.

If the dean does not support the departmental recommendation, the dean shall convene a meeting of the department faculty with at least a majority of the department faculty present to discuss its recommendationand the dean?s objection. All department faculty must be notified of this meeting at least one week prior to the meeting. During this meeting, the department faculty members present and the college dean shall reach a mutual agreement either 1) to forward the original departmental recommendation, or 2) to repeat the departmental nomination process.  If the disagreement persists, the dean and the department faculty shall seek mediation from the Office of Faculty Affairs. If no resolution is achieved through this process, the dean shall forward the department's recommendation and his/her statement of non-supportto the University President

or presidential designee via the Office of Faculty Affairs. It will then be the responsibility of the University President or the presidential designee to work with the dean and the department faculty to obtain a mutually acceptable solution.

If the University President or designeedisagrees with the recommendation of both the department and the dean, he/she shall meet with the department faculty and the dean to discuss his/her objection. If the disagreement cannot be resolved, the department will provide alternative recommendations until a mutually acceptable candidate is identified.

**C.   C.  ChairTransition.**When a new chair is approved, the out-going chair shall facilitate the in-coming chair?s transition into departmental management**.** The Committee shall schedule a meeting between the in-coming chair and the department faculty and staff on the duties and responsibilities of the chair in departmental management.Additional training for the in-coming chair shall be determined by the department as needed.

**V.Chair?s Midterm Feedback.** The purpose of this feedback is to provide department faculty, staff and students the opportunity to offer constructive feedback to the chair in the third semester of service. The Department?s Chair Election Committee is responsible for conducting the mid-term chair feedback process. By no later than the third week of the spring semester in the second year of the chair?s term, the Chair Election Committee will initiate the feedback process by distributing a questionnaire to the department faculty and staff.  A downloadable skeleton questionnaire would be available on Faculty Affairs website for departments to use if they so choose.  A Department may alternatively choose to design its own questionnaire as long as the content of the questionnaire is based on the four categories of duties and responsibilities outlined in the policy.  Data will remain anonymous. The Chair Election Committee will collect all responses, develop a summary of the data and forward both data and summary to the chair. The process should be completed by the seventh week of the spring semester of the second year.

**VI. Removal** of a department chair.

**A.   Removal initiated by the Department:**The faculty of the department may request that the chair be removed by an affirmative vote of at least three-fourths of the entire department faculty. The faculty in a program or equivalent unit of fewer than four faculty may request the chair be removed by an affirmative vote by a majority of the entire unit faculty. After taking such a vote, the faculty must meet with the appropriate dean and the department chair to discuss their concerns about the chair?s performance of duties.

If as a result of this discussion it is determined that a remedy short of termination is possible and has a high likelihood of success, a specific plan to address the concerns will be prepared by the dean and presented to the department.

When sufficient progress is made on the plan, and after consultation with the department faculty and the dean, the President or designee may determine that the department chair can administer his/her assigned program in a satisfactory manner and the departmental chair appointment will continue. If the plan does not achieve the specified results, the department may recommend to the dean that the department chair appointment be terminated immediately. The termination of the departmental chair appointment for any reason does not affect the chair?s underlying faculty status.

**B. Removal by the President:** Removal of a department chair before the conclusion of a term of service may be necessary. As indicated by the CBA, department chairs serve at the pleasure of the President, and the chair assignment may be terminated at will.


**VII.Acting Chairs.** In the event that it is necessary to appoint an acting chair, he/she shall be appointed by the University President or designee uponrecommendation by a secret ballot vote of the faculty of the department and in consultation with the collegedean. The acting chair can be appointed internally (from within the department) or externally (from outside the department or university). (In this situation, follow the process for the "External Selection of Chair.")

The position of acting chair has all the duties and responsibilities of a department chair. Acting chairs are temporary appointments. Acting chairs will not serve more than two consecutive semesters, except in very unusual circumstances in which the appointment as acting chair could be extended for a maximum of two additional semesters**,**by the agreement of the department in consultation with the dean. The normalselection process for a department chair shall begin as soon as possible after the appointment of an acting chair. (See section "Selection of Chairs.")

Time served as an acting chair does not count as part of the three-year term of a department chair.

**VIII.External Selection of a Chair.** A department may request an external search for a chair?s appointment if there are available resources and when there is agreement between the department faculty and the college dean concerning department management and governance.

Subject to approval of the University President or designee, a department may conduct a formal search process, as part of the tenure-track faculty recruitment, for an external candidate for a department chair. The process must be in compliance with the university policy on tenure-track faculty hiring. The hiring of an external chair needs to include a full vote of all eligible faculty similar to that of the election of a chair from within the department.

During the third semester of appointment, there shall be a Feedback process for the externally recruited department chair. (See section ?Midterm Feedback?) At the end of the third year of appointment, there shall be the normal chair?s selection process as stipulated in the aforementioned section on "Selection of Chairs." The conclusion of the department chair?s term shall not affect the chair?s underlying faculty status.

**IX. Timeline.** The normal process for the selection and appointment of a department chair and Midterm Feedback shall be conducted as follows:

**A.   Selection of Chair:** Spring Semester in the third year of the current chair?s term.

 **1.** Office of Faculty Affairs to notify department on Chair selection. (3rd week of semester)

 **2.** Department meeting to establish ad hoc committee.

  a. To nominate faculty for chair

  b. To conduct faculty secret ballot

  c. To call a meeting between faculty and chair-elect

  d. To prepare departmental recommendation to college dean

**3.** Departmental recommendation to college dean. (6th week of semester)

**4.** College dean?s report to University President **(or)** resolution of disagreement, if applicable. (9th week of semester)

**5**. Presidential decision if departmental recommendation is accepted by dean and University President, **(or)** resolution of disagreement, if applicable. (12th week of semester)

**B.   Midterm Feedback:** Spring semester of the second year

**1.**  Chair Election Committee to notify all faculty, staff, and students of upcoming chair feedback questionnaire. (by 1st week of semester)

**2.** Chair Election Committee to post an online questionnaire either of the department?s making or using the template provided on the Faculty Affairs website. (by 3rd week of semester)

**3.** Chair Election Committee to collect and organize data and develop a summary of feedback. (by 5th week of semester)

**4.** Chair Election Committee to provide data and to the department chair, signed by all members of the Chair Election Committee (by 7th week of semester)


**\*\*\*Approved by the Academic Senate at its meeting on December 6, 2011\*\*\***


**\*\*\*Approved by President Corrigan on December 14, 2011\*\*\***

# EXHIBIT E



*LEAD* **student organization**
LEADERSHIP, ENGAGEMENT, ACTION, DEVELOPMENT **handbook**

Student Affairs

SF STATE

Policies and procedures are updated on an ongoing basis. For the most current information check the LEAD website: *http://www.sfsu.edu/~lead*



# contents

**Meet LEAD**
- Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
- Mission . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
- Contact Us . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
- We Are Your Resource . . . . . . . . . . . . . . . . . . . . . 3

**Get Involved!: Student Organizations at SF State**
- Join a Student Organization . . . . . . . . . . . . . . . . . . 4
- Start a New Student Organization . . . . . . . . . . . . . . . 4
- Registration and Benefits . . . . . . . . . . . . . . . . . . . . 5
- Changes to Organizations . . . . . . . . . . . . . . . . . . . . 5
- Guidelines for All Student Organizations. . . . . . . . . . . . 6
- Faculty/Staff Advisors . . . . . . . . . . . . . . . . . . . . . . 8

**Conduct**
- **Policies** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
  Standards for Student Conduct . . . . . . . . . . . . . . . . 9
  Non-Discrimination . . . . . . . . . . . . . . . . . . . . . . . 9
  Hazing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
  Alcohol and Illegal Drugs . . . . . . . . . . . . . . . . . . . 11
  Campus Time, Place and Manner . . . . . . . . . . . . . . . 12
- **Student Organization Misconduct** . . . . . . . . . . . . . 12
  Collective Responsibility . . . . . . . . . . . . . . . . . . . 12
  Student Organization Hearing Panel . . . . . . . . . . . . . 12

**Planning Events**
- Event Policies . . . . . . . . . . . . . . . . . . . . . . . . . . 13
- Types of Events . . . . . . . . . . . . . . . . . . . . . . . . . 16
  Rallies/Demonstrations and Counter Demonstrations . . . . 17
- Reserving Space . . . . . . . . . . . . . . . . . . . . . . . . . 17
  Outdoor Venues . . . . . . . . . . . . . . . . . . . . . . . . 17
  Indoor Venues . . . . . . . . . . . . . . . . . . . . . . . . . 19
- Publicity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
- Event Planning Checklist . . . . . . . . . . . . . . . . . . . . 27

**Making Money: Fundraising**
- Fundraising Policies . . . . . . . . . . . . . . . . . . . . . . . 29
- Funding Sources . . . . . . . . . . . . . . . . . . . . . . . . . 29
- Banking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

**LEAD University Partners** . . . . . . . . . . . . . . . . . . 32

Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

Additional Event Planning Checklist . . . . . . . . . . . . . . 35

2



# Meet LEAD

*The staff of LEAD (Leadership, Engagement, Action, Development) welcomes you. Being a student leader is an incredible developmental experience and with it comes numerous responsibilities. This handbook, as well as LEAD staff and resources, are available to support student leaders in achieving success with their student organization at San Francisco State University.*

**mission** LEAD (Leadership, Engagement, Action, Development) is a center for student leadership and campus activities. We support SF State students, faculty and staff by providing leadership development programs, student organization resources, and event coordination and consultation. LEAD facilitates transformative learning and student engagement, developing strong leaders and conscientious citizens within SF State's diverse community and beyond.

# we are your resource

## Leadership Workshops/Trainings

LEAD provides a variety of leadership training and informational workshops for student leaders. Workshops are provided annually, with numerous trainings occurring throughout the academic year. Workshops cover a variety of topics to best support student leaders. We recommend having several members attend and bring the information back to the organization. For a list of workshops/trainings, please visit http://www.sfsu.edu/~lead/leadership/workshops.htm.

## Leadership Symposium

This event is an opportunity for SF State leaders to connect with each other, build partnerships and develop leadership skills. This event is a campus-wide conference style program open to all SF State students regardless of any prior leadership experience. For more information, please visit http://www.sfsu.edu/~lead/leadership/symposium.htm.

## Student Leader Orientations

The introductory leadership workshops educate new student leaders regarding resources, University policies and procedures, and connect groups with other departments to best assist them in their roles as student leaders. For a list of orientation dates, please http://www.sfsu.edu/~lead/org/orientation.htm.

## LEAD Advisors

All student organizations have a LEAD advisor by primary group category. Each professional staff member provides important information to student organizations through their expertise in the areas of event planning, leadership training and University policy. Student leaders are encouraged to stop by LEAD to meet with your advisor, keeping her/him informed regarding upcoming programs and events so we can best support you in your planning.

## Web Resources

LEAD is continually developing comprehensive web resources in an attempt to be available to students 24 hours a day, 7 days a week. The web includes student organization listings, online forms, funding resources, event planning checklist and much more. Please visit http://www.sfsu.edu/~lead  for information updates and student leader resources.

## Student Organization Handbook

This handbook is a guide for student leaders, providing detailed information regarding event planning, University policy and resources. The handbook is available in PDF version online at  http://www.sfsu.edu/~lead/conduct/handbook.htm.

## University Partners

LEAD works in collaboration with various University departments to best support student organizations. For a list of LEAD University Partners, please see page 32 or visit http://www.sfsu.edu/~lead/html/resources/partner.htm.



## come visit us!

**206 Student Services Building**

(415) 338-2171
(415) 338-2172 fax

http://www.sfsu.edu/~lead

**Hours:** Monday - Friday,
8:00 a.m. to 5:00 p.m.



## we can help you with:

**event planning**
- Event Registration and Approval
- Major Campus Events
- Rallies and Protests
- Political Activities
- High Profile Speakers
- Welcome Days
- SF State Fair
- Greek New Member Welcome

**fundraising**
- Funding Advice
- Student Organization Fundraising
- Benefit Fundraisers
- Vendor Fundraising Program
- Food Sales

**student leader resources**
- Leadership Training
- Online Student Organization Directory
- Student Organization Registration
- LEAD Advisors
- Student Leader Orientations
- Information and Training Workshops
- Student Activism
- Student Organization Advocacy
- LEAD University Partners

**space**
- Malcolm X Plaza Scheduling
- Main Lawn Area Scheduling
- Facilitate Classroom Scheduling
- Space Scheduling Advice



meet lead

4



get involved

# Get Involved!
# Student Organizations
# at SF State

*Student organizations are at the center of activity at San Francisco State University, providing events, educational programs and service to the campus and local community. LEAD (Leadership, Engagement, Action, Development) welcomes students at SF State to get involved in student life on campus through the over 220 student organizations registered each academic year.*

## Join a Student Organization

SF State offers a wide variety of student organizations on campus. To find and participate in an existing organization, locate a current organization at http://www.sfsu.edu/~lead/html/organization/org_list.htm and contact via email or visit LEAD (105 Student Services Building). If your specific interest is not represented with the current organizations listed, you may be able to establish your own student organization (see *Start a New Student Organization*).

## Start a New Student Organization

LEAD welcomes students wishing to submit a proposal for creating a new student organization at SF State. Developing and establishing a new student organization on campus assists in developing life-long leadership skills. You will want to become familiar with the LEAD handbook (see *Steps to Create a New Student Organization*) in order to complete the process for possible University approval.

## Start a Greek Organization

San Francisco State University provides a unique fraternity/sorority system represented by the Fraternity/Sorority Council (FSC). There are approximately 30 Greek organizations representing a diversity of students and interests. These include both national and local organizations. If your interest is not currently represented within the Greek community, you may

consider establishing a Greek organization. To start the process, you will need to meet with the Fraternity/Sorority Council, and provide a proposal of intent to the Greek Advisor and Director of LEAD. For more information regarding the Fraternity/Sorority Council, email fsc@sfsu.edu. Questions regarding the University process for Greek organizations can also be directed to the Director of LEAD, 105 SSB or lead@sfsu.edu.

## New Student Organization Registration

New student organizations seeking University recognition should contact 415.338.2174 to set up a meeting to discuss their proposal and registration process. The Spring registration deadline is March 8.

## Re-Registering
## Your Student Organization

All student organizations are required to re-register with the University each fall semester by September 30, in order to be recognized as a student organization at San Francisco State University. Meeting the deadline allows you to also meet the Associated Students Incorporated funding schedule. Student organizations' registration is valid for one calendar year, ending September 30. Registration is an extensive process and may require some time for forms to be processed, so please plan accordingly. For registration materials please fill out the online form at http://www.

sfsu.edu/~lead/registration, or simply visit LEAD at SSB 105 for assistance.

Please Note: Registration does not imply that the University endorses positions or points of view espoused, privately or publicly.

### Student Organization Benefits

Besides the opportunity to develop personal leadership skills, recognized student organizations receive additional benefits:

- Use of the University facilities at low to no cost basis (see page 17).
- LEAD professional services (see page 3).
- Participation in LEAD leadership training initiatives (see http://www.sfsu.edu/~lead/leadership/index.html).
- Participation in the SF State Fair each semester
- Use of audio visual and technical support.
- Right to request financial subsidy and other services from Associated Students Incorporated (ASI) (see page 29).
- Utilization of publicity resources on campus (see page 22).
- SF State Web/Email account for the organization at no cost (see page 24).
- Opportunity to open an organization bank account at Patelco Credit Union on campus (see page 31).
- Conduct fundraising events on campus (see page 30).
- Exposed to leadership & networking opportunities.
- Use of an on-campus mailbox (see page 25).

### Notify LEAD of Organization Changes

Student organizations are required to update registration status each time new officers are elected. LEAD requires written and signed documentation by the student organization president in order to implement the following changes:

- Change of officers' names.
- Name of the organization.
- Changes to the constitution.
- Email/Web account changes.
- Adding/Deleting organization information.

## Avoid Common Mistakes

- Officers must have a 2.0 GPA. Undergraduate students must also be registered in at least 6 units during their term of office. Graduate students must be enrolled in at least 3 units during term.

- The student organization is responsible for finding a faculty/staff advisor. Advisors can be part-time/full-time faculty or staff. Select an advisor who has a genuine interest in your organization and is familiar with the operation of the University.

- Each organization must have a minimum of five members, including two officers (a president and financial officer). The president and financial officer must attend a Student Leader Orientation in order to be recognized. For the Student Leader Orientation dates please visit http://www.sfsu.edu/~lead/org/orientation.



6

get involved!




# Gui



*LEAD's goal is to help you enrich your University experience through student organizations, leadership development and event planning, while also ensuring the health and safety of your members and the SF State community. To assist in ensuring student organization success, the following guidelines must be followed by all student organizations:*

- Student organizations must abide by all University policies, and local, state and federal laws.

- The organization must have a clear purpose. The purpose must fall within federal and state law, as well as University policy and Risk Management expectations.

- Title 5, section 41500 of the California Code of Regulations and SF State University policy require student organizations' voting membership to be open only to registered students of San Francisco State University. SF State faculty, staff and administrators may participate in student organization activities, but are not considered voting members.

- Consult early and often with LEAD and University partners when planning major, unusual or potentially risky events.

- The name of the University, abbreviation or logo may not be used as part of a student organization's name or logo. For exception to this policy a request must be provided in writing to the LEAD Director's attention. Student Organizations may indicate that their respective organization resides at San Francisco State University, i.e. Culinary Club at SF State. The name should reflect the type of student organization and clearly differentiate the club as a student organization and not a University department or program. The choice of language within the name should remain reflective of the University's mission.

- Student organizations may not use the name of the University off-campus.

- Student organizations must manage organization funds wisely and ethically.

- A student organization must have a core group of five SF State students to start an organization. These individuals serve as the authorized representatives of the organization, bearing ultimate responsibility for the organization and its activities. They accept responsibility of staying informed about, following and disseminating University policies, guidelines and procedures.

- Organizations must have a minimum of 2 officers, a President and Financial Officer. Please note that the President and Financial Officer cannot be the same individual.

- All officers must have a minimum 2.0 GPA. Undergraduate students must also be registered in at least 6 units during their term of office. Graduate students must be enrolled in at least 3 units during term.

- The president and financial officer must attend an orientation in order for the organization to be recognized. Only officers who are listed on the form and attend an orientation will be able to do University business in the name of the organization. It is the responsibility of the student organization officers to disseminate the information to

# idelines
## for All
## Student Organizations



their membership. For an orientation schedule see http://www.sfsu.edu/~lead/org/orientation.htm.

- Student organizations must notify LEAD regarding leadership transitions. Ensure smooth officer transition through training and keeping good records.

- Student organizations must provide LEAD with a current electronic and hard copy of the organization's constitution at time of registration (see http://www.sfsu.edu/~lead/html/faq/con_guideline.htm). Groups affiliated with a national organization must also submit the national constitution/bylaws.

- Student organizations must have a faculty/staff advisor. Advisors can be part-time/full-time faculty/staff. Select an advisor who is familiar with the operation of the University. LEAD and auxiliary staff cannot serve as the faculty/staff advisor.

- Faculty and staff advisors must attend or complete an online orientation (http://www.sfsu.edu/~lead/advisors/) in order for the student organization to be registered.

### Additional Guidelines for New Organizations

- A student organization needs to demonstrate benefit to the campus community, not duplicating services of another registered student organization and identify how they will achieve sustainability over time.

- Must meet with a LEAD advisor to discuss their organization proposal. Meetings can be scheduled by calling 415.338.2174.

### Additional Guidelines for Greek Organizations

- All Greek organizations, including the Fraternity/Sorority Council (FSC), are to abide by the same policies, procedures and guidelines as all student organizations. All Greek organizations are to complete the following additional steps for recognition status:

- Pay membership dues to the Fraternity/Sorority Council each semester.

- Attend scheduled FSC meetings.

- Provide a constitution and bylaws to FSC and LEAD, as well as a copy of their affiliate national organization's constitution and bylaws for approval.

- Attend mandatory Greek workshops/trainings.

8

get involved!

## Faculty/Staff Advisors

Advisors serve an integral role in the development of student leaders, establishing a partnership and building a positive relationship with the student organizations at San Francisco State University. Considering their expertise and experience, the faculty/staff advisor can often provide significant insights regarding student organization issues (for example, goal setting, program ideas, conflict resolution, feedback, continuity and student organization advocacy). One of their most important contributions is advising about organizational and interpersonal effectiveness, communication, and personal growth. It is through the aid of the advisors that individual students develop their true potential as leaders.

The faculty/staff advisor is selected by the student organization. LEAD and auxilliary staff cannot serve as faculty/staff advisors. The role of an advisor varies, but it is always an important one. The advisor is a non-voting member and serves in an advisory role. The scope of the student organization's activities, the effectiveness of officers, the time commitments of the advisor and several other factors determine the level of involvement the advisor will have with the student organization.

### Advisors Orientation

Faculty/staff advisors are required to complete a mandatory orientation to assist them in their new role. Until the advisor completes the orientation, the student organization will not be recognized/registered. In order to accommodate faculty/staff advisors' schedules, LEAD has designed an online orientation that can be completed at http://www.sfsu.edu/~lead/advisors/.

## Advisors Website and Resources

LEAD has designed an advisor's website at http://www.sfsu.edu/~lead/advisors/ as a resource for all student organization advisors. Please be sure to visit the site often. The faculty/staff advisor is encouraged to contact LEAD at lead@sfsu.edu or 338-3888 for answers to any questions or concerns. LEAD is always available to assist in any way possible.





9

conduct

# Conduct

*As members of the San Francisco State University community, students are expected to act as good citizens, being held accountable for their actions as individuals and/or organizations.  Students should become familiar with all University policies and expectations, and federal, state and local laws, to best serve the campus community and uphold strong individual and group conduct.*

## Policies

### Standards for Student Conduct
### Title V, 41301
The University is committed to maintaining a safe and healthy living and learning environment for students, faculty and staff.  Each member of the campus community must choose behaviors that contribute toward this end.  Student behavior that is not consistent with the Student Conduct Code is addressed through an educational process that is designed to promote safety and good citizenship and, when necessary, impose appropriate consequences.

*Student Responsibilities*
Students are expected to be good citizens and to engage in responsible behaviors that reflect well upon their University, to be civil to one another and to others in the campus community, and contribute positively to student and University life.

Students or applicants for admission, who display inappropriate conduct, including cheating and plagiarism, may be subject to disciplinary action as provided in Title 5, California Code of Regulations. Any student may be expelled, suspended, placed on probation or given a lesser sanction for discipline problems. The Student Judicial Affairs Office, housed in the Vice President for Student Affairs Office, is responsible for administering the Student Disciplinary Procedures

for the California State University and should be contacted for further information at 415-338-2032. (For additional information visit http://www.sfsu.edu/~lead/conduct/policies.htm).

### Non-Discrimination
As a condition of recognition, all student organizations must comply with the California State University's Non-Discrimination Policy:

No campus shall recognize any fraternity, sorority, living group, honor society, or other student organization that discriminates on the basis of race, religion, national origin, ethnicity, color, age, gender, marital status, citizenship, sexual orientation, or disability. The prohibition on membership policies that discriminate on the basis of gender does not apply to social fraternities or sororities, or to other university living groups.

### Hazing
The State of California and San Francisco State University have expressly and repeatedly asserted their opposition to hazing and pre–initiation activities which do not contribute to the positive development and welfare of new members. Whether on or off campus, planned or spontaneous, California law makes it a criminal offense for anyone to participate in hazing. Students are entitled to be treated with consideration and respect. No individual shall perform an act that is



likely to cause physical, psychological or social harm to any other person within the University community on or off campus.

The following actions are expressly forbidden: (a) physical abuse, commonly known as hazing, including, but not limited to, paddling, slapping, kicking, choking, scratching, exposure to extreme water temperatures (i.e. cold or hot showers), and consumption and/or ingestion of any substance or beverages that are of such a type or in such quantity as to be harmful; (b) excessive mental stress, including, but not limited to, placing of prospective members of a group or organization in ambiguous situations which lead to confusion and emotional stress; and (c) verbal abuse, including, but not limited to, shouting, screaming, or use of derogatory, profane or obscene language.

### Defining Hazing and Consequences
- SEC 3.245.6

   (a) This section shall be known and may be cited as "Matt's Law" in memory of Matthew William Carrington, who died on February 2, 2005 as a result of hazing.

   (b) As used in this section "hazing" or "haze" is conduct which causes, or is likely to cause, bodily danger, physical harm, or personal degradation or disgrace resulting in physical or mental harm to another person in the course of the other person's preinitiation into, initiation into, affiliation with, holding office in, or maintaining member-ship in any organization. The terms "hazing" or "haze" do not include customary athletic, fire department, police department, military, or quasi-military training, conditioning, or similar events or activities.

   (c) Any person who hazes or conspires to par-ticipate in hazing is guilty of a misdemeanor punishable by a fine of not less than one hundred dollars ($100), nor more than five thousand dollars ($5,000), or imprisonment in the county jail not to exceed one year, or by both fine and imprisonment.

   (d) Any person who hazes or conspires to partici-pate in hazing which results in death, great bodily injury, or great psychological injury is guilty of a felony punishable by imprisonment in the state prison.

   (e) An organization is guilty of violating subdivisions (b) or (c) if the organization's agents, direc-tors, trustees, managers, or officers authorized, requested, commanded, encouraged, participated in, ratified, or tolerated the hazing.

   (f) The implied or expressed consent of the person or persons against whom the hazing was directed shall not be a defense to any action brought under this section.

   (g) This section does not apply to the person against whom the hazing was directed.

   (h) This section shall not, in any manner, limit or exclude prosecution or punishment for any other crime or any civil remedy.

   (i) The person against whom the hazing is directed may commence a civil action for injury or dam-ages, including mental and physical pain and suffering that results from the hazing. The action may be brought against any participants in the hazing, or any organization whose agents, direc-tors, trustees, managers, or officers authorized, requested, commanded, encouraged, participated in, ratified, or tolerated the hazing. If the organiza-tion is a corporation, whether for profit or not, the individual directors of the corporation maybe held individually liable for damages.

11

conduct

- **University Consequences for Hazing**

  Should the University become aware of such abuses on the part of the student organization or any of its members, the University will immediately suspend the organization indefinitely pending the results of the University's internal investigation. The organization/group will also be referred to the District Attorney's Office. In the event the charges are substantiated, the University will invoke appropriate corrective action against the individuals as well as the individual group or organization involved.

  For addtional information, visit http://www.sfsu.edu/~lead/conduct/policies.htm#hazing

## Alcohol and Illegal Drugs

San Francisco State University expects the campus community as well as external groups to be aware of all state and local laws with reference to possession, serving and consuming of alcohol; to inform decisions about alcohol and drug use; and to be responsible for the consequences of those decisions.

### Current California Law-Alcohol

Every person who sells, furnishes, gives or causes to be sold, furnished or given away, any alcoholic beverage to any person under the age of twenty-one years is guilty of a misdemeanor. (California Business and Professions Code, 25658)

Every person who sells, furnishes, gives, or causes to be sold, furnished or given away, any alcohol beverage to any habitual or obviously intoxicated person is guilty of a misdemeanor. (California Business and Professions Code, 25602)

### Student Organization Sponsored On-Campus Events

Alcohol service is not permitted at student organization sponsored events on the SF State campus or any related properties.

### Off-Campus Events

Student organizations should not serve alcohol at events off campus.

### Illegal Drugs

The sale, manufacture, distribution, use, or possession of illegal drugs is against San Francisco State University policy. This policy applies equally to all administrators, faculty, staff and students.

### University Administrative Sanctions for Violation of the Illegal Drug Policy

The manufacture, use or possession of illegal drugs by a member of the University community will normally result in either probation, suspension from, or severance of, the relationship with the University. Sale or distribution thereof will normally result in severance of the relationship with the University. This policy applies within or upon the grounds, buildings or any other facilities of the University or at University sponsored activities off-campus. Penalties for possession off-campus at a non-University sponsored activity will be considered, if the amount of possession is considered sufficient for intent to sell. 25602

### Organization Accountability

Violations of the alcohol and drug policies may result in student organization privileges being revoked, including recognition.  Any alleged violation will be

**Campus Resources**

It is also the intent of this policy to encourage the use of campus counseling resources. Students should be referred to the following:

Counseling and Psychological Services, SSB 208, 338-2208

CEASE, SSB 205, 338-1203

Student Health Center, 338-2754

12

conduct

reviewed and based on initial investigation, forwarded to the Student Organization Hearing Panel or appropriate University official(s) for review and possible sanctioning. Written documentation will be placed in the student organization's file and notification will be forwarded to Judicial Affairs.

### Campus Time, Place & Manner Policy– Executive Directive #89-13

All use of University properties and services by registered student organizations must comply with applicable campus time, place and manner regulations. (For the complete policy visit http://www.sfsu.edu/~ppg/exeord.html).



## Organization Misconduct

Student organization members are expected to follow the Student Conduct Code and all University policies and procedures for student organizations.  In situations of collective responsibility, where organization members break policy and/or law, the organization may be held accountable for members' actions.

### Collective Responsibility

It is expected that each organization will establish and enforce policies to achieve responsible group governance. While members may be held accountable for their actions individually, corrective actions may also be imposed upon an entire organization for individual members' actions when the behavior is inconsistent with SF State policies. Student organizations may be held accountable if a substantial number of organization members (3 or more) or officers (2 or more) participate in or are aware, in advance, of the intended misconduct and fail to take appropriate steps to prevent it from taking place. Each case will be reviewed by LEAD and may be forwarded to the Student Organization Hearing Panel. Problems with individual members may also be referred to the University Judicial Affairs Office (SSB 403) for review (see Standards for Student Conduct, page 9).

For more information and examples of Collective Responsibility visit http://www.sfsu.edu/~lead/conduct/collective.htm.

### Student Organization Hearing Panel

The Student Organization Hearing Panel (SOHP) was founded to investigate and review allegations of violations of University policies and law by student organizations. SF State is a learning community in which student organizations play a valuable role. As part of this role, student organizations must fully recognize their responsibilities as well as their rights and privileges. SOHP was developed to ensure that matters of student organization conduct are handled consistently and fairly, and that they are resolved in accordance with the educational purpose of the University.

*Filing a Complaint*

Complaints against registered student organizations may be filed by anyone, but must be in writing, signed, dated and submitted to the Director of Student Programs and Leadership Development. These complaints must be submitted within 7 business days of the alleged infraction. LEAD staff and University officials may also initiate direct referrals upon witnessing possible violations by student organization representatives.

*Corrective Actions*

Corrective Actions may include, but are not limited to, a letter of warning, censure, probation, suspension, or revocation of the organization's recognition. Each disciplinary measure is dependent on the severity of the violation.

For more information regarding SOHP procedures visit the LEAD website at http://www.sfsu.edu/~lead/conduct/hearing.htm.

# Planning Events

*San Francisco State University is a community of over 30,000 students from diverse backgrounds. Student organizations coordinate and provide an array of events and programs for the campus. The following information and policies are provided to assist student organizations with successful event coordination and implementation.*

## Event Policies

**Advertising Your Event**
Student organizations may not advertise their event until:

- Approval is given by LEAD.
- The room reservation is confirmed.

(For publicity resources see page 22)

**Alcohol –** *See page 11*

**Campaigning**
Campaigning for candidates who are running for city, state or federal political office, whether in person or on leaflet, is prohibited as a part of any classroom activity or other academic program. Time shall not be provided to representatives of any political candidate during regularly scheduled classes or under other circumstances where access to students is made possible by their attendance of regular academic functions.

**Cash Handling**
If your organization is handling cash at your event, please follow these guidelines:

- Use a secured or locking cashbox.
- Always have at least two responsible individuals handling cash.
- Count and deposit money immediately following the event.
- If you are expecting larger sum of cash, contact University Police Department to discuss possible security needs (338-7200).

**Contracts**
- Student organizations cannot enter a contract using SF State's name and/or representing the University.
- Before signing any contract, be sure you have read all its previsions and understand what you and the other party are agreeing too. Your signature on an agreement, even if signed on behalf of a student organization, means that you as an individual could be held personally liable for any legal or financial issues that may arise.
- Seek advice from LEAD if you are unsure about any term or condition in the agreement.
- Make sure the event is approved and facility reserved prior to signing a contract.
- Do not commit yourself or your organization to an arrangement until the agreement is in writing. (Verbal agreements can be legally binding.)
- Be sure any attachments, exhibits, appendices, etc., mentioned in the contract are attached to the document you sign.
- Do not pay for services or products before they are received.
- Do not pay by cash or personal check.



## Copyright

All media in the SF State library including Hollywood features, foreign features, instructional programs and other similar titles may be used only in authorized SF State courses with the instructor present or by individual students and faculty members in viewing booths for regularly-scheduled class requirements. Media may not be copied by the staff of the University or "publicly performed" on the SF State campus outside of a class, even though they are owned by the University. The copyright law requires a separate license agreement to be obtained before libraries, student organzialtions, residence halls, and other campus groups may use these materials during non-classroom activities or events, regardless of whether admission is free or paid.

All materials in the library's catalog—videotapes, videodiscs, DVDs and 16mm films of all subjects and categories—are available to SF State faculty for SF State use only. Copying of these materials or off-campus use at another institution, even in a classroom setting, may be a violation of SF State's purchase agreement.

For more information on copyright law, please see http://www.copyright.gov/.

## Co-sponsorship

Organizations working with off-campus sponsors of events must follow a number of University policies:



- Student organizations must initiate, lead and make all event decisions. Student organizations cannot be used to gain access to University facilities by an off-campus organization.
- Events must directly support the group's mission.
- Events must occur during the regular academic schedule.
- All contracts and agreements must be in the name of the student organization.
- The student organization must conduct all advertising and promotion.
- Student organization representatives must be in attendance at the event.

## Event Planning/Approval

To assist in ensuring safe and successful event planning, the organization must keep in mind the following policies:

- In order to do event planning a student organization must be currently registered with LEAD or Club Sports.
- All student organization sponsored events held in SF State facilities must be initiated, planned and implemented by SF State students.
- Student organizations are required to submit an event application to LEAD at least ten business days prior to the event. For major events, more time may be needed so please plan accordingly and notify LEAD in a timely manner.
- Events cannot be planned during finals period, including "dead week" (the week before final examinations).
- Organizations are responsible for informing their faculty/staff advisor regarding meetings, programs and events.
- Sponsoring student organizations are responsible for the conduct of their members, guests, speakers and performers.
- The sponsoring student organization must be accessible throughout the entire event.
- Other campus entities (i.e., Colleges, Departments, Classes, Faculty & Staff) are required to follow the LEAD policies and procedures for all events on campus. In addition, other campus entities may also be required to obtain approval from the Office of Special Events and Conferences.
- Rained out events may not be moved indoors to the Cesar Chavez Student Center (CCSC).
- Cancelled, rained out and no show event(s) do not automatically guarantee an additional date.
- Cancelled reservation date(s) automatically revert to the venue's scheduling office.
- Exchange of dates between student organizations and other campus entities is not allowed.

## Fire

All student organization events incorporating the use of fire require the approval of LEAD (Leadership, Action, Engagement, Development) and Risk Management. In addition, events utilizing candles require a drip catch and a fire extinguisher at the site of the event.

planning events

## Fireworks

The use of fireworks is illegal in San Francisco. Unless a pyrotechnician sets up the display and is present during the event, no fireworks will be permitted. Student organizations must obtain approval from LEAD, the Department of Public Safety, Office of Risk Management and the Office of Environmental Health & Occupational Safety (EHOS).

## Insurance

Student organizations hosting events that pose potential risks may be required to purchase insurance for such events. In some situations waivers may also be required. Potential risk situations include, but are not limited to:

- Large commercial events, such as concerts and fairs
- Events with off-campus guests
- High risk physical activities

The Office of Risk Management, at 338-2362, will assist you in obtaining event insurance after LEAD event approval. LEAD will send copies of the event application to the Office of Risk Management for review. Waivers are also available through Risk Management.

## Nudity/Indecent Exposure

The California Penal Code, Section 314 states: Every person who willfully and lewdly, either:

1. Exposes his/her person, or the private parts thereof, in any public place where there are present other persons to be offended or annoyed thereby; or
2. Procures, counsels or assists any person so to expose himself/herself or take part in any model art exhibition or to make any other exhibition of himself/herself to public view of any number of persons, such as is offensive to decency, or is adapted to excite to vicious or lewd thoughts or acts, is guilty of a misdemeanor.

Any student organization engaging in acts of nudity or sponsoring an event with nudity involved may be forwarded to SOHP for review.

## Sound Policy

The sound policy includes the following:

- Amplified sound is permitted outdoors Monday through Friday between the hours of 12 PM and 2 PM in Malcolm X Plaza.
- No amplification other than the Student Center Sound System may be used for outdoor events.
- All amplifiers/speakers for amplified instruments such as electric guitars, electric bass, and keyboards on stage, should be patched directly into the Student Center Sound System (SCSS).
- If particular amplifiers or speakers cannot be directly connected into the SCSS, or have an independent volume control device, it will be the responsibility of the student organization sponsoring the group and the performers playing the music, to not exceed the 75 decibel level measurement.
- Technical services such as: sound system, turntables, microphones and speakers, etc., must be reserved through the Cesar Chavez Student Center's Production Services Office at 338-2730.
- Before the event begins, student organizations must do a sound check with LEAD and the Student Center Sound Technicians to determine the decibel reading. The sound check will be at 11:50 am, or 10 minutes before the scheduled performance.
- Bands with amplified sound are restricted to Tuesdays and Thursdays from 12:00pm to 1:00pm (the lunchtime hour).





- LEAD may measure decibel levels at any time, to ensure sound is below 75 decibels. LEAD decibel meters are the only equipment recognized for use in determining appropriate decibel levels.
- If sound is above 75 decibels, LEAD will notify the student organization to reduce the level.  If sound exceeds 75 decibels twice in a year, whether at a single event or 2 separate events, the organization may be forwarded to SOHP for review and possible corrective action.

### Summer and Winter Sessions

Due to reduced resources, the University does not approve student organization events during summer and winter sessions.  However, student organizations may host regular meetings.

### Ticket Sales

If your organization is hosting an event with an admission or ticket sales charge, please follow these guidelines:

- Admission charges must be stated on your event application when requesting approval
- Give consideration for rates you will charge SF State students vs. non-students

## Types Of Events

### Children/Youth Programs

Student organizations sponsoring programs that include youth must notify LEAD early in their planning process. Working with youth requires different responsibility. LEAD will work with student organizations to provide resources to help ensure a safe and successful event.  Please note that waivers may be required through the Office of Risk Management.

### Commencement Celebrations

Student organizations hosting commencement celebrations (both on and off campus) must register their event with LEAD.  Please keep in mind when starting your planning that additional insurance may be needed through the Office of Risk Management.

### Concerts

The University encourages student organizations to sponsor student concerts. However, student organizations are not allowed to sponsor nor utilize professional promoters and performers seeking individual gains. All concerts are subject to approval by the Director of LEAD and/or the Vice President for Student Affairs.

### Dances

Student organizations and campus organizations (i.e., alumni, community, department, etc.) may not reserve University facilities for dances publicized and open to the public.

### Film

Organizations sponsoring films must follow copyright law (see page 14).

### Fundraisers

Student organizations may raise money for their event and operating needs through various fundraising activities. There are specific policies and guidelines for student organizations conducting fundraising activities. Please review the complete fundraising policies and guidelines before planning your event (see page 29).

### Off-Campus Events

The University assumes no responsibility or liability for activities conducted by student organizations off-campus. However, the University has authority under Section 41 301, Student Conduct, of Title 5 of the California Code of Regulations. This section clarifies the University's authority for off-campus behavior that includes students who are members of clubs and organizations. The Student Conduct Code sets the standard of expected behavior and describes conduct that is unacceptable and subject to discipline through the University's disciplinary process (see page 9).

### Outdoor Events

All outdoor events must be registered with the LEAD no less than 10 business days prior to the event.

All groups and individuals using outdoor venues must follow all outdoor event policies and procedures (see page 17–18).

**Speakers**

Student organizations sponsoring speakers should work closely with LEAD prior to making any verbal or written agreements. LEAD must be notified early in the planning stages (prior to any verbal or written agreement) of all major speakers to best support student organizations in their planning.

**Tabling**

All registered student organizations and departments may set up tables in designated areas on campus to educate the campus regarding the organization and upcoming events, raise organization funds (see page 30) and recruit new members.

## Reserving Space

Student organizations have free access to various campus facilities. Reserving the appropriate facility is a critical step in planning an event/program.

**Event Approval Expectations and Procedures**

- Pre-planning of your event should commence one to three months in advance. Ten working days are needed by LEAD to assess and process your event request, so plan accordingly.
- No advertisement can be disseminated until event is approved by LEAD and reservation confirmed.
- Only currently registered student organization officers (officer must be named, have signed the organization registration form and attended Student Leader Orientation) may request a reservation.
- Student organizations may not reserve space for off-campus entities.
- University colleges, departments, off-campus entities and faculty may reserve indoor facilities through the Office of Special Events and Conferences. For more information call 338-6141.
- Indoor facilities may be limited due to instructional activities.
- Additional fees (i.e. supervisory, custodial, insurance, public safety, etc.) may be required prior

to approval.
- Facility reservation does not substitute for program approval by LEAD.
- Athletic events may require a signed waiver of all participants (see page 16).
- Depending on the venue and size of event, LEAD may require a series of meetings with the student organization and other University Partners to ensure a successful event.

**Cancellation Policy for Student Organizations**

- Provide written documentation of the need to cancel
- Indoor events must provide at least 3 business days notification
- Outdoor events must provide at least 7 business days notification
- Groups canceling events without appropriate notice to LEAD may influence future reservation requests
- Without appropriate cancellation notice, fees may apply for University Partners' services
- Upon receipt of the cancellation notice, LEAD will inform appropriate University Partners

**Outdoor Venues**

In order to accommodate the large volume of outdoor requests LEAD encourages student organizations to start their event planning early due to the limited availability of dates and locations. Keep in mind that all events taking place on campus lawns require a facilities work order, and may involve lawn protection costs.

*Reservation Procedures for All Outdoor Venues*

Due to the high demand for Malcolm X Plaza and the Quad during the academic year, the following guidelines have been established to create a fair, equitable and clear process for reserving these venues:

- LEAD will start accepting requests from two weeks in May of each year for all organizations/departments hosting historical events in the plaza and/or quad the following academic year (fall dates). A similar two week window will be provided in November for spring dates. Historical is defined as events that have been in existence for at least 5 years. After the scheduling priority dates in May have passed, all reservations are on a first



come, first served basis. (Please note no request will be accepted between June 1 and August 1.)

- All other events (non-historical) are on a semester calendar and can begin putting in requests on August 1 for the fall semester and December 1 for the spring semester.

- Only currently registered student organization officers (named on the registration form and attended a Student Leader Orientation) can submit requests for student organizations and department faculty and staff with SF State identification can submit requests for departments.

- All requests are initially made with the LEAD through the Outdoor Event Request Form at http://www.sfsu.edu/~lead/outdoor/.

- All requests must be completed at least 10 business days prior to proposed event date.  However, LEAD continues to work with student organizations with event planning pertaining to current world events as they develop.

- All scheduling requests are on a first come, first served basis.

- If the outdoor venue is available for the date you requested, you will be notified by email within 3 business days informing that the space has been held pending event application approval.

- The LEAD advisor may request further information and/or a meeting to learn more about the event and resources needed to provide a safe and successful program.

- Groups reserving the plaza and canceling events without appropriate notice to LEAD (at a minimum 7 business days) will impact future reservation requests.

### Additional Outdoor Policies

- All campus entities wishing to have amplified sound at their event must adhere to the sound policy. (Amplified sound is allowed from 12:00 to 2:00 p.m. only for registered Malcolm X Plaza events, see page 15).

- No vehicles are allowed in the Plaza.

- Alcohol is not permitted in the Plaza.

- Outdoor venues are closed to reservation during winter and summer sessions, as well as University observed holidays, breaks and closures.

Please Note: Any deviation from the designated locations and/or sound policy (see page 15) requires

the review and approval of the Vice President of Student Affairs.

### Main Quad Tabling Reservation Guidelines

Before setting up any table on campus, all student organizations and departments must reserve a designated space by securing a tabling permit from LEAD. Tabling permits are available starting each Thursday for the following week.

Tables are available on a first come, first served basis at CCSC. The tables are secured on loan, in exchange for a valid student ID. Tables and chairs must be placed on the cement, not on the grass areas. Tables must be returned the same day to the location where they were obtained. Groups not following the tabling guidelines may lose privilege to table on campus. Additional tables for campus events may be reserved from Facilities and Services Enterprises (http://www.sfsu.edu/~plantops/).  Please note a delivery charge will apply.

For additional information regarding tabling procedures, visit http://www.sfsu.edu/~lead/eventplanning/tabling.htm.

## Indoor Venues

| Facilities Most Used by Student Organizations | Room | Capacity | Description | Special Requirements |
|---|---|---|---|---|
| Academic Classrooms | Various | Various | Meeting Room, speakers | Reservations open the first couple weeks of each semester following academic course assignments |
| Cesar Chavez Student Center (CCSC) | Rosa Parks D | 25 | Meeting Room | 2 Standard setups available |
| | Rosa Parks E | 25 | Meeting Room | 2 Standard setups available |
| | Rosa Parks F | 25 | Meeting Room | 2 Standard setups available |
| | Rack-N-Cue | 50 | Billiards and Games | Fees may apply |
| | Jack Adams Hall | 375 | Conference Room | Fees may apply. Meeting with LEAD partners often required. One scheduled event per day. Must be reserved at least 4 weeks in advance |
| | Rigoberta Menchu Hall | 75 | Conference and Reception | May be used maximum 3 times a semester. Only after 4 PM. |
| | Meeting Room T-143 | 32 | Meeting Room | 2 Standard setups available. White board/screen in room |
| | Rosa Park A | 35 | Meeting Room | |
| | Rosa Park B | 60 | Meeting Room | |
| | Rosa Park C | 35 | Meeting Room | |
| | Rosa Park A-C | 130 | Meeting Room | 3 standard setups |
| | Conference Room T-153 | 18 | Conference Room | Furniture cannot be moved. Drop down screen/white board in room. |
| | Conference Room T-160 | 30 | Conference Room | 2 Standard setups available. Drop down screen/white board in room. |

20

planning events

| Facilities Most Used by Student Organizations | Room | Capacity | Description | Special Requirements |
|---|---|---|---|---|
| Richard Oakes Multicultural Center (ROMC) | ROMC T-142 | N/A | Kitchen/Food Service Facility T-142 ; Sink and food preparation area for precooked food only. | Multicultural focused programming |
| | ROMC Adjacent Meeting Room T-143 | 30-40 | Meeting Room | Multicultural focused programming |
| | ROMC T-144 | 35-50 | | |
| Creative Arts | Coppola Theatre | 150 | Video Projection | Requires approval of the Cinema Department |
| | McKenna Theatre | 700 | Largest auditorium | Very heavily booked |
| | Knuth Hall | 322 | Second Largest Auditorium | Requires approval of the School of Music and Dance, Very heavily booked |
| | Little Theatre | 250 | Proscenium Stage | Requires approval of the Theatre Arts Department. Very heavily booked |
| | Fine Arts Gallery | 3,200 | Exhibition Space | Requires approval of the Art Gallery Director |
| | Dance Studio 203 | No seating | Dance rehearsal and performance space with retractable bleacher | Requires approval of the School of Music and Dance, no shoes are allowed in room |
| Seven Hills Conference Services | Nob Hill | 200 | Banquet, Theatre, Reception, Classroom, and Boardroom | Charges will apply |
| | 6-Breakout Rooms | 10 | Meetings | |
| | Coit Lounge | 170-350 Depending on event | Banquet, Theatre, Reception, Classroom, and Boardroom | Charges will apply |

| Facilities Most Used by Student Organizations | Room | Capacity | Description | Special Requirements |
|---|---|---|---|---|
| Gymnasium and Athletic Fields | Gym 100 | 1,000 with bleachers | Sport Activities, Graduation Ceremonies and Speaker auditorium. | Charges may apply for supervisory or tarping fee |
| | Gym 100 (C & J) | Side Gyms | Side Gyms are primarily used as an annex to GYM 100. | |
| | Gym 147 | 400-500, no bleachers | Sports (low capacity for spectators at sporting events), Speaker auditorium. | Charges may apply for supervisory or tarping fees |
| | Tennis Courts | 14 courts | 12 full size courts & 2 singles | |
| | Maloney Field | | Outdoor sporting events | |
| | Cox Stadium | | Outdoor sporting events | |

## Reservation Procedures for Indoor Venues

*Procedures for Reserving Academic Classrooms*

1. Student organizations can request academic classrooms (for meetings/speakers) at http://www.sfsu.edu/~lead/classroom/index.html or by visiting LEAD in Student Services Building 105. The student organization will complete the classroom reservation form and submit to LEAD.

2. Once the classroom request form is completed and approved, LEAD will forward the event application to the Office of Academic Resources for review of room availability and final approval.

3. Within 10 days the student organization will be notified by LEAD of the status of the request via email or phone.

Special Note: Classrooms are not available for reservation the first 2-3 weeks of each semester due to finalizing the class schedule.

*Procedures for Reserving Indoor Venues (not including Academic Classrooms)*

1. Request space directly with venue to receive a reservation request form (see pages 21-22 for specific locations).

2. Complete the appropriate event application form to be submitted to LEAD for approval.

3. All event applications must be submitted to LEAD no later then 10 working days prior to proposed event date. (Please also note that an LEAD University Partners meeting may be needed before event approval, depending on size and complexity of the event.) For large events, student organizations should contact LEAD as soon as planning begins to allow staff to best serve/support you in your planning.

3. Once the event is approved, contact the venue for confirmation of facility reservation.



*Requesting Cesar Chavez Student Center Space*

1. Requesting a room in the CCSC can either be done by applying online at http://sfsustudentcenter.com/roomscheduling/ or visiting the CCSC scheduling office in T-123 or call 405-0723.

*Requesting Richard Oakes Multicultural Center Space*

1. Submit Call for programs application at http://www.sfsustudentcenter.com/ROMC/.

*Requesting Creative Arts Space*

1. Requesting Coppola Theatre, McKenna Theatre, Knuth Hall, Little Theatre, Fine Arts Gallery, and or Dance Studio 203.
2. Once the request is made you will be given a tentative reservation form and discuss any possible charges or fees.
3. Get LEAD Approval (see Procedures for Reserving Indoor Venues on page 21)
4. Once the event is approved, return the approved Event Application to Creative Arts room 129B for confirmation of room reservation.

*Requesting Seven Hills Conference Center Space*

1. Requesting Nob Hill, break-out rooms, or the Coit Lounge can be done online at http://www.sfsu.edu/~meetings/facilitieshills.html or call 338-3972.
2. Once the request is made you will be given a contract and possible charges or fees.
3. Get LEAD Approval.
4. Once the event is approved, return the approved Event Application to Seven Hills Conference Center for confirmation of room reservation.

*Requesting Gymnasium and Athletic Field Space*

1. Requesting Gym 100 (large) or Gym 147 (small) can be done through applying online at http://chh-sweb.sfsu.edu/facilties/group_facilities_use.html or calling the facilities coordinator at 338-3330
2. Once the request is made, you will have to meet with the facilities coordinator for possible fees and to pick up the tentative reservation form in HHS room 204.
3. Get LEAD Approval.
4. Once the event is approved, return the approved event application to HHS 204 for confirmation of room reservation.

## Publicity

One important factor in the success of a student organization event is the marketing strategies used to publicize. Below are several publicity options available to you as recognized student organizations.

**Banners: Cesar Chavez Student Center Mezzanine Railing**

Banners advertising major programs and events are popular and effective tools for advertising in the Cesar Chavez Student Center (CCSC). CCSC banner guidelines include:

- Only recognized student organizations, University departments, and programs may post banners.
- The banner must be for a specific event (e.g., meeting, reception, speaker). (One banner per event.)
- The date, time, and place of the event must be clearly marked on the banner.
- Philosophical or political statements are not permitted. General "welcome back" statements are permitted for the first 10 days of each semester.
- Banners may be hung for 5 days before the event. Each organization is responsible for removing its banner after 5 days or the student center staff will remove and recycle the banner.
- All banners must be approved and date-stamped by the Information Desk staff. Banners without the date stamp will be removed.
- Banners must remain down for at least 7 days before they can be approved again.
- Banners advertising ongoing Associated Students programs (e.g., EROS, Women's Center, Legal Resource Center, etc.) may be hung for one month at the beginning of each semester.
- Organizations wishing to post a banner publicizing an off-campus event are required to include the following statement on the banner: "This activity is NOT sponsored by San Francisco State University."
- Banners may be no longer than 10 feet and no wider than three 3 feet and should be neatly lettered and legible from the ground level.
- If a banner is in a language other than English, it must include an English translation.
- All sponsoring organizations must be listed on the banner.
- The sponsoring group is responsible for hanging the banner in an available mezzanine railing space

and for removing the banner and tape from the railing when the stamped date has expired.

- Railing space is available on a first-come, first-served basis.
- The Student Center is not responsible for banners that become missing or damaged.
- Banners may not be hung on the cement columns or walls in the Student Center. They must be hung only on the railings. (The sole exception is the railing facing Malcolm X Plaza, which is reserved for use by Associated Students Performing Arts year around.)

If you have any questions about these policies, please contact the Assistant Director, Programs and Services, at 338-2820, or Room T-119 in the Cesar Chavez Student Center.

## Cesar Chavez Student Center (CCSC) Information Desk

Student organizations may submit two fliers per event to post in the CCSC. CCSC will date stamp the flyers and post them for one week. Unauthorized flyers will be removed. Student organizations are strongly encouraged to familiarize themselves with the CCSC banner and posting policies/procedures. For more information contact the Information Desk of CCSC at 338-1122.

## Chalking

Student organizations should consult with LEAD prior to chalking on the University sidewalks or cement paths. Information for chalking must be provided at the time of the event planning process. Ground-chalking only is allowed, chalking on walls is not permitted.

### Banners: Malcolm X Plaza Events

If a student organization has an authorized Malcolm X Plaza event, approved by LEAD, they may hang a banner or banners on the metal scaffolding of the Malcolm X Plaza stage on the day of the event. See below for approved locations. The banner(s) must comply with the sizes listed for each location. The banner(s) may be hung 30 minutes before the event and must be removed immediately after the event. The banner must be legible, with the sponsoring organization clearly named. All tape, string, or rope used to secure the banner(s) must be removed following the event. All unauthorized banners will be removed.

For more information, please contact LEAD at lead@sfsu.edu or SSB 105.

Outdoor Banners May Be Displayed on the Following Locations

1. **Maximum Size\*:** 18 ft. x  5 ft.
2. **Maximum Size\*:** 20 ft. x  5 ft.
3. **Maximum Size\*:** 36 ft. x  5 ft.



Malcolm X Stage

Malcolm X Plaza

\* Banners may be displayed facing both the Library and the Student Center. No exceptions to size will be allowed. Banners may NOT be displayed at any other location.

24

*planning events*

## Frequently Asked Technology Questions

**Now that I have my email/web account what is my URL?**
After receiving your email/web account, your url will be as follows: replace "account" with your new SF State internet account name: http://userwww.sfsu.edu/~account. Email: account@sfsu.edu

**How do I check my student organization email account?**
After receiving your SF State student organization email account, you can check your email at https://webmail.sfsu.edu

**What is my password for publishing my SF State student organization website?**
Your SF State student organization website password is the same as your email password.

**How can I create a list serve for my student organization members?**
Go to http://mercury.sfsu.edu/cgi-bin/lwgate/request-add.html. Have your student organization advisor fill out the information and request.

### Email/Web Account

Student organizations can obtain a SF State email/web account or utilize their OrgSync account.

Student organizations are not allowed to use personal SF State accounts for the organization (i.e. personal sfsu, yahoo, gmail, hotmail, etc).

Student organizations may set up a SF State list serve, but not send mass emails to other individual accounts, through personal addresses.

#### Activate an Email/Web Account

The president/chairperson of the student organization is the only officer that can request an email account. To activate a new account complete the following steps:

1. Go to http://www.sfsu.edu/~lead/org/account.htm.
2. Fill out information on LEAD Web/Email Account Request form.
3. Email confirmation will be sent to you within 10 business days.

#### Web Publishing at SF State

One of LEAD's community partners is the Division of Information Technology located on the web at http://www.sfsu.edu/~doit/index.htm or via phone at 338-1420. If you have any questions regarding how to publish your student organization web pages please refer to their website on publishing at http://www.



sfsu.edu/training/ or via phone to their help desk at 338-1420.

For additional information on email/web accounts, including making changes (name, password, etc) see http://www.sfsu.edu/~lead/html/faq/email&web.htm.

### Golden Gate [X]press

The Golden Gate [X]press is the student newspaper located in the Journalism Department. Student organizations interested in placing an article, news release or announcement should contact the Golden Gate [X]press for more information at 338-3313 or http://xpress.sfsu.edu/.

### KSFS Radio

KSFS Radio is the campus radio station located in Creative Arts Room 125. For more details about submitting brief announcements contact 338-2428 or http://ksfs.sfsu.edu/.

### Literature Distribution

Student organizations are allowed to distribute literature under Executive Directive #89-13 (http://www.sfsu.edu/~ppg/ued/ued89-13.htm).

### Mail Services

All student organizations receive a mailbox with a SF State mailing address. The student organization mailroom is across from LEAD (Leadership, Engagement, Action, Development). Space is limited holding 220 student organization mailboxes. A counter is provided for student organizations' publicity flyers, pamphlets and brochures. Please keep the mailroom clean and accessible for all. It is the responsibility of the student organization to pick up and discard excess mail. Mailboxes are cleared out starting June 1st, with excess mail being held at LEAD for 2 weeks and then returned to sender.

*Mailing address for student organizations:*
Name of Organization
LEAD at SF State
1600 Holloway Avenue, SSB 105,
San Francisco CA 94132

*On Campus Mail*

Mail sent within University departments is free. You must have the name, department and campus mail written on each piece. It can be mailed through the LEAD 'OUT' mailbox.

*Off Campus Mail*

Mail sent outside the University is handled as personal mail, requiring postage. The Associated Students Business Office (http://www.asisfsu.org/asbo/) can explain how to use your student organization postage funding, if applicable.

## Off-Campus Publicity

University Communications is the news office and the University's designee for off-campus publicity (media, press releases, etc.) For more information contact University Communications at 338-1665 or pubcom@sfsu.edu.

## LEAD Newsletter

Student organizations may send a brief announcement regarding their on-campus events in the text of an email to lead@sfsu.edu to be included in the newsletter. Email submission must be received by LEAD one week prior to the week they wish it to be posted.

## Postings

Student organizations must adhere to the following:

- Student organizations are to be cognizant to not post flyers on department or specific college bulletin boards without approval.
- No publicity may be posted on walls, doors, windows, lamp posts, plants, garbage cans, phone booths, vehicles, etc.
- Printed publicity must be written in English. Translation is required on postings/flyers that are written in a language other than English.
- The name(s) of the sponsoring student organization(s) is/are required on all postings/flyers.
- The use of banners, flags and posting of flyers on University buildings is prohibited (including the Student Center).
- Unapproved postings/flyers will be removed.

## Tabling *(see page 18)*

26

.......

planning events

.......





planning events

# event planning checklist

## Get Ready

q  Plan Early: We suggest starting your planning at least 2-3 months in advance (some events may need more planning, depending on their scope)

q  Brainstorm event ideas and goals

q  Decide on target audience

q  Select possible dates (keep in mind religious and cultural holidays and major campus events)

## Request Venue

q  Receive LEAD approval

q  Return LEAD event form to venue to confirm reservation

q  Publicize event (make sure event is approved and room confirmed before printing any publicity)

## Secure Funding

q  Fundraise early and make sure you do not commit any funds before you have them

q  Prepare a detailed and realistic budget, projecting all anticipated income and expenses

q  Consult with LEAD advisor regarding fund-raising options

q  Develop an on-campus possible funding list

q  Check any deadlines for funding sources

q  Check your account to ensure committed funds have been received

q  Ensure funding prior to any verbal or written commitment of funds

## Plan Well

Make all arrangements early on to give yourself ample time to plan your event well. If multiple people are planning the same event, make sure one person is managing the overall coordination.

### Possible Equipment Needs:

q  Space (rooms, venue)

q  Microphone and speaker

q  Projector (film, LCD)

q  Sound system

q  Lighting

q  Podium

q  Tables

q  Chairs

q  Stage

q  Fire extinguisher(s)

q  Trash cans

q  Recyclable containers

q  Portable toilets (including accessible)

q  Barricades

### Possible Supply Needs:

q  Tickets

q  Directional signs

q  Maps

q  Flip charts

q  Markers

q  Adhesives (tape, stapler, etc)

q  Pencils and pens

q  Printed programs

q  Nametags

q  Cash box/change

q  Decorations

q  Trash bags

q  Tablecloths

q  Water for speakers

q  Waivers for performers/speakers /participants

## Speakers and/or Performers Planning:

q  Brainstorm possible speakers and check availability

q  Negotiate price (remember that verbal contracts are binding)

q  Review final contract with LEAD advisor for assistance

q  Arrange possible air and ground transportation

q  Arrange for lodging and meals

q  Confirm arrival time in San Francisco

q  Confirm arrival time at event

q  Confirm all arrangements in writing

q  Have outside performers/speakers sign University waiver form

## Other Details

q  Large events should work closely with LEAD early on in the event planning process

q  Disability access

q  Security

q  Concessions (requires food permit)

q  Clean-up arranged

q  Parking and Transportation

q  Forms completed and delivered to appropriate offices

q  Insurance (may be required for certain physical activity, events with non-SF State invited guests, etc)



*event
planning
checklist*

## Working With LEAD University Partners

**Associated Students Incorporated**
http://www.asisfsu.org/
338-2321

**Cal State 9 Credit Union**
338-3019
Banking Services

**Campus Landscaping & Grounds**
Phil Evans
338-1845

**Cesar Chavez Student Center**
http://sfsustudentcenter.com/
Mary Keller
338-2820

*Program Services*
Noel Morales
338-2730

*Production Services*
Aimee Barnes
338-1044
Richard Oakes Multicultural Center, Program Developer Officer

**Department of Public Safety**
http://www.sfsu.edu/~dps/
Captain Tony Duenas
aduenas@sfsu.edu
338-2623
Security & Safety

**Environmental Health & Occupational Safety**
Robert (Bud) Shearer
338-1449
Health & Safety

**Risk Management**
http://www.sfsu.edu/~riskmgmt/Insurance
Maria Garcia
338-2362

## Forms

q Food Permit (available at LEAD and submit-
   ted for all food sales and giveaways on
   campus). Signed by Environmental Health &
   Occupational Safety and LEAD
q Tabling Permit (available at LEAD and submit-
   ted for tabling on campus)
q Event Application Form
q Demonstration/Counter
   Demonstration Form
q Insurance (Signed by Risk Management)
q Liability Waiver Forms
q Grounds Request Form
q Facilities Operations Form for Tables
   and Chairs

## Publicize Your Event

q Decide your target audience, advertising
   budget and a detailed publicity plan at least
   four weeks prior to event to effectively
   reach your audience.
q Flyer/poster
q Press Release for Golden Gate [X]press
q Press Release off-campus
   newspaper/magazine
q Advertisements Golden Gate [X]press "The
   Week Ahead" calendar
q Website (your own site and links to others)
q Banner
q LEAD Indoor Events Calendar
q J.Paul Leonard Library Publicity (glass case)
   Contact 338-7327
q Announcements at student organization
   meetings (with group's approval)
q Announcements in classes
   (with professor's approval)
q Distribution plan

## Final Steps

q Pay all bills on time
q Promptly negotiate any discrepancies
   and document in writing
q Obtain feedback on event
q Develop folder for successor with
   timeline, actual budget, publicity and
   all correspondence
q Send thank you notes/cards



# Fundraising

*LEAD registered student organizations may sponsor fundraising events at SF State to support their organization's operating and event planning needs. All fundraising events are subject to University policies (including Time, Place and Manner Executive Order #89-13) and must acquire the necessary permits from LEAD. LEAD welcomes student leaders to come visit us to brainstorm about fundraising options and strategies.*

## Fundraising Policies

**Alcohol**

It is against the law to do the following without a liquor license through the Alcohol Beverage Control:

- Sell alcohol.
- Serve alcohol at any event with an admission charge or cash donations requested.

See alcohol policy on page 11.

**Auctions**

Auctions which involve selling, bidding for, or in any way paying for a person's company or services are not allowed.

**Drawings**

Student organizations may sponsor drawings on campus under the following guidelines:

- Request a donation for an item (i.e., pen, candy etc). The item must have an equal value to the ticket donation and the organization must provide the donor a drawing ticket.
- Anyone requesting a ticket without making a donation must receive a ticket.
- On the printed ticket, you must also disclose the beneficiary of the drawing (name of your student organization) and the fact that the tickets are available free of charge.

**Games of Chance**

Games of chance (cards, dice, dominos, bingo, etc.) where money is involved (for monetary gains) are not allowed. This includes admision charge to events with games of chance. Games of chance may only be played with free chips, tokens and tickets.

**Non-Profit Status/Tax Identification**

Student organizations are not allowed to utilize the University's tax identification number.

**Raffles**

Student organizations may sponsor a "prize drawing" or "give-away" (see drawings) but "raffles" are not allowed on State of California property (Penal Code 330). A raffle is defined as "the sale of a chance at a prize."

## Funding Sources

**Associate Students Incorporated (ASI)**

Student organizations may obtain subsidized funding through ASI. Requisition forms for funding are available through the ASI Business Office at 338-2321, located in the Cesar Chavez Student Center. Student organizations are strongly encouraged to familiarize themselves with ASI's policies/procedures and deadlines. For more information on ASI please see http://asi.sfsu.edu/

Fundraising

## General Fundraising Policies

The following guidelines pertain to all fundraising programs sponsored by student organizations:

- Funds raised on campus shall not be used for any illegal purpose or personal gain.
- All on-campus fundraising activities, regardless of location, must be approved by LEAD.
- The intended use of funds raised must be posted at the event and be consistent with the stated purpose of the sponsoring student organization.
- Student organizations are to inform LEAD of the amount of funds raised within one week of the fundraising activity to best assist organizations with future fundraising events.
- All accounts are subject to audit by the University.

## Fundraising Events

Many groups hold events to raise money for their organizations. A successful fundraising event can do much more than raise money for an organization. The event can commemorate an important day or week, build unity and cohesion in the group, give event planning experience to new group members and it can add wide-range campus and community visibility to the organization.  http://www.sfsu.edu/~lead/fundraising/index.html.

## Fundraiser Tabling

Student organizations may set-up a fundraising table in designated areas on campus.  Steps to receive approval for a fundraising table include:

- Visit LEAD to request a tabling permit. LEAD works only with current organization officers listed on the approved student organization registration form who have attended a Student Leader Orientation.
- Complete the LEAD tabling/food permit (if food is to be sold or distributed as part of fundraiser).

## Food Sales

Student organizations may schedule and obtain both a tabling permit and a food sale permit through LEAD. Only one permit per student organization will be provided. All food sales and giveaways must be



in compliance with the Food Sale Sanitation Regulations available through the Environmental Health and Occupational Safety Office (http://www.sfsu.edu/%7Eriskmgmt/ehos/ehosstaff.html). Student organizations must have both permits at their table and a sign identifying the sponsoring student organization. Sales may not be set up earlier than 7:30 am each day. Student organizations selling cooked food can use only one grill per organization. The grill must

be placed on the cement to avoid any damage to the campus lawn and only in Zone 3. Student organizations must adhere to sanitation requirements at all times, including:

- Food handlers are required to wear latex gloves.
- Food handlers are not to handle money at anytime.
- Access to running water.
- Proper clean up procedures.

## Vendor Program

LEAD maintains a Vendor program as a service to SF State registered student organizations to assist in fundraising efforts.  Student organizations may sponsor a commercial vendor during the fall and spring semester on campus, at designated areas and at specific times.

The vending program provides assistance in matching student organizations with potential businesses or merchants to become a student organization sponsored vendor on campus. Student organization leaders are responsible for all transactions and for monitoring any sponsored vendors. Find out more about the process and expectations by visiting the LEAD website (http://www.sfsu.edu/~lead/fundraising/vendor_program.htm).

## Career Center Events Grant

The Career Center Events Grants were created to encourage SF State student organizations to plan or assist with career-related programs in collaboration with the Career Center. A limited number of grants are awarded during the fall and spring semesters.  For additional information regarding the career grants, including selection criteria, deadlines and application process, please visit: http://www.sfsu.edu/~career/students/student_orgs/student_orgs_main.htm#grant.

## Department Assistance/Co-Sponsorship

Student organizations sometimes request help from various University offices and departments. Requests should be made at least 2-4 months in advance, since a department may need three to four weeks to make a decision on a funding request. You should have all funds transferred into your account prior to any actual expenditures.

## Requesting Tips

Although each department has its own procedures for reviewing funding requests, the following tips may be helpful:

- Projects should be initiated and planned by SF State students. Although proposals must be submitted by students, it is possible (and often desirable) that ideas for projects be developed in collaboration with other student organizations, faculty and staff.
- Projects should not duplicate current programs at SF State.
- Requests to academic departments should be for programs that are academic/intellectual in nature and consistent with a field of expertise within that department. Requests of administrative departments should have a direct relationship to the role and mission of that department.
- Projects should have an impact on a sizable number of people. Contributors want to put their money where its likely to do the most good and naturally prefer projects which will benefit a large number of people.
- A significant number of students should be involved. Commitment of a group of active students demonstrates general interest in the project.
- Funding proposals should demonstrate careful pre-planning. Funders want to make sure that the project will be high quality. They should be able to examine the budget to see that all expenses have been anticipated and that the least expensive alternatives have been chosen.
- Show a well-planned budget and ask for a specific amount. Don't inflate your budget.
- Proposals should include evidence of financial commitment from other sources.

For additional planning steps please visit the LEAD website at http://www.sfsu.edu/~lead/fundraising/depart_asst.htm.

## Banking

Any and all bank accounts for recognized student organizations must be at the Patelco Credit Union. Any organization accounts at other financial institutions must be closed and the funds deposited in a new account at Patelco Credit Union no later than February 25, 2011. Student organizations that continue to have accounts at other financial institutions after February 25, 2011, are subject to disciplinary action (http://www.sfsu.edu/~lead/conduct/hearing.html). This change in policy will not affect any funding and financial procedures already in place with Associated Students, Inc. In addition to requiring that all student organizations bank with Patelco, the safeguards below have been established in collaboration with Patelco Credit Union.

- President, Financial Officer/Treasurer and Advisor for all organizations will have access to the account. These are the only three people that will be able to have access to the account.
- The Student Organization Account Authorization Update Form will now take the place of the requirement to have the advisor write a letter to add/remove signers on the account. This form is available in the Files module in every OrgSync portal for organizations.
- The Student Organization Account Authorization Update Form must be completed annually at minimum (September 30th is the deadline) and if the president, treasurer and/or advisor change throughout the academic year.
- There is a maximum cash withdraw of $50 per day per account on all student organization accounts.



## Fundraising Planning Stages

The following planning stages are to assist student organizations in hosting a successful fundraising event:

- Start with a specific, targeted fundraising goal.
- Be creative and choose an event idea that is fun and will catch people's attention.
- When you have the particular ideas your collective group would like to pursue, develop a realistic budget of expenses and revenues to be sure that you will make enough money to justify the cost of the event. Set a date for the event and begin the planning and publicity processes. Please remember you must have LEAD approval prior to publicizing your event.
- Be sure that you have sufficient "up-front" funds to cover costs such as facility charges, advertising, props, etc.
- Plan and execute the event, utilizing publicity to enhance your group's image on campus.

For additional fundraising planning tips and guidelines please visit the LEAD website at http://www.sfsu.edu/~lead/fundraising/fund_event.htm.



# University Partners

*Student organization events, programs and leadership needs on our
campus are multifaceted. To address specific needs and concerns, LEAD
works in collaboration with various campus departments and programs
to best support student organizations and students on the SF State campus.*

**Academic Resources**
http://www.sfsu.edu/~acadres/

*Ray Paton*
Academic Facilities

**Advising Center**
http://www.sfsu.edu/~advising/
338-2101

**Associated Students Inc.**
http://www.asisfsu.org/

*A.S. President*
338-3497
president@asisfsu.org

*VP of Internal Affairs*
338-2324
vpia@asisfsu.org

*VP of External Affairs*
335-0477
vpexternal@asisfsu.org

*VP of Finance*
vpfinance@asisfsu.org
338-2892

*A.S. Business Office*
338-2321
SC M102

*Peter Koo, Executive Director*
pkoo@sfsu.edu
338-2321

**Athletics**
http://athletics.sfsu.edu/

*Mike Simpson, Director*
msimpson@sfsu.edu
338-2218

**Patelco Credit Union**
https://www.patelco.org/cal_state_
9_online.aspx
800-292-3966

**Career Center**
http://www.sfsu.edu/~career/

*Alan Fisk, Acting Director*
careerct@sfsu.edu
338-1761

**Prevention Education Program
(PEP)**
http://www.sfsu.edu/~cease/

*Michael Ritter, Coordinator*
mritter@sfsu.edu
338-7339

**Cesar Chavez Student Center
(CCSC)**
http://www.sfsustudentcenter.com/

*Governing Board*
http://sfsustudentcenter.
com/governingboard/

*Aimee Barnes, Program Services*
abarnes@sfsu.edu
338-2820

*Vernon Piccinotti, AV Tech Services*
vjp@sfsu.edu
338-2730

*Room Reservations*
rooms@sfsustudentcenter.com
338-2416

**College of Business**
http://cob.sfsu.edu/
338-1276

**College of Creative Arts**
http://creativearts.sfsu.edu/

*Raymond Haddox*
haddox@sfsu.edu
338-2020

Counseling &
Psychological Services
http://www.sfsu.edu/~psyservs/

*Derethia DuVal, Interim Associate Director*
derethia@sfsu.edu
338-2208

University Police Department
http://www.sfsu.edu/~upd/

*Tony Duenas, Captain*
aduenas@sfsu.edu
338-2623

Disability Programs and Resource Center
(DPRC)
http://www.sfsu.edu/~dprc/welcome.html

*Nicole Bohn, Acting Director*
dprc@sfsu.edu
Voice/TTY: 415/338-2472

Division of Information Technology
http://www.sfsu.edu/~doit/

doit@sfsu.edu
338-1420

Educational Opportunity Program (EOP)
http://www.sfsu.edu/~eop/

*Ginger Yamamoto, Director*
ginyam@sfsu.edu
338-1085

Environmental Health & Occupational Safety
http://www.sfsu.edu/~hrwww/risk_mgmt/iipp_
summary.html

*Dan Ho, Sr. Health and Safety Officer*
danho@sfsu.edu
338-7037

Facilities & Service Enterprises
http://plopws.sfsu.edu/

*Phil Evans, Director Campus Grounds*
pevans@sfsu.edu
338-2712

*John Holman, Logistics Manager*
jholman@sfsu.edu
338-1088

*Delma Munoz, Campus Support Services*
delma@sfsu.edu
338-6780

Gymnasium Facilities
http://chhsweb.sfsu.edu/students.aspx

*Laura Marty, Operations Support Coordinator*
lmarty@sfsu.edu
338-3330

J. Paul Leonard Library
http://www.library.sfsu.edu/

*Tammie Huynh*
tamhuynh@sfsu.edu
338-7327

*Cydney Hill, Special Collections/Archives*
cyhill@sfsu.edu
405-0309

University Communications
http://www.sfsu.edu/~puboff

pubcom@sfsu.edu
338-1665

Office of Safety & Risk Management
http://www.sfsu.edu/~riskmgmt/

*Maria Garcia, Risk Management Associate*
mpgarcia@sfsu.edu
338-2362

Residence Life
http://www.sfsu.edu/~housing

*Kevin Kinney, Assistant Director, Residential Life*
kjkinney@sfsu.edu
338-2729

*Arnold Paguio, Program Coordinator, Residential
Property Management*
arnoldp@housing.sfsu.edu
415-405-4428

S.A.F.E. Place
http://www.sfsu.edu/~safe_plc/

*Karla Castillo, Prevention Education Specialist,
SAFE Place / C.E.A.S.E.*
karlac@sfsu.edu
338-7233

Seven Hills Conference Center
http://www.sfsu.edu/%7Emeetings/facilitieshills.
html

*Jim Raney, Conference Services Supervisor*
jraney@sfsu.edu
(415) 405-2220

Student Health Service
http://www.sfsu.edu/~shs/

*Dr. Alastair Smith, Director*
aksmith@sfsu.edu
338-1759

University Advancement
http://www.sfsu.edu/~advance/

*Norma Siani, Director Special Events*
siani@sfsu.edu
338-6141

34

.......

**Notes**



*event*
*planning*
*checklist*

planning events

## Get Ready

q Plan Early: We suggest starting your planning at least 2-3 months in advance (some events may need more planning, depending on their scope)

q Brainstorm event ideas and goals

q Decide on target audience

q Select possible dates (keep in mind religious and cultural holidays and major campus events)

## Request Venue

q Receive LEAD approval

q Confirm reservation final approval

q Publicize event (make sure event is approved and room confirmed before printing any publicity)

## Secure Funding

q Fundraise early and make sure you do not commit any funds before you have them

q Prepare a detailed and realistic budget, projecting all anticipated income and expenses

q Consult with LEAD advisor regarding fundraising options

q Develop an on-campus possible funding list

q Check any deadlines for funding sources

q Check your account to ensure committed funds have been received

q Ensure funding prior to any verbal or written commitment of funds

## Plan Well

Make all arrangements early on to give yourself ample time to plan your event well. If multiple people are planning the same event, make sure one person is managing the overall coordination.

*Possible Equipment Needs:*

q Space (rooms, venue)

q Microphone and speaker

q Projector (film, LCD)

q Sound system

q Lighting

q Podium

q Tables

q Chairs

q Stage

q Fire extinguisher(s)

q Trash cans

q Recyclable containers

q Portable toilets (including accessible)

q Barricades

*Possible Supply Needs:*

q Tickets

q Directional signs

q Maps

q Flip charts

q Markers

q Adhesives (tape, stapler, etc)

q Pencils and pens

q Printed programs

q Nametags

q Cash box/change

q Decorations

q Trash bags

q Tablecloths

q Water for speakers

q Waivers for performers/speakers /participants

## Speakers and/or Performers Planning:

q Brainstorm possible speakers and check availability

q Negotiate price (remember that verbal contracts are binding)

q Review final contract with LEAD advisor for assistance

q Arrange possible air and ground transportation

q Arrange for lodging and meals

q Confirm arrival time in San Francisco

q Confirm arrival time at event

q Confirm all arrangements in writing

q Have outside performers/speakers sign University waiver form

## Other Details

q Large events should work closely with LEAD early on in the event planning process

q Disability access

q Security

q Concessions (requires food permit)

q Clean-up arranged

q Parking and Transportation

q Forms completed and delivered to appropriate offices

q Insurance (may be required for certain physical activity, events with non-SF State invited guests, etc)

planning events

*event
planning
checklist*

## Working With LEAD University Partners

**Associated Students Incorporated**
http://asi.sfsu.edu/
338-2321

**Patelco**
https://www.patelco.org/cal_state_9_online.aspx
(800) 292-3966
Banking Services

**Campus Landscaping & Grounds**
http://plopws.sfsu.edu/
Phil Evans
pevans@sfsu.edu
338-2712

**Cesar Chavez Student Center**
http://www.sfsustudentcenter.com/
Mary Keller
338-2820
*Program Services*

Aimee Barnes
(415) 405-0700
*Richard Oakes Multicultural Center, Program Developer Officer*

**University Police Department**
http://www.sfsu.edu/~upd/
Captain Tony Duenas
aduenas@sfsu.edu
338-2623
Security & Safety

**Environmental Health & Occupational Safety**
Robert (Bud) Shearer
338-1449
Health & Safety

**Risk Management**
http://www.sfsu.edu/~riskmgmt/Insurance
Maria Garcia
338-2362

## Forms

q Food Permit (available at LEAD and submitted for all food sales and giveaways on campus). Signed by Environmental Health & Occupational Safety and LEAD
q Tabling Permit (available at LEAD and submitted for tabling on campus)
q Event Application Form
q Insurance (Signed by Risk Management)
q Liability Waiver Forms
q Grounds Request Form
q Facilities Operations Form for Tables and Chairs

## Publicize Your Event

q Decide your target audience, advertising budget and a detailed publicity plan at least four weeks prior to event to effectively reach your audience.
q Flyer/poster
q Press Release for Golden Gate [X]press
q Press Release off-campus newspaper/magazine
q Advertisements Golden Gate [X]press "The Week Ahead" calendar
q Website (your own site and links to others)
q Banner
q Announcements at student organization meetings (with group's approval)
q Announcements in classes (with professor's approval)
q Distribution plan

## Final Steps

q Pay all bills on time
q Promptly negotiate any discrepancies and document in writing
q Obtain feedback on event
q Develop folder for successor with timeline, actual budget, publicity and all correspondence
q Send thank you notes/cards

# EXHIBIT F

**San Francisco State University** | Home | Login | Calendar | A–Z Index | Search Tools | [ ] Search

## Student Activities & Events

### Site Home

**Student Organizations**

Organization Directory

Orientation Dates

Constitution Guideline

Organization Registration

Web/Email Accounts

Fundraising

Event Planning

Advisors

**Greek Life**

**Events & Programs**

**Student Life Events Center**

**Vendor Program**

**Faculty & Staff**

**Conduct & Policies**

**About Us**

### Constitution Guideline

The sections outlined below are the required sections for student organization constitutions.

1. **Name**: The name the student organization cannot include the University, abbreviation or logo, but can be the name of the organization at SF State (for example, Math Club at SF State). The name should reflect the purpose of the organization and clearly differentiate the club as a student organization and not a University department or program. The choice of language within the name should remain reflective of the University's mission.

2. **Purpose**: Why does the organization exist? What does the organization wish to accomplish?

3. **Membership**: Who is considered a member and what are their rights?

   • **Please note that the constitution must clearly state that only currently registered SF State students may be voting members.** Faculty and staff (including the advisor) can participate, but not have voting privileges or any decision making power.

   • The membership section must be in compliance with the CSU's non-discrimination and open membership policies. Click here for the non-discrimination and open membership policy.

4. **Governing Structure/Officers**: The CSU and SF State require each organization to have at least a president/chair and a financial officer/treasurer. These two positions cannot be held by the same person.

   1. **Officer Duties**: The duties of each officer must be outlined in the constitution.

5. **Appointments/Election of Officers**: How and when are Officers appointed/elected? Be specific - if officers are elected by a vote, how many votes does it take to get elected (simple majority, 2/3, consensus, etc.).

6. **Removal of Officers**: If questions regarding an officer were to arise, how would an officer be removed from office (majority vote, 2/3 vote, consensus, etc.)?

7. **Length of Term**: How long does an officer serve once s/he takes office (one semester, one academic year, until s/he relinquishes the position, until graduation, etc.)

8. **Amendment of the Constitution**: How is the student organization constitution amended (additions and deletions to this document)? Again, be specific - if it is by a vote, how many votes does it take?

### Quick Links

• GJ GatorJOBS for Students

• GJ GatorJOBS for Employers

• OrgSync Login

• SICC Facebook

• SICC Twitter

• Student Life Calendar

**Additional Resources**

links to helpful websites.

Select a Link

Go

**Search Student Activities & Events**

[ ] Go

**Contact**

**Hours**: Monday through Friday, 8 a.m. - 5 p.m.

**Phone**: (415) 338-1761

**Fax**: (415) 338-6150

**Email**: sicc@sfsu.edu

**Address**:1600 Holloway Avenue, San Francisco, CA 94132, Student Services Building, Room 206

*Last Update: February 14, 2019_cp*



SF State Home | Contact | 1600 Holloway Avenue . San Francisco . CA 94132 . Tel (415) 338-1111

# EXHIBIT G

1   BRADLEY S. PHILLIPS (State Bar No. 085263)
    MUNGER, TOLLES & OLSON LLP
2   355 South Grand Avenue, 35th Floor
    Los Angeles, CA 90071-1560
3   Telephone:    (213) 683-9100
    Facsimile:    (213) 687-3702
4
    ADELE M. EL-KHOURI (Admitted *pro hac vice*)
5   MUNGER, TOLLES & OLSON LLP
    1155 F Street, NW, 7th Floor
6   Washington, D.C. 20004
    Telephone:    (202) 220-1100
7   Facsimile:    (202) 220-2300

8   Attorneys for Defendants
    BOARD OF TRUSTEES OF THE CALIFORNIA
9   STATE UNIVERSITY; LESLIE WONG; MARY
    ANN BEGLEY; LUOLUO HONG; LAWRENCE
10  BIRELLO; REGINALD PARSON; OSVALDO
    DEL VALLE; KENNETH MONTEIRO; BRIAN
11  STUART; AND MARK JARAMILLA

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14  JACOB MANDEL, et al.                CASE NO. 3:17-cv-03511-WHO

15              Plaintiffs,             **NOTICE OF MOTION AND MOTION TO
                                        DISMISS SECOND AMENDED
16      vs.                             COMPLAINT OF DEFENDANTS BOARD
                                        OF TRUSTEES OF THE CALIFORNIA
17  BOARD OF TRUSTEES OF THE            STATE UNIVERSITY; LESLIE WONG;
    CALIFORNIA STATE UNIVERSITY,        MARY ANN BEGLEY; LUOLUO HONG;
18  SAN FRANCISCO STATE                 LAWRENCE BIRELLO; REGINALD
    UNIVERSITY, et al.,                 PARSON; OSVALDO DEL VALLE;
19                                      KENNETH MONTEIRO; BRIAN
                Defendants.             STUART; AND MARK JARAMILLA**
20
                                        Judge:    Hon. William Orrick III
21                                      Dept:     Courtroom 2, 17th Floor
                                        Date:     July 18, 2018
22                                      Time:     2:00 p.m.

23

24

25

26

27

28

# TABLE OF CONTENTS

Page(s)

I.      INTRODUCTION ...................................................................................................... 1

II.     ARGUMENT .............................................................................................................. 2

        A.      PLAINTIFFS' FIRST AMENDMENT CLAIMS (1, 3, AND 5) SHOULD
                BE DISMISSED ............................................................................................... 2

        B.      PLAINTIFFS' EQUAL PROTECTION CLAIMS (2, 4, AND 6) SHOULD
                BE DISMISSED ............................................................................................... 3

        C.      PLAINTIFFS' TITLE VI CLAIMS (7 AND 8) SHOULD BE DISMISSED .......... 4

        D.      PLAINTIFFS' CLAIMS FOR DECLARATORY AND INJUNCTIVE
                RELIEF SHOULD BE DISMISSED .................................................................. 8

III.    CONCLUSION ........................................................................................................... 8

1

# TABLE OF AUTHORITIES

2

Page(s)

3

**FEDERAL CASES**

4

*Cole v. Oroville Union High Sch. Dist.*,

5

228 F.3d 1092 (9th Cir. 2000).........................................................................................8

6

*Felber v. Yudof*,

851 F.Supp.2d 1182 (N.D. Cal. 2011) .............................................................................6

7

**FEDERAL STATUTES**

8

28 U.S.C. § 2201, *et seq*.......................................................................................................8

9

**FEDERAL RULES**

10

Fed. R. Civ. P. 12(b)(6)........................................................................................................1

11

**CONSTITUTIONAL PROVISIONS**

12

First Amendment.........................................................................................................2, 5, 6, 7

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that on July 18, 2018 at 2:00 p.m., before the Honorable Williams Orrick III in Courtroom 2 on the 17th Floor of the above-entitled Court, Defendants Board of Trustees of the California State University ("the University" or "SFSU"),[1] Leslie Wong, Mary Ann Begley, Luoluo Hong, Lawrence Birello, Reginald Parson, Osvaldo Del Valle, Kenneth Monteiro, Brian Stuart, and Mark Jaramilla (collectively, "Defendants") will and hereby do move pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss all claims brought against them in Plaintiffs' Second Amended Complaint ("SAC"), filed March 29, 2018. This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Court's Order Granting Motions to Dismiss dated March 9, 2018, all pleadings and papers on file, and such other matters as may be presented to this Court.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     INTRODUCTION**

This Court dismissed Plaintiffs' First Amended Complaint ("FAC"), holding that "[t]he FAC is at once far too long, repetitive and full of barely relevant material, and yet so conclusory regarding the causes of action asserted that it does not state a plausible claim for relief against any defendant at this juncture." Dkt. 124 at 2. Plaintiffs' Second Amended Complaint ("SAC") cures none of the defects identified by the Court.

Indeed, Plaintiffs have made very few material changes from the dismissed FAC. They have eliminated many, although not all, of the FAC's irrelevant allegations concerning alleged historical anti-Semitism at SFSU. They have broken their claims about the Mayor Barkat event into two parts, one about the alleged "removal" of the event to a different campus location and another about the alleged "shut down" of the event. Plaintiffs have added a Title VI claim on behalf of what they characterize as the "Israeli Plaintiffs." And they have added a few conclusory allegations in a transparent effort to "paper over" the defects identified by the Court. Plaintiffs have not, however, added any factual allegations that would change the Court's prior conclusion

---

[1] Plaintiffs purport to name as a defendant "San Francisco State University," but that is not a legal entity separate from the Board of Trustees of California State University.

that they have failed to state any plausible claim for relief.  The SAC should now be dismissed without leave to amend.

## II.   ARGUMENT

### A.   Plaintiffs' First Amendment Claims (1, 3, and 5) Should Be Dismissed

With respect to Plaintiffs' First Amendment claim concerning the Barkat event, this Court wrote:

> The key factual allegations regarding the right of association claim are that the Administration Defendants violated the Student and Community Plaintiffs' rights of association by consigning the Barkat event to a space far from the center of campus, charging Hillel a fee for that space, and then failing to enforce the SFSU Student Code of Conduct policies—namely no disruption of events and no use of amplified sound—and instructing the police to "stand down" and not remove the protestors.  *This does not add up to a cognizable claim.*

Dkt. 124 at 17.  The two First Amendment claims in the SAC concerning the Barkat event (Claims 1 and 3) are based on these same factual allegations.  The only even arguable difference is that Plaintiffs now allege, in wholly conclusory fashion, that the Barkat event was moved pursuant to "an unwritten, unannounced, never-before-enforced and entirely discretionary, standardless policy of moving 'controversial speakers' away from CCSC and to a remote and poorly-known location."  SAC ¶ 60.  Plaintiffs allege no *facts* that suggest the existence of such a policy—other than the fact that the Barkat event itself was moved.  If that were sufficient to allege a "policy," *every* claim against a state official based on a single incident could be supported by the existence of a purported "policy."  In fact, however, the arithmetic does not change due to this conclusory allegation; Plaintiffs' factual allegations still do not add up to cognizable First Amendment claims.

The Court dismissed Plaintiffs' First Amendment claims concerning the "Know Your Rights" Fair ("KYR Fair") because "[t]here are no facts alleged to support the assertion that the Administration Defendants *played any role* in the denial of Hillel's ability to participate in the KYR Fair" and because "[i]nvidious discrimination requires evidence of specific intent by each defendant, not just knowledge about someone else's actions," which Plaintiffs had failed to allege.  Dkt. 124 at 20, 22 (emphasis in original).  Again, there are no new factual allegations

1    supporting Claim 5 of the SAC that could justify changing these conclusions.  Plaintiffs' addition

2    of the conclusory assertion that "Defendants Begley and Monteiro consciously and intentionally

3    knew of and permitted Hillel's exclusion," SAC ¶ 119, is insufficient to show either that they

4    played a role in the decision or that they acted with specific intent of their own to discriminate

5    against Plaintiffs based on their religion or national origin.

6         **B.      Plaintiffs' Equal Protection Claims (2, 4, and 6) Should Be Dismissed**

7         With respect to Plaintiffs' equal protection claims concerning the Barkat event, the Court

8    identified two fundamental defects:

> First, Student and Community Plaintiffs fail to allege any facts showing that in
> materially similar circumstances—*i.e.*, events where speakers would likely draw
> protests and scheduled when classes are ongoing—other groups who are not
> identified as Jewish (by race, ethnicity, or religion) were offered more centrally
> located or fee-free rooms.  Second, plaintiffs fail to allege any facts that in
> materially similar circumstances—an open event where protestors had access,
> protestors started to disrupt the event, and protestors used prohibited
> amplification—the Administration Defendants present at the event acted
> differently.

Dkt. 124 at 24.  The facts alleged in the SAC remain the same.  Plaintiffs' only purported effort to

address the defects identified by the Court are two conclusory allegations, made "[o]n

information and belief," that "no other events were banished to for-fee locales on the outskirts of

campus based on concerns about controversial speakers drawing protest activity" and that "'stand

down' orders were not promulgated to the UPD for events where other viewpoints were

expressed."  SAC ¶¶ 154, 171.  But, tellingly, Plaintiffs do *not* allege that there *were* any other

specific events that were materially similar to the Barkat event and as to which Defendants acted

differently.  That omission is fatal to their equal protection claims 2 and 4.

The Court dismissed Plaintiffs' equal protection claim concerning the KYR Fair because

"[w]hile there are general allegations that certain Administration Defendants had responsibility

for 'student events,' the more specific allegations admit that it was the student organizers who

accidentally invited and then prevented Hillel from participating."  Dkt. 124 at 25.  The Court

emphasized that there were no alleged facts showing either that any of the Defendants had the

power to "require the students to admit Hillel or force the student organizers to cancel the Fair" or

1    that they "acted with the specific intent to deprive the Student Plaintiffs of their equal protection

2    rights because of their Jewish identity."  Dkt. 124 at 25-26.  This remains true of Plaintiffs' claim

3    6.  Plaintiffs do now allege, in wholly conclusory fashion, that certain Defendants had the

4    "authority" to compel the inclusion of Hillel in the KYR Fair.  SAC ¶¶ 122, 127.  But there is no

5    allegation that those Defendants decided not to exercise that alleged authority specifically for the

6    purpose of discriminating against Plaintiffs based on their Jewish identity.  And there is no

7    allegation that, when other student groups organized materially similar events, the Administration

8    Defendants prohibited those private groups from deciding which other campus organizations to

9    invite.  At most, Plaintiffs have alleged that Defendants allowed the KYR Fair organizers to

10   decide who would be invited.  That does not suffice for an equal protection claim.

11           **C.      Plaintiffs' Title VI Claims (7 and 8) Should Be Dismissed**

12           This Court dismissed Plaintiffs' Title VI claim for several reasons.  First, the Court held

13   that their "Title VI claim based on direct discrimination suffers from the same defects described

14   [concerning the other claims] because the constitutional claims have not been adequately

15   alleged."  Dkt. 124 at 28.  That remains true of the SAC: for the same reasons that Plaintiffs have

16   failed to allege equal protection violations, they have failed to allege direct discrimination in

17   violation of Title VI.

18           Second, the Court held that Plaintiffs had failed to allege a "hostile environment."  Dkt.

19   124 at 28-30.  The Court found that "the only *current* allegations of peer-to-peer harassment that

20   might support a hostile environment claim are [the Barkat event and the KYR Fair event]."  Dkt.

21   124 at 28.  But, as the Court held, "[t]hose two claims—standing alone—do not show that Jewish

22   students at SFSU suffered such severe, pervasive, and objectively offensive discrimination to be

23   actionable under Title VI, especially when … the alleged incidents of discrimination have not

24   been shown to have emanated from affirmative acts by the Administration Defendants."  Dkt. 124

25   at 28-29.  The Court further rejected Plaintiffs' reliance on "other current events that in plaintiffs'

26   view set a tone that SFSU tolerates, if not promotes, anti-Semitism," because "[t]here are no

27   details with respect to time, frequency of occurrence, who was involved, and in some instances

28

1    whether the acts were aimed at Student Plaintiffs or otherwise known to Student Plaintiffs."  Dkt.

2    124 at 29.

3         Third, the Court ruled that Plaintiffs had "fail[ed] to allege facts that plausibly show that

4    SFSU made "an official decision not to remedy [any] violation" and that its responses [were]

5    clearly unreasonable," and they had therefore failed to allege deliberate indifference.  Dkt. 124 at

6    30-32.  The Court emphasized both that Plaintiffs admitted "that SFSU *has* taken steps in

7    response to both the Barkat and [KYR] Fair events" and that the University did not have the

8    authority to prohibit or punish others' exercise of their First Amendment rights.  *Id*. at 31.

9    Indeed, the Court held that "the facts actually alleged appear to show the Entity Defendants'

10   responses were objectively reasonable."  Dkt. 124 at 32.

11        Finally, the Court held that Plaintiffs had "fail[ed] to allege facts showing they were

12   denied educational benefits."  *Id*.   "[T]he frustration of the Student Plaintiffs' asserted rights to

13   hear Mayor Barkat and right to represent Hillel at the KYR Fair do not, standing alone, equate to

14   an actionable deprivation of educational opportunities."  *Id*.  Further, individual Plaintiffs had not

15   pleaded sufficient details about their experiences "to plausibly show a concrete, negative effect on

16   [their] education."  *Id*.  at 33.

17        None of Plaintiffs' additions to the SAC, singly or together, remedy these defects.  Indeed,

18   one addition further bolsters this Court's conclusion that Defendants were not deliberately

19   indifferent to the alleged exclusion of Hillel from the KYR Fair.  Plaintiffs now allege that the

20   result of SFSU's internal investigation of the incident was the conclusion "that SFSU Hillel was

21   improperly excluded from the Know Your Rights Fair based on assumed status as Zionists and in

22   retaliation for their decision to invite Mayor Barkat to campus."  SAC ¶ 135.  This hardly

23   constitutes deliberate indifference.

24        Plaintiffs now rely extensively on allegations about the "BDS movement" and a "policy of

25   anti-normalization" at SFSU."  *E.g.*, SAC ¶¶ 37-39, 120.  But there are no factual allegations

26   showing that any of the Administrator Defendants, as opposed to Professor Abdulhadi, subscribed

27   to such a movement or policy.  In any event, the SAC on its face shows that the "BDS

28   movement" and  "anti-normalization" are political viewpoints entitled to First Amendment

protection, which SFSU could not have suppressed regardless of its own viewpoint.  *See* SAC

¶ 36 (describing the "BDS" movement as "call[ing] for the boycott, divestment, and sanctions

against Israel, and for targeted economic discrimination against Israeli Jews, aiming to isolate,

delegitimize and ultimately bankrupt the Jewish state and economically marginalize Jewish

people"; and describing the movement's "anti-normalization" mandate as "require[ing] that

activists disrupt, isolate, and silence all opposing viewpoints, even moderate opinions such as

those acknowledging Israel's actual existence, right to existence, or advocating for a peaceful

two-state solution to the Arab/Israeli conflict").  While these viewpoints may be extreme and

offensive in the eyes of many, they are nonetheless fully protected by the First Amendment and

may not be used as the basis for a Title VI claim.  *See Felber v. Yudof*, 851 F. Supp. 2d 1182,

1188 (N.D. Cal. 2011) (reasoning, in rejecting Title VI claim, that " a very substantial portion of

the conduct to which plaintiffs object represents pure political speech and expressive conduct, in a

public setting, regarding matters of public concern, which is entitled to special protection under

the First Amendment").

Plaintiffs have also added allegations concerning Plaintiff Ben-David's concerns about

threatening social media postings in 2013 by Mohammad Hammad, the then-President of GUPS.

SAC ¶¶ 44-49.  Even assuming that any of Hammad's postings were sufficiently threatening to

specific individuals to fall within the "true threat" exception to the usual First Amendment

protection for political speech (they were not), the allegations do not support a Title VI claim.

Plaintiffs affirmatively allege that Defendants were *not* deliberately indifferent to Ben-David's

concerns: they allege that she was allowed to take her final exam in a separate room, away from

Hammad, and that she was offered a psychological referral and a campus security escort.  SAC

¶¶ 47, 48.  While this may not be the response that Plaintiffs preferred, it does not support an

inference that Defendants made "an official decision not to remedy the violation" or that their

decision was "clearly unreasonable."  Nor does Ben-David adequately allege any concrete,

negative effect on her education; to the contrary, she alleges that she graduated from SFSU in

three years.  SAC ¶ 14.

Plaintiffs have added vague allegations about Mandel's and Volk's reactions to being "scowled" or "stared" at by members of GUPS. SAC ¶¶ 89, 90. Even assuming that "scowls" and "stares" were not protected by the First Amendment (they are), and that allegations about a Plaintiff's subjective interpretation of the import of other students' facial expressions could support a Title VI claim, Plaintiffs do not allege that they reported these "scowling" and "staring" incidents to Defendants in sufficient detail to allow Defendants to do anything about them; Plaintiffs do not, for example, allege that they told anyone at SFSU the identity of any allegedly "scowling" or "staring" GUPS member.

Plaintiffs have further added allegations concerning President Wong's alleged "refus[al] to affirm that Zionists were welcome at SFSU." SAC ¶¶ 111, 129. Plaintiffs' lengthy, single-spaced quotations from letters drafted by Jewish Studies professors and Jewish students, containing vague and general accusations against President Wong and SFSU, are immaterial. *Id.* ¶¶ 129, 130. But Plaintiffs do allege, correctly, that President Wong did precisely what the Jewish professors had asked that he do, which was to retract his comment about Zionists. *Id.* ¶¶ 129, 130. Moreover, Plaintiffs allege that, after Professor Abdulhadi posted a message on Facebook attacking President Wong for this retraction and his welcoming of Zionists to campus—which she characterized as a "racist, Islamophobic, and colonialist statement"—SFSU "asked that [her] post be removed to ensure there can be no implication that the views expressed are those of the University," and President Wong issued a statement that, "[w]hile [Abdulhadi] is entitled to voice her own opinion, it cannot be done in a way that implies university endorsement or association." *Id.* ¶ 130. While Plaintiffs allege that "the post remains on the AMED Facebook page" and that Abdulhadi remains a tenured professor at SFSU, they do not (and could not) allege that Defendants had the ability either to remove the post themselves or to strip Abdulhadi of her tenure based on the post, which was undoubtedly an expression of her viewpoint that is protected by the First Amendment. Yet again, while Plaintiffs might have wanted SFSU to do something different, its actions certainly did not constitute "deliberate indifference" for purposes of Title VI.

In sum, Plaintiffs' additions to the SAC do not change the fact that they have not plausibly alleged direct discrimination by Defendants, a pervasively hostile environment, deliberate indifference by Defendants, and concrete negative effects on their education.  Their Title VI claim therefore still fails.

### D. Plaintiffs' Claims for Declaratory and Injunctive Relief Should Be Dismissed

Plaintiffs have again requested relief under the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq*, (Claim 9) and injunctive relief based on their § 1983 and Title IX claims.  SAC ¶¶ 233-36, Request for Relief ¶¶ a, b.  Plaintiffs are not entitled to these remedies, as their substantive claims fail as a matter of law for the reasons stated above.

Additionally, Plaintiffs Mandel and Ben-David lack standing to seek declaratory and injunctive relief.  "It is well-settled that once a student graduates, he no longer has a live case or controversy justifying declaratory and injunctive relief against a school's action or policy." *Cole v. Oroville Union High Sch. Dist.*, 228 F.3d 1092, 1098 (9th Cir. 2000).  Because Plaintiffs Mandel and Ben-David have graduated from SFSU, SAC ¶¶ 10, 14, they do not have standing to seek declaratory or injunctive relief with respect to the school's actions or policies.  Moreover, Plaintiff Volk lacks standing to seek such relief because he is no longer a student at SFSU, SAC ¶ 11, and does not allege that he is even a member of the local Jewish community.

### III. Conclusion

For the foregoing reasons, Defendants respectfully request that the Court dismiss all of Plaintiffs' claims without leave to amend.

1    DATED: April  27, 2018          Respectfully submitted,

2                                    MUNGER, TOLLES & OLSON LLP
                                    BRADLEY S. PHILLIPS

3                                     ADELE M. EL-KHOURI

4

5                                     By:_____ /s/ *Bradley S. Phillips*_____
                                          BRADLEY S. PHILLIPS

6                                     Attorneys for Defendants
                                    BOARD OF TRUSTEES OF THE

7                                     CALIFORNIA STATE UNIVERSITY;
                                    LESLIE WONG; MARY ANN BEGLEY;

8                                     LUOLUO HONG; LAWRENCE BIRELLO;
                                    REGINALD PARSON; OSVALDO DEL

9                                     VALLE; KENNETH MONTEIRO; BRIAN
                                    STUART; and MARK JARAMILLA

10    38500628.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              CASE NO. 3:17-CV-03511-WHO
DEFENDANTS' NOTICE OF MOT. AND MOT. TO DISMISS SECOND AMENDED COMPLAINT

EXHIBIT H

**Help Center**                    trademark

Home    Using Facebook    Managing Your Account    Privacy and Safety    Policies and Reporting    |    Support Inbox

Creating an Account
Friending
Your Home Page
Messaging
Stories
Photos
Videos
Pages
Groups
Events
Payments
Marketplace
Apps
Facebook Mobile and Desktop
Apps
Accessibility

# I submitted a trademark report to Facel
## happens now?

If you submitted a trademark report to us through our online form or via em
automated email that contains information about your report, including a un
You should save this number in case you need to contact us about your re

Sometimes, we might have a question about your report. In this case, we r
report and ask for more information. If you receive an email from our team
information about your report, you can and should respond directly to that
receives your response, they can continue to look into your report.

Please note that Facebook is not in a position to adjudicate disputes betwe
may not be able to remove the content you reported for trademark infringe
contact the person who posted the reported content to try to resolve your is

When we remove content in response to a report of trademark infringemer
you reported to inform them the content was removed. We also provide the
information, including your email address and the name of the trademark of
your report.

If the person who posted the content believes that the content shouldn't ha
may reach out to you directly to try to resolve the issue. If the content was
U.S. trademark rights, they may also be able to submit an appeal.

Was this information helpful?
 Yes     No

## Related Articles

Content I posted was removed because it was reported for intellectual prop
trademark) infringement. What are my next steps?

I submitted a copyright report to Facebook. What happens now?

How do I report copyright infringement on Facebook?

What information do I need to include in a trademark report?

What information do I need to include in a copyright report?

Facebook © 2019

English (US)

About

Privacy

Careers

Ad Choices

Create Ad

Create Page

Terms & Policies

Cookies