1  BRADLEY S. PHILLIPS (State Bar No. 85263)
   Brad.phillips@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
3  Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
4  Facsimile:    (213) 687-3702

5

   ALISON F. KAROL (State Bar No. 408043)
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
7  San Francisco, California 94105-0913
   Telephone:    (415) 512-4000
8  Facsimile:    (415) 512-4077

9  Attorneys for Defendant THE BOARD OF
   TRUSTEES OF THE CALIFORNIA STATE
10 UNIVERSITY

11 *Additional counsel listed on signature page*

13 UNITED STATES DISTRICT COURT

14 NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| 16  RABAB ABDULHADI, | Case No. 4:18-cv-04662-YGR |
| 17         Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 30 DAYS** |
| 18      vs. | **[Local Civ. R. 6-2]** |
| 19  BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY | |
| 20         Defendant. | Second Amended Complaint served:  April 11, 2019 |
| 21 | Current response date:  September 6, 2019 |
| | New response date:  October 7, 2019 |

1   Plaintiff RABAB ABDULHADI ("Abdulhadi") and Defendant BOARD OF
2 TRUSTEES of the CALIFORNIA STATE UNIVERSITY ("CSU"), through their respective
3 counsel of record, hereby stipulate as follows:
4   WHEREAS, Abdulhadi filed her Complaint with the Court on August 2, 2018;
5   WHEREAS, Abdulhadi served CSU with the Summons and Complaint on October
6 2, 2018;
7   WHEREAS, the parties filed stipulated requests to extend the time in which CSU
8 would respond to the initial Complaint on October 23, 2018, November 20, 2018, December 7,
9 2018, and January 3, 2019 in order to give Plaintiff time to submit the amended complaint she
10 wished to file;
11   WHEREAS, the Court granted the stipulated requests on October 26, 2018,
12 November 28, 2018, and December 12, 2018, and issued an order to Prosecute in response to the
13 January 3, 2019 request;
14   WHEREAS, upon further stipulation and by scheduling order of the Court,
15 Abdulhadi filed her First Amended Complaint on January 14, 2019;
16   WHEREAS, on January 29, 2019, CSU filed a motion to dismiss Plaintiff's First
17 Amended Complaint;
18   WHEREAS, on March 14, 2019, the Court granted CSU's motion to dismiss with
19 leave to amend;
20   WHEREAS, Plaintiff filed her Second Amended Complaint on April 11, 2019;
21   WHEREAS, on May 9, 2019, the partied filed a stipulated request to continue the
22 June 25, 2019 hearing on CSU's motion to dismiss Plaintiff's Second Amended Complaint;
23   WHEREAS, on May 10, 2019, the Court granted the parties' stipulated request for
24 continuance and continued the hearing to July 9, 2019;
25   WHEREAS, on May 13, 2019, CSU filed a motion to dismiss Plaintiff's Second
26 Amended Complaint;
27   WHEREAS, on June 28, 2019, the Court vacated the hearing on CSU's motion to
28 dismiss;

1    WHEREAS, on August 16, 2019, the Court issued an order granting in part and
2 denying in part CSU's motion to dismiss and ordering CSU to respond to the Second Amended
3 Complaint by September 6, 2019;
4    WHEREAS, counsel for CSU is unavailable for much of the time between now and
5 September 6, 2019 due to a long-scheduled wedding and family vacation;
6    WHEREAS, Local Civil Rule 6-2 permits the parties to file a stipulation,
7 conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an
8 event or deadline already fixed by Court order;
9    WHEREAS, an extension of time by 30 days will not alter any other deadlines in
10 the case;
11    NOW THEREFORE, Abdulhadi and CSU, through their counsel of record,
12 stipulate to the following:
13    IT IS HEREBY STIPULATED that the parties request CSU's time to answer, move,
14 or otherwise respond to Abdulhadi's Second Amended Complaint is extended to and includes, October
15 7, 2019.

| | | |
|---|---|---|
| 1 | DATED: August 21, 2019 | LAW OFFICE OF MARK ALLEN KLEIMAN<br>MARK A. KLEIMAN (SBN 115919) |
| 2 | | |
| 3 | | LAW OFFICE OF BEN GHARAGOZLI<br>BEN GHARAGOZLI (SBN 272302) |

By: _____*/s/ Mark A. Kleiman*_____
MARK A. KLEIMAN
Attorneys for Plaintiff RABAB ABDULHADI

DATED: August 21, 2019     MUNGER, TOLLES & OLSON LLP
                            BRADLEY S. PHILLIPS
                            ALISON F. KAROL

By: _____*/s/ Alison F. Karol*_____
ALISON F. KAROL
Attorneys for Defendant BOARD OF TRUSTEES of
the CALIFORNIA STATE UNIVERSITY

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.