1  BRADLEY S. PHILLIPS (State Bar No. 85263)
   brad.phillips@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
3  Los Angeles, California 90071-3426
   Telephone:   (213) 683-9100
4  Facsimile:   (213) 687-3702

5  ALISON F. KAROL (State Bar No. 308043)
   alison.karol@mto.com
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
7  San Francisco, California 94105
   Telephone:   (415) 412-4000
8  Facsimile:   (415) 415-4077

9
   Attorneys for Defendants Leslie Wong and
10 Jennifer Summit

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RABAB ABDULHADI,<br><br>             Plaintiff,<br><br>     vs.<br><br>LESLIE WONG; JENNIFER SUMMIT; and DOES 1-100;<br>inclusive,<br><br>             Defendants. | Case No. 4:18-cv-04662-YGR<br><br>**DECLARATION OF ALISON F. KAROL IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>[Filed concurrently with Stipulation to Extend Time to Respond to Second Amended Complaint by 30 Days]<br><br>Judge:   Judge Yvonne Gonzalez Rogers<br>Current Due Date:   September 6, 2019<br>New Due Date:   October 7, 2019 |

Case No. 4:18-cv-04662-YGR
DECLARATION OF ALISON F. KAROL IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

## DECLARATION OF ALISON F. KAROL

I, Alison F. Karol, declare as follows:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am an attorney at the law firm of Munger, Tolles & Olson LLP, counsel for Defendants Leslie Wong and Jennifer Summit in the above-captioned matter against Plaintiff Rabab Abdulhadi.

2. I submit this declaration in support of the parties' Stipulated Request to Extend Time to Respond to Plaintiff's Second Amended Complaint. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to the matters set forth herein.

3. The parties previously filed stipulated requests to extend time for CSU to respond to the initial Complaint on October 23, 2018, November 20, 2018, December 7, 2018, and January 3, 2019 in order to give Plaintiff time to submit the amended complaint she wished to file.

4. The Court granted the stipulated requests of October 23, 2018, November 20, 2018, and December 7, 2018 on October 26, 2018, November 28, 2018, and December 12, 2018, respectively. In response to the January 3, 2019 request to extend time, the Court issued an order to Prosecute.

5. Upon further stipulation and by scheduling order of the Court, Abdulhadi filed her First Amended Complaint on January 14, 2019.

6. CSU filed a motion to dismiss Plaintiff's First Amended Complaint on January 29, 2019.

7. The Court granted CSU's motion to dismiss Plaintiff's First Amended Complaint on March 14, 2019.

8. Plaintiff filed her Second Amended Complaint on April 11, 2019.

9. On May 9, the parties filed a stipulated request to continue the June 25, 2019 hearing on CSU's motion to dismiss Plaintiff's Second Amended Complaint.

10. On May 10, 2019, the Court granted the parties' stipulated request for continuance and continued the hearing to July 9, 2019.

11. On May 13, 2019, CSU filed a motion to dismiss Plaintiff's Second Amended Complaint.

12. On June 28, 2019, the Court vacated the hearing on CSU's motion to dismiss.

13. On August 16, 2019, the Court issued an order granting in part and denying in part CSU's motion to dismiss and ordering CSU to respond to the Second Amended Complaint by September 6, 2019.

14. My colleague and I are unavailable for much of the time between now and September 6, 2019. I will be out of the office for my wedding and associated events, and Mr. Phillips will be on a long-scheduled family vacation.

15. An extension of time by 30 days will not alter any other deadlines in the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 21st day of August, 2019 at San Francisco, CA.

DATED: August 21, 2019                MUNGER, TOLLES & OLSON LLP

By: _____
ALISON F. KAROL
Attorneys for Defendants Leslie Wong and Jennifer Summit

DECLARATION OF ALISON F. KAROL IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT