Mark A. Kleiman (SBN 115919)
KLEIMAN / RAJARAM
2907 Stanford Ave. Venice, CA 90292
Telephone: (310) 306-8094
Facsimile: (310) 306-8491
Email: mkleiman@quitam.org

Ben Gharagozli (SBN 272302)
Law Offices of Ben Gharagozli
2907 Stanford Avenue
Marina del Rey, California 90292
Telephone: (661) 607-4665
Facsimile: (855) 628-5517
Email: ben.gharagozli@gmail.com

Attorney for Plaintiff, RABAB ABDULHADI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RABAB ABDULHADI,<br><br>          Plaintiff,<br>     v.<br>BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY; LESLIE WONG; SUE V. ROSSER; and JENNIFER SUMMIT<br><br>          Defendants | Case No.: 4:18-cv-04662-YGR<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

DATED:  September 20, 2019          KLEIMAN / RAJARAM
                                    MARK A. KLEIMAN (SBN 115919)


                                By:  */s/ Mark A. Kleiman*
                                    MARK  A. KLEIMAN


                                    Attorneys for Plaintiff RABAB ABDULHADI

---

**NOTICE OF CHANGE OF FIRM NAME**

Case No. __4:18-cv-04662

2