UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RABAB ABDULHADI**, <br><br> Plaintiff, <br><br> vs. <br><br> **BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, ET. AL.**, <br><br> Defendants. | Case No.: 4:18-cv-04662-YGR <br><br> **ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO COMPLY WITH STANDING ORDER** |

This Court's Standing Order In Civil Cases requires that, at case management conferences, "each party shall be represented at case management conferences by lead trial counsel or counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters in the CAND CMC Order and Civil L.R. 16-10(b)." (Standing Order in Civil Cases, ¶ 6.) The Standing Order further provides that:

> Failure to do so shall be considered grounds for sanctions. Because of the substantive discussions that occur during case management conferences, telephonic appearances are disfavored. The Court will grant requests to appear by telephone only upon a compelling showing of good cause. The routine inconveniences of travel do not constitute good cause.

An initial case management conference in this matter was scheduled for November 4, 2019. Counsel appearing for defendants was not lead trial counsel or counsel with the requisite knowledge to engage in the conference.

Therefore, Lead Counsel Bradley S. Phillips is **ORDERED TO SHOW CAUSE** why he should not be sanctioned in the amount of $250.00 for failure to comply with this Court's Standing Order. A hearing on this Order to Show Cause will be held on **Friday, November 22, 2019,** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **Friday, November 15, 2019**, Mr. Phillips must file a written response to this Order to Show Cause, including a statement as to whether he read the Court's Standing Order. If the

Court is satisfied with the response, it may vacate the hearing on the Order to Show Cause. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

Alternatively, Mr. Phillips may also submit a statement with assurance of future compliance and pay the sanction. If this option is chosen, the Court will take the matter off calendar.

**IT IS SO ORDERED.**

Dated: November 5, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**