UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RABAB ABDULHADI**, | Case No.: 4:18-cv-04662-YGR |
| Plaintiff, | **ORDER VACATING COMPLIANCE HEARING** |
| vs. | |
| **BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, ET. AL.**, | |
| Defendants. | |

The Court is in receipt of the Declaration of Bradley S. Phillips in Response to Order to Show Cause. (Dkt. No. 67.) Upon review and consideration of the declaration, the Court **VACATES** the compliance hearing set for November 22, 2019.

However, the Court **ORDERS** that Mr. Phillips shall attend, **in person**, the next Court appearance.

**IT IS SO ORDERED.**

Dated: November 15, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**