Mark A. Kleiman (SBN 115919)
KLEIMAN / RAJARAM
2525 Main Street, Suite 204
Santa Monica, CA 90405
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: mkleiman@quitam.org

Ben Gharagozli (SBN 272302)
Law Offices of Ben Gharagozli
2525 Main Street, Suite 204
Santa Monica, CA 90405
Telephone: (661) 607-4665
Facsimile: (855) 628-5517
Email: ben.gharagozli@gmail.com

Attorney for Plaintiff, RABAB ABDULHADI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RABAB ABDULHADI,<br><br>    Plaintiff,<br>v.<br>BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY; LESLIE WONG; SUE V. ROSSER; and JENNIFER SUMMIT,<br><br>    Defendants. | Case No.: 4:18-cv-04662-YGR<br><br>NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO SEAL THE UNREDACTED COPY OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT<br><br>CMC Date: April 6, 2020<br>Time:        2:00 p.m.<br>Courtroom: 1, 4th Floor |

PLEASE TAKE NOTICE that the Plaintiff, Rabab Abdulhadi hereby files this administrative motion to seal the unredacted version of the parties' joint case management conference statement. This administrative motion is brought pursuant to Local Rules 7-11 and 79-5 of this Court and is based on this Notice of Administrative Motion, the accompanying

Memorandum of Points and Authorities, and the Declaration of Mark Kleiman in Support of the motion, all pleadings and papers on file, and such other matters as may be presented to the Court.

DATED:  March 26, 2020

Respectfully submitted,
KLEIMAN / RAJARAM
MARK A. KLEIMAN (SBN 115919)

By:  */s/ Mark A. Kleiman*
MARK  A. KLEIMAN

Attorneys for Plaintiff RABAB ABDULHADI

**NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO SEAL THE UNREDACTED COPY OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
Case No. __4:18-cv-04662

## MEMORANDUM OF POINTS AND AUTHORITIES

The Joint CMC Statement contains private medical information about one of the parties and an immediate family member of counsel for one of the parties.  Including this information in a public filing would unnecessarily invade the privacy of that party and of counsel's family.  The proposed redactions would not reduce the public understanding of the substantive issues in the case.  Defendants have consented to the proposed redactions.

Pursuant to LR 79.5(e), Plaintiff has conditionally filed under seal and has redacted from the publicly filed versions of the relevant documents, medical information concerning the Plaintiff and the family member of one of the defense counsel.  The information appears at p. 2, line 5 through p.3, line 10, and also p.3, lines 25-28 of the Joint Case Management Conference Statement.  The redactions are narrowly tailored to preserve medical privacy without any broader redaction.

Respectfully submitted,

DATED:  March 30, 2020

KLEIMAN / RAJARAM
MARK A. KLEIMAN (SBN 115919)

By:  */s/ Mark A. Kleiman*
MARK  A. KLEIMAN

Attorneys for Plaintiff RABAB ABDULHADI

---

**NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO SEAL THE UNREDACTED COPY OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
Case No. __4:18-cv-04662