Mark A. Kleiman (SBN 115919)
KLEIMAN / RAJARAM
2525 Main Street, Suite 204
Santa Monica, CA  90405
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: mkleiman@quitam.org

Ben Gharagozli (SBN 272302)
Law Offices of Ben Gharagozli
2525 Main Street, Suite 204
Santa Monica, CA 90405
Telephone: (661) 607-4665
Facsimile: (855) 628-5517
Email: ben.gharagozli@gmail.com

Attorney for Plaintiff, RABAB ABDULHADI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RABAB ABDULHADI,<br><br>　　　　Plaintiff,<br>　v.<br>BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY; LESLIE WONG;  SUE V. ROSSER; and JENNIFER SUMMIT,<br><br>　　　　Defendants. | Case No.: 4:18-cv-04662-YGR<br><br>**DECLARATION OF MARK KLEIMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL THE UNREDACTED COPY OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>CMC Date: April 6, 2020<br>Time:　　　2:00 p.m.<br>Courtroom: 1, 4th Floor |

I, Mark Kleiman, hereby declare as follows:

1.  I am an attorney licensed to practice law before all courts in the State of California and am a member of the Bar of this Court.  I am cocounsel for Plaintiff herein.  If called upon to do so, I could and would testify competently to the following based upon firsthand knowledge:

**DECLARATION OF MARK KLEIMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL THE UNREDACTED COPY OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
Case No. __4:18-cv-04662

1

2. Attached hereto as Exhibit "A" is a true and correct copy of the unredacted Joint Case Management Conference Statement.  There is confidential medical information concerning on of the parties beginning on p. 2, line 5, and concluding on p.3, line 10.  There is confidential medical information concerning the family member of one of the parties' counsel on p. 3, lines 25-28.

3.  Attached hereto as Exhibit "B" is a true and correct copy of the redacted Joint Case Management Conference Statement.  The redactions have been narrowly tailored to remove only the medical information referred to above.  The proposed redactions would not reduce the public understanding of the substantive issues in the case.

4.  Prior to filing this motion, counsel for the parties have conferred.  Defendants do not oppose the proposed redactions.

I declare under penalty of perjury that the foregoing is true and correct.  Executed March 30, 2020, at Santa Monica, California.

*/s/ Mark A. Kleiman*
MARK A. KLEIMAN

---

**DECLARATION OF MARK KLEIMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL THE UNREDACTED COPY OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
Case No. __4:18-cv-04662

2