**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RABAB ABDULHADI**, <br><br> Plaintiff, <br><br> vs. <br><br> **BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, ET. AL.**, <br><br> Defendants. | Case No.: **4:18-cv-04662-YGR** <br><br> **ORDER (1) VACATING CASE MANAGEMENT CONFERENCE, TRIAL, AND RELATED DATES, AND (2) SETTING LIMITED DEADLINES** <br><br> Re: Dkt. No. 74 |

The Court is in receipt of the parties' jointly filed case management conference statement. (Dkt. No. 74-3 (redacted version), 74-4 (unredacted, sealed version).)[1] The Court has reviewed the statement and, finding good cause, the Court **VACATES** the case management conference, trial date and related dates. That said, the Court is far from satisfied that a sufficient showing has been made to delay trial in this matter until January 2023. Instead, in light of the ongoing national emergency involving the Coronavirus Disease (COVID-19), the showing that has been made, and the specific extensions requested, the Court **HEREBY ORDERS** the following limited deadlines:

| | |
|---|---|
| Deadline for Plaintiff to Respond to California State University's Document Demands | June 15, 2020 |
| Deadline for Plaintiff's Deposition | August 15, 2020 |
| Deadline for Settlement Conference | September 30, 2020 |

---

[1] The parties have also filed an administrative motion to file under seal an unredacted version of the case management conference statement, because the portions that are sought to be redacted contain sensitive medical information. Having reviewed the unredacted version of the case management statement, and the specific information that is sought to be redacted, the Court finds that such information is "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(b). For these sections, "compelling reasons" exist to rebut the presumption of public access to judicial records. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016). Accordingly, the Court **GRANTS** the administrative motion to file the unredacted case management statement under seal.

| Further Case Management Conference (to Reset Dates) | October 19, 2020 |

This Order terminates Docket Number 74.

**IT IS SO ORDERED.**

Dated: April 1, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**CC: MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**