Mark A. Kleiman (SBN 115919)
KLEIMAN / RAJARAM
2525 Main Street, Suite 204
Santa Monica, CA 90405
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: mkleiman@quitam.org

Ben Gharagozli (SBN 272302)
Law Offices of Ben Gharagozli
2525 Main Street, Suite 204
Santa Monica, CA 90405
Telephone: (661) 607-4665
Facsimile: (855) 628-5517
Email: ben.gharagozli@gmail.com

Attorneys for Plaintiff, RABAB ABDULHADI

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RABAB ABDULHADI,<br><br>    Plaintiff,<br>v.<br>LESLIE WONG, ET AL.<br><br>    Defendants | Case No.: 4:18-cv-04662-YGR<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF, RABAB ABDULHADI; DECLARATIONS OF MARK A. KLEIMAN AND BEN GHARAGOZLI IN SUPPORT THEREOF**<br><br>**Date:** June 30, 2020<br>**Time:** 2:00 p.m.<br>**Location:** Courtroom 1 (4th Floor)<br>**Judge:** Yvonne Gonzalez Rogers |

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF, RABAB ABDULHADI; DECLARATIONS OF MARK A. KLEIMAN AND BEN GHARAGOZLI IN SUPPORT THEREOF

Case No. __4:18-cv-04662                      1

# NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that on June 30, 2020 at 2:00 p.m., or as soon thereafter as the matter may be heard in the above-entitled Court, Attorney Mark A. Kleiman of KLEIMAN / RAJARAM, and Attorney Ben Gharagozli of the LAW OFFICES OF BEN GHARAGOZLI (hereinafter collectively, "Attorneys"), will and hereby do, move the Court for an order granting Attorneys permission to withdraw from their representation of Plaintiff, DR. RABAB ABDULHADI (hereinafter "Plaintiff"), pursuant to Civil Local Rule 11-5 and Rule 1.16 of the California Rules of Professional Conduct (hereinafter "CRPC").  because, *inter alia*, plaintiff has breached a material term of the representation agreement and Attorneys believe in good faith that the Court will find that there are additional grounds for withdrawal.

The present motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declarations of Mark A. Kleiman and Ben Gharagozli, all pleadings and papers on file in this action, and such other matters as may be presented to this Court at the hearing of this Motion.

DATED:  May 26, 2020                KLEIMAN / RAJARAM

                                    MARK A. KLEIMAN (SBN 115919)


                                    By:  /s/ Mark A. Kleiman
                                         MARK  A. KLEIMAN

                                    LAW OFFICE OF BEN GHARAGOZLI
                                         BEN GHARAGOZLI (SBN 272302)


                                    By:  /s/ Ben Gharagozli
                                         BEN GHARAGOZLI

                                    Attorneys for Plaintiff RABAB ABDULHADI

---

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF, RABAB ABDULHADI; DECLARATIONS OF MARK A. KLEIMAN AND BEN GHARAGOZLI IN SUPPORT THEREOF

Case No. __4:18-cv-04662                           2

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.  LEGAL STANDARD

Courts evaluate a motion to withdraw pursuant to the California standards of professional conduct.  See e.g. U.A. Local 342 Joint Labor-Mgmt. Comm v. So City Refrigeration, Inc., No. 09-cv-3219, 2010 WL 1293522, at *3 (N.D. Cal. March 31, 2010); f14, 2008); Cal. Native Plant Soc'y v. U.S. EPA, No. 06-cv-3604, 2008 WL 4911162, at *1 (N.D. Cal. Nov. 14, 2008).

Courts in this District consider, *inter alia*, the following factors when adjudicating motions to withdraw: "(1) the reasons counsel seeks to withdraw, (2) the possible prejudice that withdrawal may cause to other litigants; (3) the harm that withdrawal might cause to the administration of justice; and (4) the extent to which withdrawal will delay resolution of the case."  Bd of Trustees of Sign, Pictorial & Display Indus. Welfare Fund v. PS Servs. Co., LLC, No. 17-cv-02452, 2018 WL 1626344, at *1 (N.D. Cal. April 2, 2018).

## II.  ARGUMENT

There are grounds for permissive withdrawal because: (1) Plaintiff has breached a material term of an agreement/obligation to Attorneys and Attorneys have given Plaintiff a reasonable warning after the breach that Attorneys will withdraw unless Plaintiff fulfills the agreement or performs the obligation; and (2) Attorneys believe in good faith that the Court will find the existence of other good cause for withdrawal.  CRPC 1.16(b) (5) and (10).  (Kleiman, Decla., ¶3).

Due to Attorneys' duties of confidentiality, Attorneys have not revealed further details regarding the grounds for withdrawal.  Importantly, Courts routinely grant motions to withdraw without requiring the moving attorneys to provide details of the underlying facts.  See. e.g. U.A. Local 342 Joint Labor-Mgmt. Comm v. So City Refrigeration, Inc., No. 09-cv-3219, 2010 WL 1293522, at *3 (N.D. Cal. March 31, 2010); Cal. Native Plant Soc'y v. U.S. EPA, No. 06-cv-3604, 2008 WL 4911162, at *1 (N.D. Cal. Nov. 14, 2008).

---

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF, RABAB ABDULHADI; DECLARATIONS OF MARK A. KLEIMAN AND BEN GHARAGOZLI IN SUPPORT THEREOF

Case No. __4:18-cv-04662                      3

1 | Attorneys believe the grounds stated are sufficient for the Court to grant this motion. However, out of an abundance of caution, Attorneys advise that other grounds exist which have not been articulated in the present motion because of duties of confidentiality. Should the Court so order it, Attorneys would of course discuss the underlying facts in an *in camera* setting to the extent allowed by law. (Kleiman, Decla., ¶4). Attorneys have taken all reasonable steps to avoid prejudice to Plaintiff, including informing Plaintiff of the breach of material terms and providing Plaintiff adequate notice of Attorneys' intent to file this motion and the opportunity to seek replacement representation. On April 22, 2020, Attorneys informed Plaintiff that they would not be able to continue representing Plaintiff if the issues were not resolved by May 22, 2020. (Kleiman, Decla., ¶5).

Attorneys' withdrawal will not prejudice any of the parties, delay the case or otherwise be unjust. (Kleiman, Decla., ¶6).

### III.  CONCLUSION

Accordingly, Attorneys respectfully request that the Court grant the present motion to withdraw as attorney of record for Plaintiff.

DATED: May 26, 2020

LAW OFFICE OF MARK ALLEN KLEIMAN

MARK A. KLEIMAN (SBN 115919)

By: /s/ Mark A. Kleiman
MARK A. KLEIMAN

LAW OFFICE OF BEN GHARAGOZLI
BEN GHARAGOZLI (SBN 272302)

By: /s/ Ben Gharagozli
BEN GHARAGOZLI

Attorneys for Plaintiff RABAB ABDULHADI

---

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF, RABAB ABDULHADI; DECLARATIONS OF MARK A. KLEIMAN AND BEN GHARAGOZLI IN SUPPORT THEREOF

Case No. __4:18-cv-04662                                                   4

## DECLARATION OF MARK KLEIMAN

I, Mark A. Kleiman, hereby declare as follows:

1. I am an attorney duly licensed to practice law before all courts in the State of California and am admitted to practice before this Court as well. Along with Mr. Ben Gharagozli, I represent Dr. Rabab Abdulhadi. If called upon to do so, I could and would testify competently to the following based upon firsthand knowledge.

2. Mr. Gharagozli and I (hereinafter "Attorneys") have represented Plaintiff in this matter since filing the original complaint on August 2, 2018.

3. There are grounds for withdrawal because: (1) Plaintiff has breached a material term of an agreement/obligation to Attorneys and Attorneys have given Plaintiff a reasonable warning after the breach that Attorneys will withdraw unless Plaintiff fulfills the agreement or performs the obligation. and (2) Attorneys believe in good faith that the Court will find the existence of other good cause for withdrawal. CRPC 1.16(b) (5), and  & (10).

4. Due to Attorneys' duties of confidentiality, Attorneys have not revealed further details regarding the grounds for withdrawal.  However, out of an abundance of caution, Attorneys advise that other grounds exist which have not been articulated in the present motion because of our duties of confidentiality.  Attorneys would of course discuss the underlying facts in an in camera setting to the extent allowed by law should the Court so order.

5. Attorneys have taken all reasonable steps to avoid prejudice to Plaintiff, including informing Plaintiff of the breach of material terms and providing Plaintiff adequate notice of Attorneys' intent to file this motion and the opportunity to seek replacement representation.  On April 22, 2020, Attorneys informed Plaintiff that they would not be able to continue representing Plaintiff if the issues were not resolved by May 22, 2020.

---

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF, RABAB ABDULHADI; DECLARATIONS OF MARK A. KLEIMAN AND BEN GHARAGOZLI IN SUPPORT THEREOF

Case No. __4:18-cv-04662                                5

6. Attorneys' withdrawal will not prejudice any of the parties, delay the case or otherwise be unjust.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th day of May, 2020 at Los Angeles, California.

/s/ Mark A. Kleiman
_____
Mark A. Kleiman

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF, RABAB ABDULHADI; DECLARATIONS OF MARK A. KLEIMAN AND BEN GHARAGOZLI IN SUPPORT THEREOF

Case No. __4:18-cv-04662                     6

## DECLARATION OF BEN GHARAGOZLI

I, Ben Gharagozli, hereby declare as follows:

1. I am an attorney duly licensed to practice law before all courts in the State of California and am admitted to practice before this Court as well. Along with Mr. Mark Kleiman, I represent Dr. Rabab Abdulhadi. If called upon to do so, I could and would testify competently to the following based upon firsthand knowledge.

2. Mr. Kleiman and I (hereinafter "Attorneys") have represented Plaintiff in this matter since filing the original complaint on August 2, 2018.

3. There are grounds for withdrawal because: (1) Plaintiff has breached a material term of an agreement/obligation to Attorneys and Attorneys have given Plaintiff a reasonable warning after the breach that Attorneys will withdraw unless Plaintiff fulfills the agreement or performs the obligation. and (2) Attorneys believe in good faith that the Court will find the existence of other good cause for withdrawal. CRPC 1.16(b) (5), and & (10).

4. Due to Attorneys' duties of confidentiality, Attorneys have not revealed further details regarding the grounds for withdrawal. However, out of an abundance of caution, Attorneys advise that other grounds exist which have not been articulated in the present motion because of our duties of confidentiality. Attorneys would of course discuss the underlying facts in an in camera setting to the extent allowed by law should the Court so order.

5. Attorneys have taken all reasonable steps to avoid prejudice to Plaintiff, including informing Plaintiff of the breach of material terms and providing Plaintiff adequate notice of Attorneys' intent to file this motion and the opportunity to seek replacement representation. On April 22, 2020, Attorneys informed Plaintiff that they would not be able to continue representing Plaintiff if the issues were not resolved by May 22, 2020.

---

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF, RABAB ABDULHADI; DECLARATIONS OF MARK A. KLEIMAN AND BEN GHARAGOZLI IN SUPPORT THEREOF

Case No. __4:18-cv-04662                              7

6. Attorneys' withdrawal will not prejudice any of the parties, delay the case or otherwise be unjust.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th day of May, 2020 at Los Angeles, California.

                              /s/ Ben Gharagozli
                              Ben Gharagozli

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF, RABAB ABDULHADI; DECLARATIONS OF MARK A. KLEIMAN AND BEN GHARAGOZLI IN SUPPORT THEREOF

Case No. __4:18-cv-04662        8

# CERTIFICATE OF SERVICE

I, the undersigned, certify that I am employed in the City of Santa Monica, County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within action. My business address is 2525 Main Street, Suite 204, Santa Monica, CA 90405.

On this date, I served the following document(s):

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF, RABAB ABDULHADI; DECLARATIONS OF MARK A. KLEIMAN AND BEN GHARAGOZLI IN SUPPORT THEREOF**

I hereby certify that the foregoing document was efiled with the Clerk of the Court for the United States District Court for the Northern District of California using the appellate CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I also placed true copies thereof in sealed envelopes addressed as shown below by the following means of service:

> Rabab Abdulhadi
> 1600 Holloway venue, Room EP 425
> San Francisco, CA  94132
> rabab.abdulhadi@gmail.com

[X]  By First Class Mail - I am readily familiar with the firms' practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in Santa Monica, California, for mailing to the office of the addressee following ordinary business practices.

[X] By Electronic Transmission - I caused each such document to be transmitted to the office of the email addressee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2020, at Santa Monica, California.

/s/ Mark Kleiman<br>
Mark Kleiman

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF, RABAB ABDULHADI; DECLARATIONS OF MARK A. KLEIMAN AND BEN GHARAGOZLI IN SUPPORT THEREOF

Case No.   4:18-cv-04662                                     9