United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RABAB ABDULHADI**,<br>　　　　Plaintiff,<br><br>　　v.<br><br>**BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, ET. AL.**,<br>　　　　Defendants. | Case No. 4:18-cv-04662-YGR<br><br>**ORDER: (1) REQUIRING COUNSEL OF RECORD TO SUBMIT FURTHER INFORMATION RE: WITHDRAWAL OF COUNSEL FOR PLAINTIFF; (2) CONTINUING HEARING ON THE MOTION TO WITHDRAW**<br><br>Dkt. No. 78 |

The Court has received the motion of plaintiff's counsel ("Counsel") to withdraw from representation of plaintiff ("the Client") in the above-captioned action, along with the accompanying declaration. (Dkt. No. 78.) The hearing on such motion is currently set for June 30, 2020. The Court **ORDERS** counsel to submit further information in support of the motion in advance of the hearing, as follows:

1. The hearing is **CONTINUED** to **July 14, 2020**.

2. By no later than **July 2, 2020**, Counsel shall file a supplemental declaration indicating that Counsel has: (1) spoken directly with the Client, telephonically or in person, about the case generally and the status of the proceedings, including the date of such communication or, if Client is not responsive, how Counsel has transmitted such information to the Client; (2) discussed with the Client the delivery of any legal files to the Client and other consequences of Counsel's withdrawal in this matter; and (3) informed the Client of the date, time, and location for the

hearing on Counsel's motion to withdraw and the Client's right to appear and contest the withdrawal.

3. By no later than **July 2, 2020**, Counsel shall also file proof of service of a notice to the Client as follows:

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

You will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. **If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

If you do not keep the Court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that **may adversely affect your interests or result in your losing your case**.

4. By no later than **July 14, 2020**, Counsel shall file a notice with the Court of Client's current and/or last known address and telephone number.

Should Counsel fail to comply with the above requirements, the Court may deny the motion to withdraw.

**IT IS SO ORDERED.**

Dated: June 19, 2020

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE**