Mark A. Kleiman (SBN 115919)
KLEIMAN / RAJARAM
2525 Main Street, Suite 204
Santa Monica, CA 90405
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: mkleiman@quitam.org

Ben Gharagozli (SBN 272302)
Law Offices of Ben Gharagozli
2525 Main Street, Suite 204
Santa Monica, CA 90405
Telephone: (661) 607-4665
Facsimile: (855) 628-5517
Email: ben.gharagozli@gmail.com

Attorneys for Plaintiff, RABAB ABDULHADI

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RABAB ABDULHADI,<br><br>Plaintiff,<br>v.<br><br>LESLIE WONG, ET AL.<br><br>Defendants | Case No.: 4:18-cv-04662-YGR<br><br>**SUPPLEMENTAL DECLARATION OF MARK KLEIMAN PURSUANT TO COURT'S JUNE 19, 2020 ORDER**<br><br>**Date: July 14, 2020**<br>**Time: 2:00 p.m.**<br>**Location: Courtroom 1 (4th Floor)**<br>**Judge: Yvonne Gonzalez Rogers** |

# SUPPLEMENTAL DECLARATION OF MARK A. KLEIMAN

I, Mark A. Kleiman, hereby declare as follows:

1. I am an attorney duly licensed to practice law before all courts in the State of California and am admitted to practice before this Court as well. Along with Mr. Ben Gharagozli, I represent Rabab Abdulhadi (hereinafter "Client"). If called upon to do so, I could and would testify competently to the following based upon firsthand knowledge.

2. This supplemental declaration is submitted pursuant to the Court's June 19, 2020 Order.

3. In the last six weeks Mr. Gharagozli and I have spoken directly with the Client telephonically about the case generally and the status of the proceedings on May 26, 2020; June 5, 2020; June 15, 2020; and June 23, 2020. We have also sent dozens of emails to the Client regarding these issues.

4. Mr. Gharagozli and I have discussed with the Client the delivery of any legal files to the Client and other consequences of my withdrawal and Mr. Gharagozli's withdrawal in this matter.

5. Mr. Gharagozli and I have informed the Client of the date, time, and location of the hearing on our motion to withdraw and Client's right to appear and contest the withdrawal.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed this 1st day of July, 2020 at Los Angeles, California.

_____
Mark A. Kleiman

# CERTIFICATE OF SERVICE

I, the undersigned, certify that I am employed in the City of Santa Monica, County of Los Angeles, California. I am over the age of eighteen years and not a party to the within action. My business address is 2525 Main Street, Suite 204, Santa Monica, CA 90405.

On July 1, 2020, I served the following document(s):

**SUPPLEMENTAL DECLARATION OF MARK KLEIMAN PURSUANT TO COURT'S JUNE 19, 2020 ORDER**

I hereby certify that the foregoing document was efiled with the Clerk of the Court for the United States District Court for the Northern District of California using the appellate CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I also placed true copies thereof in sealed envelopes addressed as shown below by the following means of service:

> Rabab Abdulhadi
> 1600 Holloway Venue, Room EP 425
> San Francisco, CA 94132
> rabab.abdulhadi@gmail.com

[X] By First Class Mail - I am readily familiar with the firms' practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in Santa Monica, California, for mailing to the office of the addressee following ordinary business practices.

[X] By Electronic Transmission - I caused each such document to be transmitted to the office of the email addressee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2020, at Santa Monica, California.

_____
Mark Kleiman

---