Mark A. Kleiman (SBN 115919)
KLEIMAN / RAJARAM
2525 Main Street, Suite 204
Santa Monica, CA  90405
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: mkleiman@quitam.org

Former Attorney for Plaintiff, RABAB ABDULHADI

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RABAB ABDULHADI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES of the CALIFORNIA STATE UNIVERSITY; LESLIE WONG;  SUE V. ROSSER; and JENNIFER SUMMIT,<br><br>　　　　Defendants. | Case No.: 4:18-cv-04662-YGR<br><br>NOTICE OF ATTORNEY'S LIEN FOR COSTS AND ATTORNEY'S FEES |

TO ALL PARTIES AND THEIR COUNSEL AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:

PLEASE TAKE NOTICE that the undersigned law firm, KLEIMAN / RAJARAM, was formerly legal counsel for Plaintiff RABAB ABDULHADI, in the above-captioned case.

---

NOTICE OF ATTORNEY'S LIEN FOR COSTS AND ATTORNEY'S FEES

Case No. __4:18-cv-04662

1

KLEIMAN / RAJARAM has provided legal services to Plaintiff RABAB ABDULHADI in connection with this matter.

PLEASE TAKE FURTHER NOTICE that by virtue of a written agreement and pursuant to the law, KLEIMAN / RAJARAM has and claims a lien for its attorney fees and costs over the claims and causes of action of, and any judgment, settlement, or other recovery paid to Plaintiff RABAB ABDULHADI in connection with this action.

Respectfully submitted,

DATED: September 17, 2020

KLEIMAN / RAJARAM
MARK A. KLEIMAN (SBN 115919)

By: */s/ Mark A. Kleiman*
MARK A. KLEIMAN

Former Attorney for Plaintiff
RABAB ABDULHADI

---

NOTICE OF ATTORNEY'S LIEN FOR COSTS AND ATTORNEY'S FEES

Case No. __4:18-cv-04662