# EXHIBIT A

**Rabab Abdulhadi** is Associate Professor of Ethnic Studies/Race and Resistance Studies and the Senior Scholar of the Arab and Muslim Ethnicities and Diasporas Studies, at the College of Ethnic Studies, here at San Francisco State University. She was the first director of the Center for Arab American Studies at the University of Michigan, Dearborn. She received her BA (Summa Cum Laude) in Special Honors Curriculum, Sociology and Women's Studies from Hunter College in New York and her MA, MPhil and PhD from Yale University.

Professor Abdulhadi co-author of *Mobilizing Democracy: Changing US Policy in the Middle East* and co-editor of *Arab and Arab American Feminisms: Gender, Violence and Belonging,* winner of the 2012 National Arab American non-fiction Book Award, and *MIT Electronic Journal of Middle East Studies* special issue on gender, nation and belonging (2005).

Dr. Abdulhadi is a Co-founder and Editorial Board member of the [ HYPERLINK "http://crg.berkeley.edu/content/islamophobia/islamophobia-studies-journal" ] and is a member of the Board of Policy Advisors of the Palestinian Think Tank, [ HYPERLINK "http://al-shabaka.org/" ] and the International Advisory Board of the [ HYPERLINK "http://www.iemed.org/wocmes/wocmes2010.pdf" ] (WOCMES) where she chairs its International Committee.

Abdulhadi's work has appeared in many academic publications and newspapers, journals and magazines in English, Arabic Spanish, Italian, German, French, and soon Farsi including *American Quarterly; International Feminist Journal of Politics; Al-Shabaka*; *Jadaliyya, Gender and Society; Radical History Review; Peace Review; Journal of Women's History; Taiba: Women and Cultural Discourses*; *Cuadernos Metodologicos: Estudio de Casos*; *This Bridge We Call Home*; *New World Coming: The 1960s and the Shaping of Global Consciousness*; *Local Actions: Cultural Activism, Power and Public Life in America*; *Shifting Borders: American in the Middle East/North Africa*; *We Will Not Be Silenced; Migration and Development; With Stones in Our Hands: Reflections on Racism, Muslims and Empire; Righting Injustice: The Case for the Academic Boycott of Israel; The Guardian, Al-Fajr*; *Womanews; Palestine Focus; Voice of Palestinian Women;* and several Arabic language publications, such as *Falasteen Al-Thahwra; Al-Hadaf*; and *Al-Hurriyah*. She is currently finishing her book, "Revising (Feminist) Narratives: Gender, Nation and Resistance in Palestine"; and working on three collaborative projects: "Living Archives: Third World, Indigenous and Anti-Racist Queer and Feminist Transnational Solidarities"; "Palestine: Solidarity and Resistance"; and A special issue of the *Islamophobia Studies Journal* on Gender, Sexuality and Racism."

Her scholarship, pedagogy and public activism focus on Palestine, Arab and Muslim communities and their diasporas, race and resistance studies, transnational feminisms, gender and sexuality studies, and social movements and collective action.

Dr. Abdulhadi has taught at eight transnational sites of higher education including Yale University (from which she received her MA, MPhil, and PhD); CUNY-Hunter College; the American University in Cairo (AUC); New York University; and Birzeit University.

She is the recipient of several honors and awards, including the New Century Scholarship, Sterling Fellowship, Phi Beta Kappa, and teaching excellence awards from Yale University and AUC.

Confidential
CSU015867

Professor Abdulhadi is a scholar/activist committed to justice-centered scholarship and pedagogy. She was elected as President of the Arab Student Union at University of Wisconsin at Madison and was involved in the founding and building of the U.S. Branch of the General Union of Palestine Students. She co-founded the Union of Palestinian Women's Associations in North America (UPWA), and the Palestine Solidarity Committee (PSC). She was the first Arab or Muslim to be elected to the Board of the New York Civil Liberties Union (NY CLU). She served on the Board of the Brecht Forum; co-Chaired the Third World Coalition of the American Friends Service Committee (AFSC), and has initiated and coordinated several national campaigns, including the 1985 collaborative educational speaking tour with the African National Congress (ANC), "Israel and South Africa: The Apartheid Connection?" in 26 U.S. cities; the Howard Beach Anti-Racist Campaign; and the 500 Years of Genocide/500 Years of Resistance in 1992. More recently she co-founded the [ HYPERLINK "http://cascholars4academicfreedom.wordpress.com/" ] and the [ HYPERLINK "http://www.usacbi.org/" ] (USACBI). She is a co-founder of Feminists for Justice in/for Palestine and las co-led such campaigns in the Peace and Justice Studies Association (PJSA) and the National Women's Studies Association (NWSA). She co-organized and led the first [ HYPERLINK "http://electronicintifada.net/blog/ali-abunimah/after-witnessing-palestines-apartheid-indigenous-and-women-color-feminists-endorse" \l ".TqysRrL4I7U" ] and has since led other delegations of academics, labor organizers and public intellectuals to Palestine. She co-organized the US-Canada Joint Struggle Delegation to the [ HYPERLINK "http://www.ussocialforum.net/wsfpalestine" ] (2012), and has participated in academic, intellectual and public sites in the Global South and North, including World Social Forums in India, Brazil, Kenya, Senegal, Tunisia, Palestine and South Africa.

Confidential
CSU015868